AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-9203-MEMF-KS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
CLERK, U.S. DISTRICT COURT
12/27/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: GR DEPUTY

This summons for *(name of individual and title, if any)* Clark R. Taylor
was received by me on *(date)* 12/22/22 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
I went to Mr. Taylor's place of employment and served the front desk clerk (Jennifer Villagomez

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 . on 12/22/22 at 2:15pm

I declare under penalty of perjury that this information is true.

Date: 12/22/22

Erick Ordaz
*Server's signature*

Erick Ordaz
*Printed name and title*

16821 Edgar St
Pacific Palisades CA 90272
*Server's address*

Additional information regarding attempted service, etc: