FILED
CLERK, U.S. DISTRICT COURT
12/29/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___GR___ DEPUTY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| CLINTON BROWN <br><br> *Plaintiff(s)* <br> v. <br> CLARK R. TAYLOR <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:22-cv-9203-MEMF-KS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Clark R. Taylor
Los Angeles County Department of Regional Planning
26600 Agoura Road
Calabasas, CA 91302
(unicorporated Los Angeles County)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Clinton Brown
16821 Edgar Street
Pacific Palisades, CA 90272

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-9203-MEMF-KS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Clark R. Taylor
was received by me on *(date)* 12/22/22 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
I went to Mr. Taylor's place of employment and served the front desk clerk (Jennifer Villagomez

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 on 12/22/22 at 2:15pm

I declare under penalty of perjury that this information is true.

Date: 12/22/22

Euill Ordey
*Server's signature*

Erick Ordaz
*Printed name and title*

16821 Edgar St
Pacific Palisades CA 90272
*Server's address*

Additional information regarding attempted service, etc: