## RE: Summons served

| | |
|---|---|
| From: | Clark Taylor (ctaylor@planning.lacounty.gov) |
| To: | erickordaz23@yahoo.com |
| Cc: | rglaser@planning.lacounty.gov; mglaser@planning.lacounty.gov |
| Date: | Tuesday, January 3, 2023 at 02:26 PM PST |

HI Erick,

Apparently, the team in the Calabasas Field Office cannot find whatever summons you allegedly left for me. Can you provide a pdf copy via email?

Thank you.

### CLARK R. TAYLOR, AICP   (he/him/his)
**SENIOR PLANNER, Coastal Development Services**

---

**From:** erickordaz23 <erickordaz23@yahoo.com>
**Sent:** Thursday, December 22, 2022 2:34 PM
**To:** Clark Taylor <CTaylor@planning.lacounty.gov>
**Subject:** Summons served

> **CAUTION:** External Email. Proceed Responsibly.

Mr. Taylor,

A summons has been served to your place of employment at 26600 Agoura rd, Calabasas CA, 91302. It was received by the front desk clerk Jennifer Villagomez at 2:15pm today.

Note: This is a courtesy email from the server and please do not respond to this email.

Thank you

Erick