AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-9203-MEMF-KS

```
                              FILED
                    CLERK, U.S. DISTRICT COURT
                         12.23.2022
                 CENTRAL DISTRICT OF CALIFORNIA
                 BY:    GR       DEPUTY
```

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Clark R. Taylor
was received by me on *(date)* 12/22/22 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
I went to Mr. Taylor's place of employment and served the front desk clerk (Jennifer Villagomez)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 . on 12/22/22 at 2:15pm

I declare under penalty of perjury that this information is true.

Date: 12/22/22

Erick Ordaz
*Server's signature*

Erick Ordaz
*Printed name and title*

16821 Edgar St
Pacific Palisades CA 90272
*Server's address*

Additional information regarding attempted service, etc: