# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:22-cv-09203-MEMF-KS                  Date: February 13, 2023

Title: *Clinton Brown v. Clark R. Taylor, AICP, The Los Angeles County Department of Regional Planning*

---

PRESENT: The Honorable MAAME EWUSI-MENSAH FRIMPONG, U.S. District Judge

| Kelly Davis | None |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

PROCEEDINGS: (IN CHAMBERS) ORDER RE: Denial of Request to Proceed *in forma pauperis*

       On January 24, 2023, this Court denied Plaintiff Clinton Brown's ("Brown") Request to Proceed *In forma pauperis* (ECF No. 2) on the grounds that Brown had not demonstrated indigency and could thus afford to pay the filing fees. ECF No. 9. As a result of this denial, the Court hereby ORDERS Brown to pay the filing fees in the amount of $402[1] no later than five (5) days from the date of this Order.

IT IS SO ORDERED.

---

[1] As mandated by 28 U.S.C. § 1914.