Name/Address of Attorney or Pro Per

Clinton Brown

16821 Edgar Street

Pacific Palisades, CA 90272

Telephone (310) 487-6453

☐ FPD ☐ Apptd ☐ CJA ☒ Pro Per

FILED
CLERK, U.S. DISTRICT COURT
2/17/23
CENTRAL DISTRICT OF CALIFORNIA
BY: CS  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Clinton Brown | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 2:22-cv-09203-MEMF-KS |
| v. | |
| Clark R. Taylor, AICP, The Los Angeles County Department of Regional Planning | **Motion and Affidavit for Leave to Appeal In Forma Pauperis:** ☐ **28 U.S.C. 753(f)** ☒ **28 U.S.C. 1915** |
| DEFENDANT(S). | |

The undersigned Clinton Brown, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:
   a. 28 U.S.C. 1915(c)
   b. 
   c. 

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a. Are you presently employed? ☒ Yes  ☐ No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. $15,000 a month (intermittent), Atlas, Inc. 16821 Edgar Street, Pacific Palisades, CA 90272

   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? ☒ Yes  ☐ No.
   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.
   Self-Employment, $180,000

c. Are you presently employed in prison? ☐ Yes ☒ No.

If yes, state the number of hours you work per week and the hourly rate of pay.
N/A

d. Do you own any cash or do you have money in a checking or savings account? ☒ Yes ☐ No.

If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. Checking, typically $0 or a negative balance. Once money goes in, it goes right out for expenses and business.

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes, in-foreclosure and set for trustee's sale undetermined value until that time.
Note: On January 4th & 5th, 2023 two properties were sold back to beneficiary. Another property has a March 8th auction.

f. In what year did you last file an income tax return? 2021

g. Approximately how much income did your last tax return reflect? -1,500,000

h. List the persons who are dependent upon you for support and state your relationship to those persons.
Erick Ordaz, Partner, $90,000

i. State monthly expenses, itemizing the major items. Home lease, $5,725 (includes all utilities), Transportation, $1003 Food, living, automobile insurance, health insurance, life insurance, renter/property insurance, business operations; $10,000 (varies), NWCU Law School payment plan, $325.

I declare under penalty of perjury that the foregoing is true and correct.

_____    _____
Date                                                                        *Signature of Party*

                                                                               _____
                                                                               *Signature of Attorney*
                                                                               *(Disregard if filed in propria persona)*