

CLINTON BROWN, Pro Se
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

Note: The Clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice. *Fed. R. Civ. P. 5(d)(4)*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>        Defendant. | CASE NO. 2:22-cv-09203-MEMF-KS<br><br>**Motion to Clerk of the Court to Correct Docket**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Magistrate Judge:** Karen L. Stevenson<br><br>**Action Filed:** 12/17/2022<br>**Action Due:** 01/12/2023 |

### MOTION TO CLERK OF THE COURT TO CORRECT DOCKET

**NOTICE TO THE CLERK**, Plaintiff respectfully moves the Clerk of the Court to clerically correct docket numbers, #24, #29 and #30, respectively, in case 2:22-cv-09203-MEMF-KS. *Filings must be entered chronologically. F.R.C.P. 79(2)(A).* (Emphasis added).

Docket entries #29 and #30 were received by the Court (Tracking Number: EDS-230217-000-6894) on 2/17/2023 at 6:20:43 AM, while docket entry #24 was filed

and entered on 02/17/2023 at 7:22 AM. *This is an inaccurate chronological order of events.* (Emphasis added).

Docket #24 contains a FINANCIAL ENTRY that does not accurately reflect the source of the filing fee as required by 28 USC 751(e). Docket #30 includes an affidavit affirming that the filing fee was borrowed from a third-party. (USPS #EI147652206US)

Federal statute 28 USC 751(e) mandates that the Clerk of the Court record a *chronological* and *Treasury-compliant* public docket. (Emphasis added).

**THEREFORE,** Plaintiff respectfully requests that the Clerk of the Court promptly correct the docket and notify the Plaintiff of such correction.

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Clinton Brown                                                      2/24/2023