UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 22-9203 MEMF (KS)                                    Date: February 28, 2023

Title   _Clinton Brown v. Clark R. Taylor_

Present: The Honorable:   Karen L. Stevenson, Chief Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner: N/A      Attorneys Present for Respondent: N/A

**Proceedings: (IN CHAMBERS) ORDER DENYING PLAINTIFF'S MOTION TO CORRECT DOCKET [DKT. NO. 32]**

The Court is in receipt of Plaintiff's Motion to correct the docket. (Dkt. No. 32.) The Motion is **DENIED.** The filing dates reflected in the "Date Filed" column on the Court's CM-ECF electronic filing system make clear the chronological order of all filings in this case, and Plaintiff provides no authority to show or suggest that anything more is required to satisfy Federal Rule of Civil Procedure 79(a)(2). Plaintiff's additional request under 28 U.S.C. § 751(e) is rejected as frivolous.

**IT IS SO ORDERED.**

:
**Initials of Preparer**   gr