UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   CV 22-9203-MEMF (KS) | Date: March 22, 2023 |
| Title   *Clinton Brown v. Clark R. Taylor* | |

Present: The Honorable:   Karen L. Stevenson, Chief Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: N/A       Attorneys Present for Defendant: N/A

**Proceedings:  (IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO STRIKE (DKT. NO. 35)**

Clinton Brown ("Plaintiff"), proceeding *pro se*, commenced this civil rights action under 42 U.S.C. § 1983 against Clark R. Taylor ("Defendant") on December 17, 2022.  (Dkt. No. 1.)  Defendant filed an Answer with affirmative defenses on January 30, 2023.  (Dkt. No. 10.)

On March 19, 2023, Plaintiff filed a Motion to Strike, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, on the grounds that all of Defendant's affirmative defenses must be stricken as, *inter alia*, insufficient as a matter of law.  (*See* Dkt. No. 35 ("Motion").)  Plaintiff did not notice the Motion for a hearing.  (*Id.*)

**IT IS ORDERED** that the following briefing schedule governs the Motion: (1) Defendant shall file and serve his Opposition **no later than April 10, 2023**; and (2) Plaintiff shall file a Reply, if any, **within seven (7) days** from the date of service of the Opposition.  The Motion will be deemed under submission on the date the Reply is due.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |