CLINTON BROWN, Pro Se
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453



Note: The Clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice. *Fed. R. Civ. P. 5(d)(4)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>Defendant. | CASE NO. 2:22-cv-09203-MEMF-KS<br>**Motion for Deposit and Distribution**<br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br>**Magistrate Judge:** Karen L. Stevenson<br>**Action Filed:** 12/17/2022<br>**Action Due:** 01/12/2023 |

# MOTION FOR DEPOSIT AND DISTRIBUTION

**NOTICE TO THE COURT**, pursuant to *F.R.C.P. 71.1(j)(1)*, a deposit must be made as a condition for the exercise of a Taking, and the distribution of such deposit must be disbursed expeditiously. If there is a deficiency or overpayment, *F.R.C.P. 71.1(j)(2)* provides relief for both Plaintiff and Defendant via the Court. Compensation is required from the date of the Taking until the Taking is rectified.[1] Interest is an absolute part of Just Compensation, as mandated by both statute and the Constitution. In this Fifth Amendment inverse condemnation Taking, the

---

[1] The Federalist No. 84, (1788).

burden to recover Just Compensation is inversed from the government to the Plaintiff. And, although, equitable remedies are just remedies under the Self-Executing Takings Clause, "A bank robber might give the loot back, but he still robbed the bank." *Knick v. Twp. of Scott, 139 S. Ct. 2162 (2019).*

Inverse condemnation under Section 1983 is a legal remedy, and whether a person has suffered deprivation of all economically viable use of the property, is a factual question. A request for prejudgment interest is for the trial court, and not the jury, as the right to Compensation rests upon the Fifth Amendment.

## Just Compensation

In 2020, a new regulatory framework was introduced, enabling utility companies to enter into power purchase agreement contracts with generating facilities of 20MW or less for terms up to 12 years.[2] This innovative approach offers a cost-effective solution for smaller facilities to compete with larger ones, which typically have power purchase agreement contracts spanning 25 years or more. The expenses and revenue of a 20MW solar project can be reliably estimated using government data.[3] The date of the Taking is undisputable and affirmed by the Defendant. On October 12, 2021, the Defendant effectively rendered the property worthless by denying the application, without any possibility of appeal. Despite this, property taxes remain due.[4]

**THEREFORE**, Plaintiff respectfully requests that the Court direct the Defendant to deposit prejudgment interest, as mandated by statute and the Constitution, with the Court. Furthermore, the Plaintiff requests to withdrawal the amount, according to the facts. *40 U.S.C. § 3116(a)(2).*

---

[2] Cal. Pub. Utils. Comm'n, Qualifying Facility & CHP Procurement Options, https://www.cpuc.ca.gov/industries-and-topics/electrical-energy/electric-power-procurement/qualifying-facility--and-combined-heat-and-power-procurement-options
[3] NREL, 2021 Annual Technology Baseline, Utility-Scale PV, https://atb.nrel.gov/electricity/2021/utility-scale_pv#7YHPYQX2
[4] Ex. 1 (1990-2023 Tax Rolls, 1990 assessed value of $8,376,250, $535,727, respectively).

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Clinton Brown                                                                                   03/22/2023

❤ Summary

# AIN: 2064-005-011 [5]

**Situs Address:**

| | |
|---|---|
| Use Type: | Vacant Land |
| Parcel Type: | Regular Fee Parcel |
| Tax Rate Area: | 01756 |
| | |
| Parcel Status: | ACTIVE |
| Create Date: | 12/23/1987 |
| Delete Date: | |
| Tax Status: | DELINQUENT |
| Year Defaulted: | 2021 |
| Exemption: | None |

**Building & Land Overview**

| | |
|---|---|
| Use Code: | 010V |
| Design Type: | |
| Quality Class: | |
| | |
| # of Units: | |
| Beds/Baths: | / |
| Building SqFt: | 0 |
| | |
| Year Built: | |
| Effective Year: | |
| Land SqFt: | |

 (https://maps.assessor.lacounty.gov/GeoCortex/Essentials/PAIS/REST/sites/PAIS/VirtualDirectory/AssessorMaps/ViewMap.html?val=2064-005)

