UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 22-9203-MEMF (KS)                                Date: March 24, 2023

Title   *Clinton Brown v. Clark R. Taylor*

Present: The Honorable:   Karen L. Stevenson, Chief Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: N/A        Attorneys Present for Defendant: N/A

**Proceedings:  (IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR DEPOSIT AND DISTRIBUTION (DKT. NO. 38)**

The Court is in receipt of Plaintiff's Motion for Deposit and Distribution, filed on March 22, 2023.  (*See* Dkt. No. 38 ("Motion").)  Plaintiff did not notice the Motion for a hearing.  (*Id.*)

**IT IS ORDERED** that the following briefing schedule governs the Motion: (1) Defendant shall file and serve his Opposition **no later than April 12, 2023**; and (2) Plaintiff shall file a Reply, if any, **within seven (7) days** from the date of service of the Opposition.  The Motion will be deemed under submission on the date the Reply is due.

**IT IS SO ORDERED.**

:
**Initials of Preparer**      gr