CLINTON BROWN, Pro Se
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453



Note: The Clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice. *Fed. R. Civ. P. 5(d)(4)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>　　　　Defendant. | CASE NO. 2:22-cv-09203-MEMF-KS<br><br>**Motion to Limit Scope of Discovery**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Magistrate Judge:** Karen L. Stevenson<br><br>**Action Filed:** 12/17/2022<br><br>**Action Due:** 01/12/2023 |

## MOTION TO LIMIT SCOPE OF DISCOVERY

**NOTICE TO THE COURT**, in an action to review an administrative record, *F.R.C.P 26(a)(1)(B)(i),* exempts initial disclosure for a practical reason. The decision rendered by the administrative agency (i.e., Defendant) is presumably based on documents that the Plaintiff *has already provided to the Defendant.* (Emphasis added). Discovery, that is duplicative (*F.R.C.P. 26(b)(2)(C)(i))* and outside the scope (*F.R.C.P. 26(b)(2)(C)(iii))* will prejudice a just result.[1] If the

---

[1] Ex. A. *In summa*, Defendant's request for documents that are already available in the public record are duplicative and the demand for Plaintiff's family records are outside the scope of discovery, in addition to, the initial exemption.

moving party shows good cause, considering the limitations of *F.R.C.P. 26(b)(2)(C),* then the Court must specify conditions for discovery.[2]

**THEREFORE,** Plaintiff respectfully requests that the Court strike the Defendant's redundant and irrelevant discovery demands.

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Clinton Brown                                                    04/02/2023

---

[2] The Federalist No. 78, (1788).

**MOTION TO LIMIT SCOPE OF DISCOVERY**

DAWYN R. HARRISON, County Counsel
THOMAS R. PARKER, Senior Deputy County Counsel
(SBN 141835) • *Tparker@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1834 · Fax: (213) 613-4751

Attorneys for Defendant
Clark R. Taylor

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN, | CASE NO. |
| Plaintiff, | DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF CLINTON BROWN |
| v. | |
| CLARK R. TAYLOR, | |
| Defendant. | |

PROPOUNDING PARTY:      Defendant, CLARK R. TAYLOR

RESPONDING PARTY:      Plaintiff, CLINTON BROWN

SET NO.:      ONE

**TO PLAINTIFF, CLINTON BROWN, AND HIS ATTORNEY OF RECORD:**

You are hereby requested, pursuant to Rule 34 of Federal Rules of Procedure to produce the following documents and things within thirty (30) days of service at the Los Angeles County Office of the County Counsel, 500 West Temple Street, Sixth Floor, Los Angeles, California 90012.  Defendant will reimburse Plaintiff for the reasonable costs of reproduction of all audio or video recordings of all photographs produced pursuant to this request.

**DEFINITIONS**

For purposes of this Request for Production of Documents and Things:

a.  "YOU" or "YOUR" refers to Plaintiff CLINTON BROWN.

b.  "PROPERTY" or "PURCHASED PROPERTY" refers to the real property identified by physical as 27250 Agoura Road, Agoura, California 91301.

c.  "SELLER(S)" refers to the party or parties who were the immediate prior owner(s) of 27250 Agoura Road, Agoura, California 91301 before YOU purchased the PROPERTY.

d.  "NOTICE DISCLOSURES" means all written notice disclosures made and presented to YOU, YOUR family, YOUR agents or representatives and any business entities acting on YOUR behalf in acquiring the PROPERTY.

e.  "TITLE INSURANCE AND DOCUMENTS" refer to all written documents issued by a California Title Insurance Company hired to prepare a title search  of all recorded real property records related to the PROPERTY or PURCHASED PROPERTY sale transaction through which YOU or YOUR family and/or any business entity with ownership interests in whole or in part held by YOU and/or YOUR family.

f.  PROPERTY OR PURCHASED PROPERTY "FILE(S)" refers to all written documents sent to and/or received by YOU or YOUR family or any business entity in which YOU or YOUR family holds an ownership

HOA.104138636.1

Defendant's Request for Production          -2-
of Documents [Set One]

2:22-cv-8203-MEMF-KS

1    interest in regarding the purchase by same of 27250 Agoura Road, Agoura,

2    California 91301 resulting in said persons or entities becoming the

3    recorded landowners of said PROPERTY.

4    g.  "DOCUMENT" or "DOCUMENTS" means all "writings" and electronic

5    "recordings" as those terms are defined in Rule 34 of the Federal Rules of

6    Civil Procedure and Rule 1001 of the Federal Rules of Evidence,

7    including, but not limited to, all writings and records of every type and

8    description including , but not limited to, contracts, agreements,

9    correspondence, memoranda, letters, facsimiles, electronic mail ("e-mail"),

10   records of telephone conversations, handwritten and typewritten notes of

11   any kind, statements, reports, minutes, recordings, transcripts and

12   summaries of meetings, voice recordings,  pictures, photographs,

13   drawings, computer cards tapes, discs, printouts and records of all types,

14   studies, instruction manuals, policy manuals and statements, books,

15   pamphlets, invoices, cancelled checks, things, and every other device or

16   medium by which or through which information of any type is transmitted,

17   recorded, or preserved.  Without any limitations on the foregoing, the term

18   "DOCUMENT" shall include all copies that differ in any respect from the

19   original  or others versions of the DOCUMENT, including but not limited

20   to, all drafts and all copies of such drafts and originals containing initials,

21   comments, notations, insertions, corrections, marginal notes, amendments,

22   or any other variation of any kind.

