

CLINTON BROWN, Pro Se
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453
Note: The Clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice. *Fed. R. Civ. P. 5(d)(4)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>　　　　Defendant. | CASE NO. 2:22-cv-09203-MEMF-KS<br><br>**Motion for Injunctive Relief**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Magistrate Judge:** Karen L. Stevenson<br><br>**Action Filed:** 12/17/2022<br><br>**Action Due:** 01/12/2023 |

## MOTION FOR INJUNCTIVE RELIEF

**NOTICE TO THE COURT**, Plaintiff respectfully requests a writ be issued pursuant to *28 U.S.C. § 1651(a)*, thus rendering the Constitutional violation, *ad interim*, unviolated.[1] The Fifth Amendment's Self-Executing Takings Clause requires Just Compensation at the time of the Taking and interest until the Taking violation is unviolated. *Knick v. Twp. of Scott, 139 S. Ct. 2162 (2019).* The factual record is not materially disputed by the Defendant, thus a *prima facie* claim is established. (Citations omitted). The Defendant, acting under the color of law,

---

[1] All Writs Act, Judiciary Act of 1789, § 14, 1 Stat. 73, 81-82 (1789)

deprived Plaintiff's Fifth Amendment Constitutional right upon the Taking of property without Just Compensation. Defendant unilaterally rejected the Plaintiff's solar facility application, without redress. Defendant's actions prevented the Plaintiff from obtaining the signatures required for permit approval.[2] Issuing a writ, *in this case*, would not violate the government's regulatory power and would inviolate the Taking, *thus Just Compensation not unduly burden the Plaintiff and the Public.* (Emphasis added).

**THEREFORE,** Plaintiff requests writ of injunction to inviolate, *ad interim,* the Fifth Amendment violation.

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Clinton Brown                                                                                                 04/02/2023

---

[2] Ex. 1. Department of Public Works Building and Safety Division, "Agency Referral," issued 09/01/2021, and Los Angeles County Department of Regional Planning, "SUBJECT: APPLICATION has been REJECTED," issued 10/12/2021. (original emphasis added).



**COUNTY OF LOS ANGELES**
**DEPARTMENT OF PUBLIC WORKS**
**BUILDING AND SAFETY DIVISION**

# AGENCY REFERRAL

Office Hours: 7:00 am - 5:30 pm M-Th
Plan Checker Hours: 7:00 am - 11:00 am

**CALABASAS**
**MALIBU DISTRICT OFFICE**

26600 Agoura Rd. Suite 110
Calabasas, CA 91803
Telephone: (818) 880-4150

---

**GENERAL PROJECT INFORMATION**

| | | | |
|---|---|---|---|
| PLAN CHECK: | UNC-SOLR210831002871 | DISTRICT No: | 9.10 |
| JOB ADDRESS: | 27250 Agoura Road | CITY: | Agoura Hills |
| APPLICANT: | Brown, Clinton | EMAIL: | projects@atlasdevelopmentgroupllc.c |

**THIS NOTICE IS TO INFORM YOU THAT APPROVAL FROM THE AGENCIES MARKED BELOW, IN ADDITION TO BUILDING PLAN CHECK APPROVAL, MUST BE OBTAINED PRIOR TO PERMIT ISSUANCE.** You may need to submit the pertinent plans, plan check number, calculations, reports, etc., directly to these agencies. To assist you, we have listed below the information which you will need to contact these agencies. Follow-up is your responsibility. Please be aware that some items resulting from these agency plan reviews may affect your building plan check. These should be communicated to your Building Plan Check Engineer as soon as possible to prevent unnecessary delays. Submit all agency approvals 48 hours prior to permit issuance. Notify the Plan Check Engineer when all agency approvals have submitted and request review.

## DEPARTMENT OF PUBLIC WORKS

Clearance Date:

**BUILDING AND SAFETY DIVISION - ELECTRICAL SECTION**
Headquarters M-Th 6:45 - 5:30    (626) 458-3180
900 S. Fremont Ave., 3rd Fl, Alhambra, CA 91803-1331
    ELECTRICAL CODE CHECK

## OTHER COUNTY DEPARTMENTS

Clearance Date:

**FIRE PREVENTION BUREAU**
Plan approval is required
26600 Agoura Road, # 110, Calabasas, CA 91302
(818) 880-0341 Mon-Thurs 7:00-11:00 a.m.
Chatsworth area only:
23757 Valencia Blvd., Santa Clarita, CA 91355-2192
(661) 286-8821 Mon-Fri 8:00 -4:30

**REGIONAL PLANNING DEPARTMENT**
320 W. Temple St., 13th Floor (Rm. 1360)
Los Angeles, CA 90012-3282
Public Counter : 1:00 p.m. to 6:00 p.m. M-Th
Telephone Hours: 7:00 a.m. to 12:00 p.m. (213) 974-6411 Mon-Thurs
Calabasas District Office for General Information: 26600 Agoura Road, # 110, Calabasas, CA 91302
(818) 880-3799 Mon-Thurs 7:00 a.m.-11:00 a.m.

## ADDITIONAL AGENCIES

Clearance Date:

Calabasas Office - Structural Check

| | | | |
|---|---|---|---|
| Plan Checker: | Carlos Monzon | Email: | cmonzon@dpw.lacounty.gov |
| Phone Number: | (626) 458-6314 | Date: | 9/1/2021 |



# Los Angeles County
## Department of Regional Planning

*Planning for the Challenges Ahead*



**Amy J. Bodek, AICP**
Director of Regional Planning

**Dennis Slavin**
Chief Deputy Director,
Regional Planning

October 12, 2021

Clinton Brown
Atlas Development Group
21472 Calle del Barco Street
Malibu, CA 90265

**SUBJECT:** APPLICATION has been REJECTED
**APPLICATION NUMBER:** RPAP2021009108
**PROJECT NUMBER:** PRJ2021-003782
**LOCATION:** 27250 AGOURA ROAD, CALABASAS, CA 91302
(APN: 2064-005-011)

Dear Applicant,

The Department of Regional Planning is in receipt of the application materials you submitted on September 1, 2021 for the Solar Farm Project at 27250 Agoura Road. Upon review of the submitted materials, it has been determined that the proposed project is not permitted at this location and the application has been REJECTED.

Ground mounted utility scale solar facilities are not permitted in Significant Ecological Areas as described in section 22.140.510(C)(5)(a) found here: https://library.municode.com/ca/los_angeles_county/codes/code_of_ordinances?nodeId=TIT22PLZO_DIV7STSPUS_CH22.140STSPUS_22.140.510REEN. The proposed project site is located wholly within the Santa Monica Mountains North Area Significant Ecological Area and for this reason, the proposed project cannot be permitted at this location and the application cannot be processed.

If you have any questions concerning the information in this letter or any other questions about your project, please contact Clark Taylor at ctaylor@planning.lacounty.gov.

Sincerely,

Clark Taylor, Regional Planner
Coastal Development Services