UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-9203-MEMF (KS)                                       Date: April 14, 2023

Title   *Clinton Brown v. Clark R. Taylor*

---

Present: The Honorable:   Karen L. Stevenson, Chief Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: N/A          Attorneys Present for Defendant:  N/A

**Proceedings: (IN CHAMBERS) ORDER RE: PLAINTIFF'S INFORMAL EMAIL CORRESPONDENCES**

Plaintiff has sent a number of informal requests in this action via email to the Courtroom Deputy. Plaintiff should refrain from contacting the Court informally via email. Consistent with this Court's Local Rules, "[a]ll matters must be called to a judge's attention by appropriate application or motion filed in compliance with [the] Local Rules." C.D. Cal. L.R. 83-2.5. The Court does not respond to letters, email, or other informal correspondence. The failure to comply with the Court's procedures may result in sanctions.

**IT IS SO ORDERED.**

                                                                          :
                                                      **Initials of Preparer**   gr