CLINTON BROWN, Pro Se
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>   Plaintiff,<br><br> vs.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>   Defendant. | CASE NO. 2:22-cv-09203-MEMF-KS<br><br>**Notice to the Court**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Magistrate Judge:** Karen L. Stevenson<br><br>**Action Filed:** 12/17/2022<br><br>**Action Due:** 01/12/2023 |

### NOTICE TO THE COURT TO PROVIDE CLEAR ORDERS AND ADHERE TO SUCH ORDERS

**NOTICE TO THE COURT**, Plaintiff respectfully requests the Court define "*all* future pleadings and *correspondence* shall be addressed to Gay Roberson" as used in Dk. 25 (line 20), Initial Order in Civil Rights Cases. (Emphasis added). *L-R 83.2-11* (Dk. 25, 2, line 20) cannot be found in the local rules. Plaintiff has notified the Court of *numerous* clerical errors in the case via *correspondence* out of respect for the Court, but the Court has now made clear that it prefers such errors to be noticed publicly. (Emphasis added).

The Court's threat of sanctions against the Plaintiff for, in good faith, navigating the Court's inconsistent procedures is not in line with the Founders' vision, "It [The Judiciary] may truly be said to have neither FORCE nor WILL, but merely

judgment."[1] The judgment of the Court is what the Plaintiff seeks, nothing more or nothing less. Instead, it appears that the Plaintiff will have to write the Proposed Orders for the Court rather than rely on the Court's wise judgment to move this case forward in a speedy, just, and inexpensive manner.

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Clinton Brown                                                                 04/14/2023

---

[1] The Federalist No.78, (1788).

**NOTICE TO THE COURT**