DAWYN R. HARRISON, County Counsel
STARR COLEMAN, Assistant County Counsel
THOMAS R. PARKER, Senior Deputy County Counsel
(SBN 141835) • TParker@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1834
Facsimile: (213) 613-4751

Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jonathan Fang, State Bar No. 279106
E-Mail: jfang@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>　　　　Defendants. | Case No. 2:22-cv-09203-MEMF-KS<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO ACCEPT, REJECT, OR MODIFY MAGISTRATE'S ORDER**<br><br>Assigned to:<br>Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom "8B"<br><br>Magistrate Judge Karen L. Stevenson<br>Courtroom "580" |

/ / /

/ / /

/ / /

/ / /

/ / /

1 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     After full and fair consideration of the moving and supporting papers and
3 evidence, the opposing papers and evidence, and the oral arguments of counsel, this
4 Court finds as follows:

5     The Court denies Plaintiff's Motion to Accept, Reject, or Modify Magistrate's
6 Order (IN PART).

7     **IT IS SO ORDERED.**

8

9 DATED: May \_\_\_, 2023

10

11

12                                                                         Hon.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28