CLINTON BROWN, Pro Se
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>Defendant. | CASE NO. 2:22-cv-09203-MEMF-KS<br>**NOTICE OF NO REPLY**<br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br>**Magistrate Judge:** Karen L. Stevenson<br>**Action Filed:** 12/17/2022<br>**Action Due:** 01/13/2023 |

## NOTICE OF NO REPLY

**NOTICE TO THE COURT**, under Federal law *28 U.S.C. § 636(b)(1)(C)*, the Plaintiff has a statutory right to *de novo* review, unaffected by the Defendant's reliance on Local Rules. *F.R.C.P. 83(a)* and *(b)* allow this Court to make its own local rules that are consistent and not contrary to the will of Congress.[1]

**THEREFORE**, Defendant's REPLY or OPPOSITION should be excluded from the *de novo* review. (Dk. 55).

---

[1] 28 U.S.C. Appendix, 311, 1995 Amendment.

**Notice of No Reply**

1

"I, **Clinton Brown**, solemnly swear that I am submitting this filing with the Court, and that:

(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information."

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

*[signature]*

Clinton Brown                                                                                     05/25/2023