CLINTON BROWN, Pro Se
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>    Defendant. | CASE NO. 2:22-cv-09203-MEMF-KS<br><br>**Request for Judicial Notice**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Magistrate Judge:** Karen L. Stevenson<br><br>**Action Filed:** 12/17/2022<br><br>**Action Due:** 01/13/2023 |

## REQUEST FOR JUDICIAL NOTICE

**NOTICE TO THE COURT,** pursuant to *F.R.E. 201(c)(2)* the Plaintiff requests judicial notice of the public document incorporated in this filing. *(United States v. 14.02 Acres, 530 F.3d 883, 894 (9th Cir. 2008))*. Accordingly, this document states that the Plaintiff will be subjected to a tax of $37,414.00. This tax will be assessed on the property in the present Takings controversy. This tax assessment arises from a single instance of weed maintenance executed by the Defendant. The public document is compelling evidence of both an ongoing violation of the Fifth Amendment's Takings Clause and the imposition of an Excessive Fine. The Plaintiff has provided indisputable evidence to this Court that he has suffered a violation of the Takings Clause and is entitled to Just Compensation. *(Tyler v. Hennepin County, Minnesota, No. 22-166, slip op., (2023))*.

Costs will be assessed to the tax bill.[1] A fine imposed that is so grossly excessive amounts to a deprivation of property without due process of law. *(Waters-Pierce Oil Co. v. Texas, 212 U.S. 86, 90-91, 29 S. Ct. 220 (1909))*. Economic penalties imposed to deter willful noncompliance with the law are fines by any other name. *(Tyler v. Hennepin County, Minnesota, No. 22-166, slip op., Gorsuch and Jackson, JJ., concurring, (2023))*. Lest the Defendant forgets the plain language of *42 U.S.C. § 1983* and the Eighth Amendment.

**THEREFORE**, Plaintiff implores this Court for a just, speedy, and inexpensive resolution in this Takings controversy at bar.

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Clinton Brown                                                                 06/22/2023

---

[1] County of Los Angeles. Weed/Brush Letter. May 18, 2023. Parcel: 2064-005-011. Amount: $37,414.00 after June 5, 2023. U.S.P.S. Tracking No. 70220410000234404432: *In Transit*.



**Kurt E. Floren**
Agricultural Commissioner
Director of Weights and Measures

**COUNTY OF LOS ANGELES**

*Department of
Agricultural Commissioner/
Weights and Measures*

12300 Lower Azusa Road
Arcadia, California 91006-5872
http://acwm.lacounty.gov



**Maximiliano E. Regis**
Chief Deputy

May 18, 2023

TONASUT, STEVE W TR
16821 EDGAR ST
PACIFIC PALISADES CA  90272

**WEED/BRUSH LETTER**
RE:  PARCEL <u>2064-005-011</u>

Dear property owner:

Your property located at <u>**one lot north of 27329 Provident Road, Agoura Hills**</u> was found by inspection to contain a public nuisance. More specifically, the inspection revealed:

    X    1. Combustible grass, weeds, or brush in violation of the Los Angeles County or City Fire Code
            2. Rubbish, litter, trash, or debris
            3. An accumulation of tumbleweeds

Sections 39560-39588 of the California Government Code, and Sections 13879 and 14875-14922 of the California Health & Safety Code, authorize the County to identify, and cause to be abated, certain public nuisances like the ones listed above. It is requested that you remove/abate the public nuisance(s) existing on your property by **June 5, 2023** or County crews may perform the work with the cost placed as an assessment on your tax bill. After the above deadline, abatement work by County crews may occur at any time. In order to abate the nuisance(s) and/or bring your property into compliance with the applicable fire code, you must <u>**clear weeds and trim up trees 6 feet off the ground within 200 feet from structures**</u>.

While the County is prohibited from making a profit from nuisance abatement work, it must recover all expenses incurred in performing this work. It is estimated that if County crews do the work, the charges will be approximately <u>**$37,414.00**</u>.

Please remember that **your property needs to be maintained hazard free throughout the year**. This includes any hazardous regrowth of weeds, dry grass, etc., that develops after initial abatement. A diagram of the general clearance requirements is available on our website at http://acwm.lacounty.gov.

It is our goal to assist property owners to maintain their own properties whenever possible. If you desire additional information regarding this matter, please contact Inspector Mariela Garcia at (818) 833-6648 or by email at <u>MGarcia@acwm.lacounty.gov</u>.

Very truly yours,

KURT E. FLOREN
Agricultural Commissioner/
Director of Weights & Measures

TDD (626) 575-5520
FOR THE HEARING IMPAIRED

*(signature)*

ADRIAN ZAVALA
Deputy Director/Bureau Chief
Weed Hazard & Pest Management Bureau

KEF:AZ:ht

---

If you suspect fraud or wrongdoing by a County employee, please report it to the County Fraud Hotline at
1-800-544-6861 or www.lacountyfraud.org/

**Protecting Consumers and the Environment Since 1881
To Enrich Lives Through Effective and Caring Service**

COUNTY OF LOS ANGELES
AGRICULTURAL COMMISSIONER
WEIGHTS and MEASURES
12300 LOWER AZUSA ROAD
ARCADIA, CA 91006-5872

CERTIFIED MAIL

7022 0410 0002 3440 4432

RETURN RECEIPT
REQUESTED

9027723228 C012

US POSTAGE $008.10
PITNEY BOWES
02 1P
0000939037
MAILED FROM ZIP CODE 91006
MAY 18 2023

