CLINTON BROWN, Pro Se
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>　　　　Defendant. | CASE NO. 2:22-cv-09203-MEMF-KS<br><br>**Advance Notice of Withdrawal**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Magistrate Judge:** Karen L. Stevenson<br><br>**Action Filed:** 12/17/2022<br>**Action Due:** 01/12/2023 |

## ADVANCE NOTICE OF WITHDRAWAL

**NOTICE TO THE COURT**, pursuant *28 U.S.C. 636(b)(1)(A),* "a Judge may designate a Magistrate Judge to hear and determine any pretrial matter, except a motion for injunctive relief." The Plaintiff erroneously scheduled the notice of motion for injunctive relief hearing with the Magistrate Judge. (ECF 62).

**THEREFORE**, please withdraw the motion hearing from the calendar.

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Clinton Brown　　　　　　　　　　　　　　　　　　　　　　　　07/21/2023