UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:22-cv-09203-MEMF-KS                                  Date: July 26, 2023

Title   *Clinton Brown v. Clark R. Taylor*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  Minute Order re Brown's Motion to Object, Reject or Modify Magistrate's Order [ECF No. 55]**

On March 19, 2023, Plaintiff Clinton Brown ("Brown") filed a Motion to Strike portions of Defendant Clark R. Taylor's ("Taylor's") Answer. ECF No. 35. On March 22, 2023, Brown filed a Motion for Deposit pursuant to Federal Rule of Civil Procedure § 71.1(j)(1). ECF No. 43. On May 2, 2023, the Court entered an Order addressing the Motion to Strike and Motion for Deposit. ECF No. 53 ("May 2 Order").

On May 11, 2023, Brown filed a Motion to Object, Reject or Modify Magistrate's Order. ECF No. 55 ("Motion to Modify"). Brown objects to the Court's rulings as to both the Motion to Strike and Motion for Deposit in the May 2 Order. *See id.* Defendant Brown and Defendant Los Angeles County Department of Regional Planning (collectively "Defendants") filed an Opposition to the Motion to Modify on May 25, 2023. ECF No. 56 ("Opposition" or "Opp'n"). Among other arguments, Defendants argue that Brown failed to meet and confer in advance of filing the Motion to Modify as required by Central District of California Local Rule 7-3. *See* Opp'n at 3.

Having reviewed Brown's Motion to Modify and Defendants' Opposition, the Court finds that Brown did not comply with Local Rule 7-3. *See* L.R. 7-3 (Unless an exception applies, "counsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution. The conference must take place at least 7 days prior to the filing of the motion."). Accordingly, his

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:22-cv-09203-MEMF-KS                              Date: July 26, 2023

Title   *Clinton Brown v. Clark R. Taylor*

Motion to Modify is hereby DENIED. This denial is without prejudice, and Brown may refile his Motion to Modify after properly meeting and conferring with Defendants and otherwise complying with Local Rule 7-3.

### RESOURCES FOR SELF-REPRESENTED PARTIES

Although Brown is proceeding *pro se*, *i.e.*, without legal representation, he nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure. *See* C.D. Cal. L.R. 83-2.2.3. The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules.

The Court cannot provide legal advice to any party, including *pro se* litigants. There is a free "*Pro Se* Clinic" that can provide information and guidance about many aspects of civil litigation in this Court.

- Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

- Public Counsel also has extensive resources for *pro se* litigants at its website located at https://publiccounsel.org/services/federal-court/.

- The Court is also informed that the LA Law Library, located across the street from the First Street Courthouse at 301 W. First Street, Los Angeles, CA 90012, also has extensive resources for *pro se* litigants. The LA Law Library can be reached via email at reference@lalawlibrary.org, or via telephone at (213) 785-2513.

:
**Initials of Preparer**     KD