Attorneys for Defendants, CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CLINTON BROWN, | Case No. 2:22-cv-09203-MEMF-KS |
| Plaintiff, | **[PROPOSED] ORDER DENYING PLAINTIFF'S THIRD MOTION FOR INJUNCTIVE RELIEF** |
| v. | Assigned to: |
| CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING, | Hon. Maame Ewusi-Mensah Frimpong Courtroom "8B" |
| Defendants. | Magistrate Judge Karen L. Stevenson Courtroom "580" |

/ / /

/ / /

/ / /

/ / /

/ / /

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

After full and fair consideration of the moving and supporting papers and evidence, the opposing papers and evidence, and the oral arguments of counsel, this Court finds as follows:

The Court denies Plaintiff's Third Notice of Motion for Injunctive Relief.

**IT IS SO ORDERED.**

DATED: September ___, 2023

_____
Hon. Karen L. Stevenson