# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clinton Brown,<br><br>v.<br>Plaintiff(s)<br><br>Clark R. Taylor,<br><br>Defendant(s) | CASE NUMBER:<br>2:22-cv-09203-MEMF-KS<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Karen L. Stevenson. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required   ☒ Hearing Required
☐ In-Person Court Hearing
☐ Video Conference
☒ Telephonic

Magistrate Judge   Karen L. Stevenson

Date/Time   Monday, September 25, 2023 @ 11:00a.m.

Courtroom:   ***call-in information emailed to participating parties.

Dated:   September 7, 2023                    By:   Gay Roberson
                                                     Deputy Clerk