UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   CV 22-9203-MEMF (KSx) | Date: September 25, 2023 |
| Title   *Clinton Brown v. Clark R. Taylor* | |

Present: The Honorable:   Karen L. Stevenson, Chief Magistrate Judge

| Gay Roberson | XTR 09/25/2023 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Clinton Brown, PRO SE | Jonathan Fang |

**Proceedings:**   MINUTES OF TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTE

    Case called. The parties state their appearances. The Court held a telephonic conference with Plaintiff and Defendants counsel regarding Defendant's request for an order compelling Plaintiff to respond to Defendant's Requests for Production of Documents ("RFPs") served in March 2023. Discovery closed on August 20, 2023. Plaintiff contends that because discovery is now closed, he has no obligation to respond to Defendant's RFPs.

    After further discussion, the Court ordered the parties to brief the issue, and, in particular, whether a motion to compel further responses is timely under the Court's Scheduling Order. Defendant, as moving party, will file an opening brief;  Plaintiff may file an opposition; and Defendants may file a reply. The briefing schedule is governed by the local rules. The parties may set a hearing on the Court's regular motion hearing calendar and must  schedule the hearing on a hearing date that is not closed.

IT IS SO ORDERED.

| | : 21 mins |
|---|---|
| **Initials of Preparer** | gr |