UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CLINTON BROWN,

    Plaintiff-Appellant,

v.

CLARK R. TAYLOR,

    Defendant-Appellee.

No.  23-55160

D.C. No. 2:22-cv-09203-MEMF-KS
Central District of California,
Los Angeles

ORDER

Before: BADE, LEE, and VANDYKE, Circuit Judges.

The district court certified that this appeal is not taken in good faith and denied leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a). On March 6, 2023, the court ordered appellant to explain in writing why this appeal should not be dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

Upon a review of the record and the response to the court's March 6, 2023 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 3) and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2).

No further filings will be entertained in this closed case.

**DISMISSED.**

OSA161