UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 22-09203-MEMF-(KSx) | Date | September 21, 2023 |
| Title | Clinton Brown v. Clark R. Taylor | | |

PRESENT: **Honorable Maame Ewusi-Mensah Frimpong
United States District Judge**

Charles A. Rojas
Courtroom Deputy Clerk

Myra Ponce
Court Reporter

Attorneys Present for Plaintiff:
Clinton Brown (IN PRO SE)

Attorneys Present for Defendant:
Jonathan Fang

**PROCEEDINGS:  PRELIMINARY INJUNCTION HEARING (Held and Completed)**

Case called. Court and counsel confer re: the Third Application for Preliminary Injunction re Writ of Mandamus (see docket [42] [49] [59]) filed by Plaintiff Clinton Brown [65].

The Court takes the matters under submission.   A separate Court order shall issue.

: .35

Initials of Deputy Clerk    cr