# EXHIBIT 3

**GIS-NET Public** — Planning & Zoning Information for UNINCORPORATED L.A. County
DEPARTMENT OF REGIONAL PLANNING

27250 Agoura Rd, Agoura Hills, California 91301

Navigation | Find | Draw | Measure | Tasks | Links | Help

Tool Labels

Welcome | Zoom In | Zoom Out | Pan | Full Extent | Previous Extent | Next Extent | Bookmarks

Map Navigation

**Identify Results (4)**

- AIN: 2064005011
- SANTA MONICA MOUNTAINS NORTH AREA: UNINCORPORATED AREA
- 3RD DISTRICT: LINDSEY P. HORVATH
- Zoning: O-S

I want to…

27250 Agoura Rd, Agoura Hills, CA 91301

Address: 27250 Agoura Rd, Agoura Hills, CA 91301

Add to Results | View Additional Details

C-3-DP

SANTA MONICA MOUNTAINS NORTH AREA
District 3
O-S

064-005-011

LA County | Los Angeles County Office of the Assessor | DRP | Esri

Displaying 1 - 4 (Total: 4)

Page 1 of 1

Welcome | Layers | Identify …

Basemaps | Scale 1: 1,128 | Go | 0  50  100ft