# EXHIBIT 4



# California Secretary of State
## Electronic Filing



FILED
Secretary of State
State of California

## LLC Registration – Articles of Organization

| | |
|---|---|
| Entity Name: | The Atlas LLC |

| | |
|---|---|
| Entity (File) Number: | 202022310428 |
| File Date: | 08/06/2020 |
| Entity Type: | Domestic LLC |
| Jurisdiction: | California |

Detailed Filing Information

1. Entity Name: The Atlas LLC

2. Business Addresses:

   a. Initial Street Address of Designated Office in California:
10226 Regent St.
Los Angeles, California 90034
United States

   b. Initial Mailing Address:
10226 Regent St.
Los Angeles, California 90034
United States

3. Agent for Service of Process:
Clinton Brown
10226 Regent St.
Los Angeles California 90034
United States

4. Management Structure: All LLC Member(s)

5. Purpose Statement:
The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

Electronic Signature:

The organizer affirms the information contained herein is true and correct.

Organizer:
By: Cheyenne Moseley, Assistant Secretary of Legalzoom.com, Inc.



**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

**22-A51148**

# FILED

**In the office of the Secretary of State
of the State of California**

**JAN 26, 2022**

This Space For Office Use Only

**IMPORTANT —** This form can be filed online at
bizfile.sos.ca.gov.

Read instructions before completing this form.

**Filing Fee  - $20.00**

**Copy Fees -** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the **exact** name of the LLC.  If you registered in California using an
alternate name, see instructions.)

THE ATLAS LLC

| **2. 12-Digit Secretary of State Entity Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 202022310428 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>16821 Edgar Street | Pacific Palisades | CA | 90272 |
| b. Mailing Address of LLC, **if different than item 4a**<br>16821 Edgar Street | Pacific Palisades | CA | 90272 |
| c. Street Address of **California** Office, if Item 4a is not in California<br>  Do not list a P.O. Box<br>16821 Edgar Street | Pacific Palisades | **CA** | 90272 |

**5. Manager(s) or Member(s)**     If no managers have been appointed or elected, provide the name and address of
each member. At least one name and address must be listed. If the
manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank).
If the manager/member is an additional managers/members, enter the names(s)
and address(es) on Form LLC-12A.

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Clinton | | Brown | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 16821 Edgar Street | Pacific Palisades | CA | 90272 |

LLC-12 (REV 12/2021)

2021 California Secretary of State
bizfile.sos.ca.gov

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Clinton | | Brown | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 16821 Edgar Street | Pacific Palisades | **CA** | 90272 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| Describe the type of business or services of the Limited Liability Company |
|---|
| real estate development |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Clinton | | Brown | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 16821 Edgar Street | Pacific Palisades | CA | 90272 |

**9. Labor Judgment**

| Does a Manager or Member have an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code? | ☐ Yes   ☑ No |
|---|---|

**10.** By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| 01/26/2022 | Clinton Brown | CEO | |
|---|---|---|---|
| Date | Type or Print Name | Title | Signature |