# EXHIBIT 5

# TRACT NO. 33128

IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF LOS ANGELES
AND PARTLY IN THE CITY OF AGOURA HILLS
STATE OF CALIFORNIA

BEING A SUBDIVISION OF PORTION OF THE SE 1/4 AND
OF THE SW 1/4 OF SECTION 25, T. 1 N., R. 18 W., S.B.M.

87-2026009

WE HEREBY CERTIFY THAT WE ARE THE OWNERS OF OR ARE INTERESTED IN THE LANDS INCLUDED WITHIN THE SUBDIVISION SHOWN ON THIS MAP WITHIN THE DISTINCTIVE BORDER LINES, AND WE CONSENT TO THE PREPARATION AND FILING OF SAID MAP AND SUBDIVISION. WE HEREBY DEDICATE TO THE PUBLIC USE ALL STREETS, HIGHWAYS, AND OTHER PUBLIC WAYS SHOWN ON SAID MAP. WE FURTHER CERTIFY THAT, EXCEPT AS SHOWN ON A COPY OF THIS MAP ON FILE IN THE OFFICE OF THE COUNTY ROAD COMMISSIONER. WE KNOW OF NO EASEMENT OR STRUCTURE EXISTING WITHIN THE EASEMENTS HEREIN OFFERED FOR DEDICATION TO THE PUBLIC, OTHER THAN PUBLICLY OWNED WATER LINES, SEWERS, OR STORM DRAINS, THAT WE WILL GRANT NO RIGHT OR INTEREST WITHIN THE BOUNDARIES OF SAID EASEMENTS OFFERED TO THE PUBLIC, EXCEPT WHERE SUCH RIGHT OR INTEREST IS EXPRESSLY MADE SUBJECT TO THE SAID EASEMENTS, AND ALSO DEDICATE TO THE LOS ANGELES COUNTY FLOOD CONTROL DISTRICT THE EASEMENT FOR COVERED STORM DRAIN AND APPURTENANT STRUCTURES AND INGRESS AND EGRESS PURPOSES SO DESIGNATED ON SAID MAP AND ALL USES INCIDENT THERETO, INCLUDING THE RIGHT TO MAKE CONNECTIONS THEREWITH FROM ANY ADJOINING PROPERTIES.
WE HEREBY DEDICATE TO THE COUNTY OF LOS ANGELES THE RIGHT TO PROHIBIT THE CONSTRUCTION OF RESIDENTIAL AND/OR COMMERCIAL STRUCTURES WITHIN LOT 3.
AS A DEDICATION TO PUBLIC USE, WHILE ALL OF LIBERTY CANYON ROAD WITHIN OR ADJACENT TO THIS SUBDIVISION REMAINS A PUBLIC STREET WE HEREBY ABANDON ALL RIGHTS OF DIRECT VEHICULAR INGRESS AND EGRESS FROM ABUTTING LOTS TO THE SAID STREET, AND AS A DEDICATION TO PUBLIC USE, WHILE ALL OF AGOURA ROAD WITHIN OR ADJACENT TO THIS SUBDIVISION REMAINS A PUBLIC STREET, WE HEREBY GRANT TO THE COUNTY OF LOS ANGELES THE RIGHT TO RESTRICT DIRECT VEHICULAR INGRESS AND EGRESS TO THE SAID STREET. IF ANY PORTION OF SAID STREETS WITHIN OR ADJACENT TO THIS SUBDIVISION ARE VACATED, SUCH VACATION TERMINATES THE ABOVE DEDICATIONS AS TO THE PART VACATED.