Parcel Map (https://maps.assessor.lacounty.gov/GeoCortex/Essentials/PAIS/REST/sites/PAIS/VirtualDirectory/AssessorMaps/ViewMap.html?val=2064-005) / Map Index (https://maps.assessor.lacounty.gov/GeoCortex/Essentials/PAIS/REST/sites/PAIS/VirtualDirectory/AssessorMaps/ViewMap.html?val=2064-NDX)

| | 2023 Roll Preparation | | 2022 Current Roll | RC | Year | | 2021 Base Value |
|---|---:|---|---:|---|---|---|---:|
| $ | 279,867 | $ | 274,380 | T | 2021 | $ | 269,000 |
| $ | 0 | $ | 0 | T | 2021 | $ | 0 |
| $ | 279,867 | $ | 274,380 | | | $ | 269,000 |

**Assessor's Responsible Division**

| | |
|---|---|
| District: | North District Office |
| Region: | 02 |
| Cluster: | 02187 AGOURA(MALIBU) |

North District Office (https://maps.google.com/?q=13800+Balboa+Blvd.+Sylmar%2C+CA+91342) 📍
13800 Balboa Blvd.
Sylmar, CA 91342

Phone: (818) 833-6000
Toll Free: 1 (888) 807-2111
M-F 7:30 am to 5:00 pm



## Building and Land Characteristics

### Land Information

*Use Code* = 010V (Vacant Land)  
**Total SqFt (GIS):** 0  
**Total SqFt (PDB):**  
**Usable SqFt:** 0  
**Acres:** 27  
**Land W' x D':** 0 x 0  

**Sewers:** Yes  
**Flight Path:** No  
**X-Traffic:** No  
**Freeway:** Yes  

**Corner Lot:** Yes  
**Golf Front:** No  
**Horse Lot:** No  
**View:** None  

**Zoning:** (Refer Issuing Agency)  
**Code Split:** No  
**Impairment:** None  

**Situs Address:**

**Legal Description** *(for assessment purposes)*:  
TR=33128 LOT 0003

> Use Code: 010V (Vacant Land)  
> 0 = Residential  
> 1 = Single Family Residence  
> 0 = Unused or Unknown Code (No Meaning)  
> V = Vacant Land

## Building Information

**SUBPART:**
**Design Type:**
**Quality Class:**

**# of Units:**
**Beds/Baths:** /
**Building SqFt:** 0

**Year Built:**
**Effective Year:**
**Depreciation:** / /

**RCN Other:** $ 0
**RCN Other Trended** $ 0
**Year Change:**

**Design Type:**
=
=
=
=

**SUMMARY:** Total

**# of Units:** 0
**Beds/Baths:** 0/0
**Building SqFt:** 0
**Avg SqFt/Unit:**

## ❤ Events History

**Ownership ()**  **Parcel Change ()**

Show Re-Assessable Only: ☐

| Recording Date | Seq. # | Re-Assessed | # Parcels | % | Ver. Code | DTT Sale Price | Assessed Value |
|---|---|---|---|---|---|---|---|
| 02/01/2022 | 50 | Yes | 2 | 15%-0 | M | $ 100,001 | $ 0 |
| 12/18/2020 | 50 | Yes | 2+ | 00%-0 | M | $ 0 | $ 269,000 |
| 10/06/2005 | 50 | Yes | 1 | 00%-0 | K | $ 375,003 | $ 375,000 |
| 05/24/1985 | 50 | Yes | 1 | 00%-0 |   | $ 0 | $ 8,376,250 |

## ❤ Assessment History

Show All: ☑  Hide Inactive Rolls: ☐          Showing 1 to 51 of 51 entries.