23   h.  "PERSON" or "PERSONS" means all natural persons, partnerships,

24   corporations, joint ventures, and any kind of business, legal, or public

25   entity or organization, as well as its agents, representatives, employees,

26   officers, directors, and anyone else acting on its behalf, pursuant to its

27   authority, or subject to its control.

28

i.  "SOCIAL MEDIA" means any online website or application that allows users to create or share content or to participate in social networking, including, but not limited to, platforms such as Instagram, Facebook, Twitter, Reddit, LinkedIn, Snapchat, Tiktok, Youtube, and Parler.

j.  The phrases "REFERRING TO", "RELATING TO", or "REFLECTING", or any of their derivatives, mean in whole or in part discussing, describing, memorializing, containing, analyzing, studying, reporting on, commenting on, evidencing, constituting, embodying, identifying, stating, considering, recommending, setting forth, concerning, dealing with, or in any way pertaining to.

k.  "INCLUDING" means "including, but not limited to", and is not to be construed to limit a request.

l.  The singular form of a noun or pronoun includes within its meaning the plural form of the noun or pronoun so used, and vice versa; the use of the masculine form of a pronoun also includes with its meaning the feminine form of the pronoun used, and vice versa; the use of any tense of any verb includes also within its meaning all other tenses of the verb so used, whenever such construction results in a broader request for information; and "and" includes "or" and vice versa, whenever such construction results in a broader disclosure of documents or information.

## INSTRUCTIONS

A.  You are to produce all DOCUMENTS requested hereby that are in YOUR possession, custody, or control.

B.  In the event that any DOCUMENT called for by this request is to be withheld on the basis of a claim of privilege, or immunity from discovery, that DOCUMENT is to be identified by stating: (i) any addressor and addressee, (ii) any indicated or blind copy; (iii) the DOCUMENT'S date, subject matter, number of pages, and attachments or appendices; (iv) all PERSONS to whom the

HOA.104138636.1

Defendant's Request for Production          -4-
of Documents [Set One]

2:22-cv-8203-MEMF-KS

1  DOCUMENT was distributed, shown, or explained; (v) its present custodian; and

2  (vi) the nature of the privilege or immunity asserted.

3      C.      In the event that any DOCUMENT called for by this request has been

4  destroyed or discarded, that DOCUMENT is to be identified by stating:  (i) any

5  addressor or addressee; (ii) any indicated or blind copies; (iii) the DOCUMENT'S

6  date, subject matter, number of pages, and attachments or appendices; (iv) all

7  PERSONS to whom the DOCUMENT was distributed, shown, or explained; (v) the

8  date of destruction, discard, manner of destruction or discard, and the reason for

9  destruction or discard; and (vi) whether any copies of the DOCUMENT presently

10  exist and, if so, the name of the custodian of each copy.

11      **REQUEST FOR PRODUCTION NO. 1**

12      Please produce all TITLE INSURANCE AND INDORSEMENT

13  DOCUMENTS related to YOUR purchase and acquisition of the PROPERTY in

14  YOUR possession.

15      **REQUEST FOR PRODUCTION NO. 2**

16      Please produce all DOCUMENTS, including reports, memoranda, transcripts,

17  audio recordings, video recordings, filings, photographs, letters, and other

18  documents of any kind whatsoever, which  report, memorialize, summarize, reflect,

19  depict, or in any way discuss YOUR file relating to YOUR purchase and acquisition

20  of the PROPERTY.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    **REQUEST FOR PRODUCTION NO. 3**

2         Please produce all DOCUMENTS including and relating to NOTICE

3    DISCLOSURES provided to YOU regarding YOUR purchase and acquisition of the

4    PROPERTY.

5

6    DATED: March 21, 2023                    Respectfully submitted,

7                                             DAWYN R. HARRISON

8                                             County Counsel

9

10

11                                           By _____

12                                              THOMAS R. PARKER
                                               Senior Deputy County Counsel

13                                           Attorneys for Defendant, Clark R. Taylor

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE
Case No. 2:22-CV-09203-MEMf-KS

STATE OF CALIFORNIA, County of Los Angeles:

Mark Zamora states: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713

That on March 21, 2023, I served the attached

**DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF CLINTON BROWN**

upon Interested Party(ies) by placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed ☐ as follows ☒ as stated on the attached service list:

☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses on the attached service list (specify one):

(1) ☐deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) ☐placed the envelope for collection and mailing, following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California:

☒ **By electronic service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed on the service list.

I declare that I am employed in the offices of a member of this court at whose direction the service was made.

Executed on March 21, 2023, at Los Angeles, California.

| Mark Zamora | *Mark Michael C. Zamora* |
|---|---|
| **(NAME OF DECLARANT)** | **(SIGNATURE OF DECLARANT)** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SERVICE LIST

Clinton Brown
16821 Edgar Street
Pacific Palisades, California 90272
Email:  clinton@atlasinc.solar