C.C. & F. LOST HILLS PROPERTIES
A CALIFORNIA LIMITED PARTNERSHIP, OWNER
BY: C.C. & F. LOST HILLS INVESTMENT COMPANY
A CALIFORNIA GENERAL PARTNERSHIP
BY: C.C. & F. WEST LIMITED PARTNERSHIP
A DELAWARE LIMITED PARTNERSHIP
BY: C.C. & F. INVESTORS INC.
A DELAWARE CORPORATION

_____      _____
VICE-PRESIDENT                 ASSISTANT SECRETARY
MICHEAL J. RUSHMAN             MARY TROUT

FIRST INTERSTATE MORTGAGE COMPANY
A CALIFORNIA CORPORATION, TRUSTEE
UNDER DEED OF TRUST RECORDED MAY 24, 1985 AS INSTRUMENT
NO. 85-591033 O.R.

_____      _____
VICE-PRESIDENT                 ASST. SECRETARY
SHIRLEY M. WEISKOPF            LESLIE C. BRAND

THE SIGNATURES OF THE FOLLOWING EASEMENT OWNERS HAVE BEEN OMITTED UNDER THE PROVISIONS OF SECTION 66436 SUBSECTION (a) 3A (I-VIII) OF THE SUBDIVISION MAP ACT. THEIR INTEREST IS SUCH THAT IT CANNOT RIPEN INTO A FEE TITLE AND SAID SIGNATURES ARE NOT REQUIRED BY THE LOCAL AGENCY:

1. STATE OF CALIFORNIA EASEMENT HOLDER, FOR PUBLIC UTILITIES AND DRAINAGE BY A FINAL DECREE OF CONDEMNATION RECORDED NOVEMBER 14, 1973 AS INSTRUMENT NO. 2550 OF OFFICIAL RECORDS OF LOS ANGELES COUNTY.

2. CLARK J. BONNER AND VIOLET A. BONNER, EASEMENT HOLDERS FOR ROAD PURPOSES PER AGREEMENT RECORDED JUNE 11, 1947 AS INSTRUMENT NO. 2087 AND PER DEED RECORDED SEPTEMBER 7, 1951 AS INSTRUMENT NO. 1678, IN BOOK 37160, PAGE 721, ALL OF OFFICIAL RECORDS OF LOS ANGELES COUNTY.

3. LAS VIRGENES MUNICIPAL WATER DISTRICT, A MUNICIPAL CORPORATION, EASEMENT HOLDER FOR PIPE LINE AND WATER LINE PURPOSES AS DISCLOSED BY DEEDS RECORDED SEPT. 25, 1963 AS INSTRUMENT NOS. 5397, 5398, APRIL 3, 1980 AS INSTRUMENT NO. 80-341031 AND APRIL 30, 1984 AS INSTRUMENT NO. 84-516857 ALL OF OFFICIAL RECORDS OF LOS ANGELES COUNTY.

4. SOUTHERN CALIFORNIA EDISON COMPANY, A CORPORATION EASEMENT HOLDER FOR PUBLIC UTILITY PURPOSES AS DISCLOSED BY DEED RECORDED AUGUST 2, 1968 AS INSTRUMENT NO. 836 OF OFFICIAL RECORDS OF LOS ANGELES COUNTY.

5. PACIFIC TELEPHONE AND TELEGRAPH COMPANY, A CORPORATION, EASEMENT HOLDER FOR PUBLIC UTILITY PURPOSES AS DISCLOSED BY DEEDS RECORDED OCTOBER 18, 1948 AS INSTRUMENT NO. 570 IN BOOK 28526 Pg. 98 AND JUNE 14, 1974 AS INSTRUMENT NO. 4018 BOTH OF OFFICIAL RECORDS OF LOS ANGELES COUNTY.

THE SIGNATURES OF THE FOLLOWING OWNERS THEIR SUCCESSORS OR ASSIGNS OF INTEREST IN OR RIGHTS TO OIL AND MINERALS HAVE BEEN OMITTED UNDER THE PROVISIONS OF SECTION 66436 (a) 3C OF THE SUBDIVISION MAP ACT.

1. HOWARD V. FRANCISCO BY DEED RECORDED OCTOBER 23, 1958 AS INSTRUMENT NO. 1532 OF OFFICIAL RECORDS OF LOS ANGELES COUNTY.