| Bill Number | Bill Type | Bill Status | Date to Auditor | Recording Date | Total Value | Land Value | Improvement Value |
|---|---|---|---|---|---|---|---|
| 223-PSEG |   |   |   | 02/01/2022 | $ 279,867 | $ 279,867 | $ |
| 2220100 | T |   | 0 | 02/01/2022 | $ | $ | $ |
| 2220000 | R | A | 07/26/2022 | 12/18/2020 | $ 274,380 | $ 274,380 | $ 0 |
| 2210100 | T |   | 0 | 02/01/2022 | $ | $ | $ |
| 2210000 | R | A | 07/06/2021 | 12/18/2020 | $ 269,000 | $ 269,000 | $ 0 |
| 2200100 | T | A | 06/13/2021 | 12/18/2020 | $ 269,000 | $ 269,000 | $ 0 |
| 2200000 | R | A | 07/06/2020 | 10/06/2005 | $ 468,581 | $ 468,581 | $ 0 |
| 2190000 | R | A | 07/01/2019 | 10/06/2005 | $ 459,394 | $ 459,394 | $ 0 |
| 2180000 | R | A | 07/19/2018 | 10/06/2005 | $ 450,387 | $ 450,387 | $ 0 |
| 2170000 | R | A | 06/26/2017 | 10/06/2005 | $ 441,556 | $ 441,556 | $ 0 |
| 2160000 | R | A | 07/05/2016 | 10/06/2005 | $ 432,899 | $ 432,899 | $ 0 |
| 2150000 | R | A | 06/23/2015 | 10/06/2005 | $ 426,397 | $ 426,397 | $ 0 |
| 2140000 | R | A | 06/24/2014 | 10/06/2005 | $ 418,045 | $ 418,045 | $ 0 |
| 2130000 | R | A | 06/25/2013 | 10/06/2005 | $ 416,156 | $ 416,156 | $ 0 |
| 2120000 | R | A | 06/27/2012 | 10/06/2005 | $ 407,997 | $ 407,997 | $ 0 |
| 2110000 | R | A | 07/06/2011 | 10/06/2005 | $ 399,998 | $ 399,998 | $ 0 |

| Bill Number | Bill Type | Bill Status | Date to Auditor | Recording Date | Total Value | Land Value | Improvement Value |
|---|---|---|---|---|---|---|---|
| 2100000 | R | A | 07/22/2010 | 10/06/2005 | $ 397,009 | $ 397,009 | $ 0 |
| 2090000 | R | A | 06/11/2009 | 10/06/2005 | $ 397,953 | $ 397,953 | $ 0 |
| 2080000 | R | A | 06/12/2008 | 10/06/2005 | $ 390,150 | $ 390,150 | $ 0 |
| 2070000 | R | A | 06/14/2007 | 10/06/2005 | $ 382,500 | $ 382,500 | $ 0 |
| 2060000 | R | A | 06/22/2006 | 10/06/2005 | $ 375,000 | $ 375,000 | $ 0 |
| 2050100 | T | A | 01/01/2006 | 10/06/2005 | $ 375,000 | $ 375,000 | $ 0 |
| 2050000 | R | A | 06/24/2005 | 05/24/1985 | $ 600,000 | $ 600,000 | $ 0 |
| 2040001 | C | A | 05/15/2005 | 05/24/1985 | $ 600,000 | $ 600,000 | $ 0 |
| 2040000 | R | I | 06/26/2004 | 05/24/1985 | $ 4,763,720 | $ 4,763,720 | $ 0 |
| 2030000 | R | A | 06/27/2003 | 05/24/1985 | $ 4,763,720 | $ 4,763,720 | $ 0 |
| 2020000 | R | A | 07/05/2002 | 05/24/1985 | $ 4,763,720 | $ 4,763,720 | $ 0 |
| 2010000 | R | A | 06/30/2001 | 05/24/1985 | $ 4,763,720 | $ 4,763,720 | $ 0 |
| 2000000 | R | A | 07/13/2000 | 05/24/1985 | $ 4,763,720 | $ 4,763,720 | $ 0 |
| 1990000 | R | A | 07/16/1999 | 05/24/1985 | $ 4,763,720 | $ 4,763,720 | $ 0 |
| 1980000 | R | A | 07/14/1998 | 05/24/1985 | $ 4,763,720 | $ 4,763,720 | $ 0 |
| 1970000 | R | A | 07/19/1997 | 05/24/1985 | $ 4,763,720 | $ 4,763,720 | $ 0 |
| 1960000 | R | A | 08/03/1996 | 05/24/1985 | $ 4,763,720 | $ 4,763,720 | $ 0 |
| 1950000 | R | A | 07/29/1995 | 05/24/1985 | $ 4,763,720 | $ 4,763,720 | $ 0 |
| 1940002 | C | A | 04/02/1995 | 05/24/1985 | $ 4,763,720 | $ 4,763,720 | $ 0 |
| 1940001 | C | I | 08/16/1994 | 05/24/1985 | $ 9,656,361 | $ 9,656,361 | $ 0 |
| 1940000 | R | I | 07/31/1994 | 09/12/1991 | $ 9,656,361 | $ 9,656,361 | $ 0 |
| 1930003 | C | A | 04/02/1995 | 05/24/1985 | $ 4,763,720 | $ 4,763,720 | $ 0 |
| 1930002 | C | I | 08/16/1994 | 05/24/1985 | $ 9,467,021 | $ 9,467,021 | $ 0 |
| 1930001 | C | I | 04/10/1994 | 05/24/1985 | $ 9,467,021 | $ 9,467,021 | $ 0 |
| 1930000 | R | I | 07/31/1993 | 05/24/1985 | $ 9,467,021 | $ 9,467,021 | $ 0 |
| 1920002 | C | A | 08/16/1994 | 05/24/1985 | $ 9,281,394 | $ 9,281,394 | $ 0 |
| 1920001 | C | I | 04/10/1994 | 05/24/1985 | $ 9,281,394 | $ 9,281,394 | $ 0 |
| 1920000 | R | I | 07/29/1992 | 05/24/1985 | $ 9,281,394 | $ 9,281,394 | $ 0 |
| 1910000 | R | A | 07/26/1991 | 05/24/1985 | $ 9,099,406 | $ 9,099,406 | $ 0 |
| 1900000 | R | A | 08/15/1990 | 05/24/1985 | $ 8,920,987 | $ 8,920,987 | $ 0 |
| 1890000 | R | A | 08/04/1989 | 05/24/1985 | $ 8,746,066 | $ 8,746,066 | $ 0 |
| 1880001 | C | A | 10/29/1988 | 05/24/1985 | $ 8,574,575 | $ 8,574,575 | $ 0 |
| 1880000 | R | I | 08/23/1988 | 05/24/1985 | $ 8,543,775 | $ 8,543,775 | $ 0 |
| 1870100 | N | A | 10/29/1988 | 05/24/1985 | $ 8,407,050 | $ 8,407,050 | $ 0 |
| 1870000 | W | W | 06/20/1990 | 05/24/1985 | $ 8,376,250 | $ 8,376,250 | $ 0 |