2. NORBERT R. NETTLESHIP AND M. ALTHEA WHITE NETTLESHIP BY DEEDS RECORDED DECEMBER 6, 1954 AS INSTRUMENT NO. 540 AND APRIL 2, 1951 AS INSTRUMENT NO. 3238 BOTH OF OFFICIAL RECORDS OF LOS ANGELES COUNTY.

3. W. E. WILSON AND O.S. KELLY BY LEASE RECORDED JULY 27, 1923 IN BOOK 2705 PAGE 50, OF OFFICIAL RECORDS OF LOS ANGELES COUNTY.

4. H.S. DUMKE BY LEASE RECORDED IN BOOK 20045 PAGE 104 OF OFFICIAL RECORDS OF LOS ANGELES COUNTY.

I HEREBY CERTIFY THAT I AM A REGISTERED CIVIL ENGINEER OF THE STATE OF CALIFORNIA: THAT THIS FINAL MAP, CONSISTING OF 4 SHEETS, IS A TRUE AND COMPLETE SURVEY AS SHOWN, AND WAS MADE BY ME OR UNDER MY DIRECTION AUGUST 14, 1983; THAT THE MONUMENTS OF THE CHARACTER AND LOCATIONS SHOWN HEREON ARE IN PLACE OR WILL BE IN PLACE WITHIN TWENTY FOUR MONTHS FROM THE FILING DATE OF THIS MAP: THAT SAID MONUMNETS ARE SUFFICIENT TO ENABLE THE SURVEY TO BE RETRACED AND THAT THE FIELD NOTES TO ALL CENTERLINE MONUMENTS SHOWN AS "TO BE SET" WILL BE ON FILE IN THE OFFICE OF THE DIRECTOR OF PUBLIC WORKS WITHIN TWENTY FOUR MONTHS FROM THE FILING DATE SHOWN HEREON.

_____
ROSS N. BOLTON RCE 26120

BASIS OF BEARINGS:

THE BEARINGS SHOWN HEREON ARE BASED ON THE BEARING NORTH 89°41'27" EAST OF THE NORTH LINE OF TRACT NO. 29674 AS SHOWN ON RECORD OF SURVEY FILED IN BOOK 93 PAGES 74 TO 77 OF RECORDS OF SURVEY, RECORDS OF LOS ANGELES COUNTY.

STATE OF CALIFORNIA } S.S.
COUNTY OF LOS ANGELES }
ON THIS 12TH DAY OF NOVEMBER, 1985, BEFORE ME, THE UNDERSIGNED A NOTARY PUBLIC IN AND FOR STATE, PERSONALLY APPEARED MICHAEL J. RUSHMAN, PERSONALLY KNOWN TO ME OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSON WHO EXECUTED THE WITHIN INSTRUMENT AS THE VICE PRESIDENT, AND MARY TROUT, PERSONALLY KNOWN TO ME OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSON WHO EXECUTED THE WITHIN INSTRUMENT AS THE ASSISTANT SECRETARY OF C.C.&F. INVESTORS INC., THE CORPORATION THAT EXECUTED THE WITHIN INSTRUMENT ON BEHALF OF C.C.&F WEST LIMITED PARTNERSHIP, THE PARTNERSHIP THAT EXECUTED THE WITHIN INSTRUMENT, SAID PARTNERSHIP BEING KNOWN TO ME TO BE A PARTNER OF C.C.&F. LOST HILLS INVESTMENT COMPANY, THE PARTNERSHIP THAT EXECUTED THE WITHIN INSTRUMENT, SAID PARTNERSHIP BEING KNOWN TO ME TO BE A PARTNER OF C.C.&F. LOST HILLS PROPERTIES, THE PARTNERSHIP THAT EXECUTED THE WITHIN INSTRUMENT, AND KNOWLEDGE TO ME THAT SUCH CORPORATION EXECUTED THE SAME AS A PARTNER OF C.C.&F. WEST LIMITED PARTNERSHIP, A PARTNERSHIP, AND THAT LAST NAMED PARTNERSHIP EXECUTED THE SAME AS A PARTNER OF C.C.&F. LOST HILLS INVESTMENT COMPANY, A PARTNERSHIP, AND THAT SAID LAST NAMED PARTNERSHIP EXECUTED THE SAME AS A PARTNER OF C.C.&F. LOST HILLS PROPERTIES, A PARTNERSHIP, AND THAT SAID LAST NAMED PARTNERSHIP EXECUTED THE SAME.