© 2023- Los Angeles County Assessor
Contact Us (https://assessor.lacounty.gov/contact-us/) | Disclaimer (disclaimer) | FAQ (faq)
PDB Effective Date: 12/27/2022

 (https://facebook.com/LACAssessor)     (https://www.twitter.com/LACASSESSOR)     (https://www.linkedin.com/company/los-angeles-county-office-of-the-assessor)     (https://youtube.com/u

❤ Summary

# AIN: 2064-005-015 [1]

**Situs Address:**

| | |
|---|---|
| Use Type: | Vacant Land |
| Parcel Type: | Regular Fee Parcel |
| Tax Rate Area: | 04971 |
| | |
| Parcel Status: | ACTIVE |
| Create Date: | 10/04/1989 |
| Delete Date: | |
| Tax Status: | DELINQUENT |
| Year Defaulted: | 2021 |
| Exemption: | None |

**Building & Land Overview**

| | |
|---|---|
| Use Code: | 010V |
| Design Type: | |
| Quality Class: | |
| | |
| # of Units: | |
| Beds/Baths: | / |
| Building SqFt: | 0 |
| | |
| Year Built: | |
| Effective Year: | |
| Land SqFt: | |

 (https://maps.assessor.lacounty.gov/GeoCortex/Essentials/PAIS/REST/sites/PAIS/VirtualDirectory/AssessorMaps/ViewMap.html?val=2064-005)

Parcel Map (https://maps.assessor.lacounty.gov/GeoCortex/Essentials/PAIS/REST/sites/PAIS/VirtualDirectory/AssessorMaps/ViewMap.html?val=2064-005) / Map Index (https://maps.assessor.lacounty.gov/GeoCortex/Essentials/PAIS/REST/sites/PAIS/VirtualDirectory/AssessorMaps/ViewMap.html?val=2064-NDX)

| | 2023 Roll Preparation | | 2022 Current Roll | RC | Year | | 2021 Base Value |
|---|---|---|---|---|---|---|---|
| $ | 31,212 | $ | 30,600 | T | 2021 | $ | 30,000 |
| $ | 0 | $ | 0 | T | 2021 | $ | 0 |
| $ | 31,212 | $ | 30,600 | | | $ | 30,000 |

**Assessor's Responsible Division**

| | |
|---|---|
| District: | North District Office |
| Region: | 02 |
| Cluster: | 02187 AGOURA(MALIBU) |

North District Office (https://maps.google.com/?q=13800+Balboa+Blvd.+Sylmar%2C+CA+91342) 📍
13800 Balboa Blvd.
Sylmar, CA 91342