_____
NOTARY PUBLIC

STATE OF CALIFORNIA } SS
COUNTY OF LOS ANGELES }
ON THIS 4TH DAY OF DECEMBER 1985, BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC IN AND FOR SAID STATE, PERSONALLY APPEARED SHIRLEY M. WEISKOPF PERSONALLY KNOWN TO ME OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSON WHO EXECUTED THE WITHIN INSTRUMENT AS THE VICE PRESIDENT, AND LESLIE C. BRAND PERSONALLY KNOWN TO ME OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSON WHO EXECUTED THE WITHIN INSTRUMENT AS ASST. SECRETARY OF THE CORPORATION THAT EXECUTED THE WITHIN INSTRUMENT AND ACKNOWLEDGED TO ME THAT SUCH CORPORATION EXECUTED THE WITHIN INSTRUMENT AS TRUSTEE.

_____
NOTARY PUBLIC

I HEREBY CERTIFY THAT THE CITY COUNCIL OF THE CITY OF AGOURA HILLS BY MOTION PASSED ON THE 26 DAY OF August, 1987, APPROVED THE ATTACHED MAP AND ACCEPTED THE DEDICATION OF THE STREETS, HIGHWAYS, AND OTHER PUBLIC WAYS.

August 27, 1987                _____
DATE                           CITY CLERK OF THE CITY OF AGOURA HILLS

FLOOD CONTROL DISTRICT ACCEPTANCE NOTE:
UNDER THE AUTHORITY CONFERRED BY RESOLUTION DULY AND REGULARLY ADOPTED BY THE BOARD OF SUPERVISOR OF THE LOS ANGELES COUNTY FLOOD CONTROL DISTRICT ON THE 6TH DAY OF MARCH, 1962, A CERTIFIED COPY OF WHICH WAS RECORDED IN BOOK D1543, PAGE 439, OF OFFICIAL RECORDS, RECORDS OF LOS ANGELES COUNTY, AND AMENDED BY SUPPLEMENTAL RESOLUTION ON 23RD DAY OF DECEMBER, 1969, THE UNDERSIGNED HEREBY ACCEPT THE INTEREST IN THE REAL PROPERTY CONVEYED BY THE WITHIN DEDICATION OR GRANT TO THE LOS ANGELES COUNTY FLOOD CONTROL DISTRICT, A GOVERNMENTAL AGENCY AND CONSENTS TO THE RECORDATION ON BEHALF OF SAID DISTRICT.

DATE Dec. 22, 1987
BY _____

159-057

SCALE: 1" = 500'

SHEET 2 OF 4 SHEETS

# TRACT NO. 33128

IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF LOS ANGELES
AND PARTLY IN THE CITY OF AGOURA HILLS
STATE OF CALIFORNIA

### BOUNDARY AND KEY MAP

IN RE TRACT NO. 33128  IT IS ORDERED THAT THE MAP
OF TRACT NO. 33128  IS HEREBY APPROVED.
THIS IS TO CERTIFY THAT THE INTEREST IN REAL PROPERTY CONVEYED BY THE WITHIN DEDICATION OR GRANT TO THE COUNTY OF LOS ANGELES, A GOVERNMENTAL AGENCY, IS HEREBY ACCEPTED AND THE GRANTEE CONSENTS TO THE RECORDATION THEREOF BY ITS AUTHORIZED OFFICER.