Phone: (818) 833-6000
Toll Free: 1 (888) 807-2111
M-F 7:30 am to 5:00 pm



## Building and Land Characteristics

### Land Information

*Use Code* = 010V (Vacant Land)
Total SqFt (GIS):     0
Total SqFt (PDB):
Usable SqFt:          0
Acres:
Land W' x D':         0 x 0

Sewers:
Flight Path:
X-Traffic:
Freeway:

Corner Lot:
Golf Front:
Horse Lot:
View:

Zoning:               (Refer Issuing Agency)
Code Split:
Impairment:           None

Situs Address:

Legal Description *(for assessment purposes)*:
FOR DESC SEE ASSESSOR'S MAPS POR OF SW 1/4 AND SE 1/4 SEC 25 T1N R18W

```
Use Code: 010V (Vacant Land)
0 = Residential
1 = Single Family Residence
0 = Unused or Unknown Code (No Meaning)
V = Vacant Land
```

## Building Information

**SUBPART:**
**Design Type:**
**Quality Class:**

**# of Units:**
**Beds/Baths:** /
**Building SqFt:** 0

**Year Built:**
**Effective Year:**
**Depreciation:** / /

**RCN Other:** $ 0
**RCN Other Trended** $ 0
**Year Change:**

**Design Type:**
=
=
=
=

**SUMMARY:** Total

**# of Units:** 0
**Beds/Baths:** 0/0
**Building SqFt:** 0
**Avg SqFt/Unit:**

## ♥ Events History

Ownership ()   Parcel Change ()

Show Re-Assessable Only: ☐

| Recording Date | Seq. # | Re-Assessed | # Parcels | % | Ver. Code | DTT Sale Price | Assessed Value |
|---|---|---|---|---|---|---|---|
| 02/01/2022 | 50 | Yes | 2 | 15%-0 | M | $ 100,001 | $ 0 |
| 12/18/2020 | 50 | Yes | 2+ | 00%-0 | M | $ 0 | $ 30,000 |
| 10/06/2005 | 50 | Yes | 1 | 00%-0 | K | $ 314,003 | $ 58,900 |
| 09/11/1987 | 50 | Yes | 1 | 00%-0 |   | $ 465,004 | $ 535,727 |

## ♥ Assessment History

Show All: ☑  Hide Inactive Rolls: ☐                          Showing 1 to 44 of 44 entries.

| Bill Number | Bill Type | Bill Status | Date to Auditor | Recording Date | Total Value | Land Value | Improvement Value |
|---|---|---|---|---|---|---|---|
| 223-PSEG |   |   |   | 02/01/2022 | $ 31,212 | $ 31,212 | $ |
| 2220100 | T |   | 0 | 02/01/2022 | $ | $ | $ |
| 2220000 | R | A | 07/26/2022 | 12/18/2020 | $ 30,600 | $ 30,600 | $ 0 |
| 2210100 | T |   | 0 | 02/01/2022 | $ | $ | $ |
| 2210000 | R | A | 07/06/2021 | 12/18/2020 | $ 30,000 | $ 30,000 | $ 0 |
| 2200100 | T | A | 06/13/2021 | 12/18/2020 | $ 30,000 | $ 30,000 | $ 0 |
| 2200000 | R | A | 07/06/2020 | 10/06/2005 | $ 73,590 | $ 73,590 | $ 0 |
| 2190000 | R | A | 07/01/2019 | 10/06/2005 | $ 72,148 | $ 72,148 | $ 0 |
| 2180000 | R | A | 07/19/2018 | 10/06/2005 | $ 70,734 | $ 70,734 | $ 0 |
| 2170000 | R | A | 06/26/2017 | 10/06/2005 | $ 69,348 | $ 69,348 | $ 0 |
| 2160000 | R | A | 07/05/2016 | 10/06/2005 | $ 67,989 | $ 67,989 | $ 0 |
| 2150000 | R | A | 06/23/2015 | 10/06/2005 | $ 66,968 | $ 66,968 | $ 0 |
| 2140000 | R | A | 06/24/2014 | 10/06/2005 | $ 65,657 | $ 65,657 | $ 0 |
| 2130000 | R | A | 06/25/2013 | 10/06/2005 | $ 65,361 | $ 65,361 | $ 0 |
| 2120000 | R | A | 06/27/2012 | 10/06/2005 | $ 64,080 | $ 64,080 | $ 0 |
| 2110000 | R | A | 07/06/2011 | 10/06/2005 | $ 62,824 | $ 62,824 | $ 0 |