I HEREBY CERTIFY THAT THE FOREGOING ORDER WAS ADOPTED BY THE BOARD OF SUPERVISORS AT A MEETING HELD DEC 22 1987

EXECUTIVE OFFICER-CLERK OF THE BOARD OF SUPERVISORS OF THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA

BY _Carolito V. Cristobal_ DEPUTY



I HEREBY CERTIFY THAT I HAVE EXAMINED THIS MAP, THAT IT CONFORMS SUBSTANTIALLY TO THE TENTATIVE MAP AND ALL APPROVED ALTERATIONS THEREOF; THAT ALL PROVISIONS OF STATE LAW AND LOCAL SUBDIVISION ORDINANCES APPLICABLE AT THE TIME OF APPROVAL OF THE TENTATIVE MAP HAVE BEEN COMPLIED WITH; AND THAT I AM SATISFIED THAT THIS MAP IS TECHNICALLY CORRECT.

COUNTY ENGINEER
DATE DEC 22 1987  BY _Edward Johnson_ DEPUTY

I HEREBY CERTIFY THAT ALL CERTIFICATES HAVE BEEN FILED AND DEPOSITS HAVE BEEN MADE THAT ARE REQUIRED UNDER THE PROVISIONS OF SECTIONS 66492 AND 66493 OF THE SUBDIVISION MAP ACT.

EXECUTIVE OFFICER-CLERK OF THE BOARD OF SUPERVISORS OF THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA

BY _Carolito V. Cristobal_ DEPUTY



DETAIL "H" NOT TO SCALE

| NO. | BEARING / DELTA | DISTANCE / RADIUS | LENGTH |
|---|---|---|---|
| 1 | N.89°49'21"W. | 1319.76' | |
| 2 | N.89°41'27"E. | 1742.43' | |
| 3 | Δ=75°37'49" | R=430' | L=567.60 |
| 4 | N.9°54'36"E. | 141.59' | |
| 5 | N.0°22'43"E. | 496.00' | |
| 6 | N.80°06'46"E. | 235.64' | |
| 7 | N.75°17'48"E. | 146.64' | |
| 8 | N.71°32'04"E. | 155.86' | |
| 9 | N.77°17'56"W. | 360.90' | |
| 10 | N.62°04'06"W. | 287.90' | |
| 11 | N.84°12'06"W. | 124.91' | |
| 12 | N.52°31'39"E. | 207.19' | |
| 13 | N.41°08'16"E. | 275.23' | |
| 14 | N.58°07'22"E. | 53.79' | |
| 15 | N.86°51'23"E. | 605.03' | |
| 16 | N.82°48'33"E. | 43.72' | |
| 17 | N.7°11'27"W. | 10.00' | |
| 18 | N.2°07'29"E. | RAD. | |
| 19 | 9°23'30" | 1550.00' | 254.07' |
| 20 | N.78°29'01"W. | 108.44' | |
| 21 | N.0°13'54"E. | 753.01' | |

NOTE: ALL 2" I.P'S TO BE SET, ARE SET FLUSH WITH THE GROUND.

LEGEND:
— • — • — INDICATES THE BOUNDARY OF THE LAND BEING SUBDIVIDED BY THIS MAP.



DETAIL "A"
SEE SHEET No. 4
NO SCALE

1099/96

1099 96

SCALE: 1" = 100'

SHEET 3 OF 4 SHEETS

# TRACT NO. 33128

IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF LOS ANGELES
AND PARTLY IN THE CITY OF AGOURA HILLS
STATE OF CALIFORNIA

LEGEND

INDICATES THE BOUNDARY OF THE LAND BEING SUBDIVIDED BY THIS MAP.

1099/97 1099 PAGE 97

SCALE: 1" = 200'

SHEET 4 OF 4 SHEETS

# TRACT NO. 33128

IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF LOS ANGELES
AND PARTLY IN THE CITY OF AGOURA HILLS
STATE OF CALIFORNIA

LEGEND

INDICATES THE BOUNDARY OF THE LAND BEING SUBDIVIDED BY THIS MAP.