| Bill Number | Bill Type | Bill Status | Date to Auditor | Recording Date | Total Value | Land Value | Improvement Value |
|---|---|---|---|---|---|---|---|
| 2100000 | R | A | 07/22/2010 | 10/06/2005 | $ 62,355 | $ 62,355 | $ 0 |
| 2090000 | R | A | 06/11/2009 | 10/06/2005 | $ 62,504 | $ 62,504 | $ 0 |
| 2080000 | R | A | 06/12/2008 | 10/06/2005 | $ 61,279 | $ 61,279 | $ 0 |
| 2070000 | R | A | 06/14/2007 | 10/06/2005 | $ 60,078 | $ 60,078 | $ 0 |
| 2060000 | R | A | 06/22/2006 | 10/06/2005 | $ 58,900 | $ 58,900 | $ 0 |
| 2050100 | T | A | 01/01/2006 | 10/06/2005 | $ 58,900 | $ 58,900 | $ 0 |
| 2050000 | R | A | 06/24/2005 | 09/11/1987 | $ 721,238 | $ 721,238 | $ 0 |
| 2040000 | R | A | 06/26/2004 | 09/11/1987 | $ 707,097 | $ 707,097 | $ 0 |
| 2030000 | R | A | 06/27/2003 | 09/11/1987 | $ 694,138 | $ 694,138 | $ 0 |
| 2020000 | R | A | 07/05/2002 | 09/11/1987 | $ 680,528 | $ 680,528 | $ 0 |
| 2010000 | R | A | 06/30/2001 | 09/11/1987 | $ 667,185 | $ 667,185 | $ 0 |
| 2000000 | R | A | 07/13/2000 | 09/11/1987 | $ 654,103 | $ 654,103 | $ 0 |
| 1990000 | R | A | 07/16/1999 | 09/11/1987 | $ 641,278 | $ 641,278 | $ 0 |
| 1980000 | R | A | 07/14/1998 | 09/11/1987 | $ 629,612 | $ 629,612 | $ 0 |
| 1970000 | R | A | 07/19/1997 | 09/11/1987 | $ 617,267 | $ 617,267 | $ 0 |
| 1960000 | R | A | 08/03/1996 | 09/11/1987 | $ 605,164 | $ 605,164 | $ 0 |
| 1950000 | R | A | 07/29/1995 | 09/11/1987 | $ 598,521 | $ 598,521 | $ 0 |
| 1940001 | C | A | 08/16/1994 | 09/11/1987 | $ 591,483 | $ 591,483 | $ 0 |
| 1940000 | R | I | 07/31/1994 | 09/12/1991 | $ 591,483 | $ 591,483 | $ 0 |
| 1930002 | C | A | 08/16/1994 | 09/11/1987 | $ 579,886 | $ 579,886 | $ 0 |
| 1930001 | C | I | 04/17/1994 | 09/11/1987 | $ 579,886 | $ 579,886 | $ 0 |
| 1930000 | R | I | 07/31/1993 | 09/11/1987 | $ 579,886 | $ 579,886 | $ 0 |
| 1920002 | C | A | 08/16/1994 | 09/11/1987 | $ 568,516 | $ 568,516 | $ 0 |
| 1920001 | C | I | 04/17/1994 | 09/11/1987 | $ 568,516 | $ 568,516 | $ 0 |
| 1920000 | R | I | 07/29/1992 | 09/11/1987 | $ 568,516 | $ 568,516 | $ 0 |
| 1910000 | R | A | 07/26/1991 | 09/11/1987 | $ 557,369 | $ 557,369 | $ 0 |
| 1900000 | R | A | 08/15/1990 | 09/11/1987 | $ 546,441 | $ 546,441 | $ 0 |
| 1890000 | W | W | 06/20/1990 | 09/11/1987 | $ 535,727 | $ 535,727 | $ 0 |

© 2023- Los Angeles County Assessor

Contact Us (https://assessor.lacounty.gov/contact-us/) | Disclaimer (disclaimer) | FAQ (faq)

PDB Effective Date: 12/27/2022

 (https://facebook.com/LACAssessor)    (https://www.twitter.com/LACASSESSOR)    (https://www.linkedin.com/company/los-angeles-county-office-of-the-assessor)    (https://youtube.com/u