# EXHIBIT 8

22.52.1605 - Applicability.

 A. Applicability of this Part 15. The provisions of this Part 15 shall apply to the development of any small-scale solar energy system, utility-scale solar energy facility, temporary meteorological tower, or small-scale wind energy system.

 B. Exemption. Subject to Subsection C below, the provisions of this Part 15 shall not apply:

  1. To any structure-mounted small-scale solar energy system or a small residential rooftop solar energy system as defined and regulated by Government Code Section 65850.5 and the Los Angeles County Building Code in the R-1 zone, when a building permit has been issued prior to the effective date of the ordinance amending this Part 15;

  2. To any ground-mounted small-scale solar energy system, structure-mounted utility-scale solar energy facility in the R-1 zone other than a small residential rooftop solar energy system as defined and regulated by Government Code Section 65850.5 and the Los Angeles County Building Code, temporary meteorological tower, or small-scale wind energy system when a site plan review approval, a minor conditional use permit, or a conditional use permit, as applicable, has been granted prior to the effective date of the ordinance amending this Part 15; or

  3. When preempted by regulation under the jurisdiction of the California Public Utilities Commission or preempted by other applicable law.

 C. Modification to Existing System or Facility. The provisions of this Part 15 shall apply when a modification to a lawfully existing, as of the effective date of the ordinance amending this Part 15, small-scale solar energy system, utility-scale solar energy facility, temporary meteorological tower, or small-scale wind energy system, occurs as follows:

  1. Any modification that would substantially increase the physical size, height, or footprint of an existing small-scale solar energy system, utility-scale solar energy facility, temporary meteorological tower, or small-scale wind energy system;

  2. Any modification that would substantially change the type of equipment used by an existing small-scale solar energy system, utility-scale solar energy facility, temporary meteorological tower, or small-scale wind energy system except for replacement of equipment for maintenance purposes; or

  3. Any modification that would convert a small-scale solar energy system into a utility-scale solar energy facility.

  4. Also, any modification that would convert a small-scale wind energy system into a utility-scale wind energy system is prohibited.

 D.

Applicability of Zone and Supplemental District Regulations. All provisions of the zone and any supplemental district in which a small-scale solar energy system, utility-scale solar energy facility, temporary meteorological tower, or small-scale wind energy system is located shall apply as follows:

1. For a small-scale solar energy system, temporary meteorological tower, or small-scale wind energy system, where a provision of the zone or supplemental district regulates the same matter as this Part 15, the provision of this Part 15 shall apply;
2. For a utility-scale solar energy facility, where a provision of the zone or supplemental district regulates the same matter as this Part 15, the more restrictive provision shall apply, except for the height of wind towers, structure-mounted facilities, and perimeter fences, in which case, this Part 15 will control.

E. ==Prohibition. The following shall be prohibited:==

1. ==Ground-mounted utility-scale solar energy facilities within adopted Significant Ecological Areas designated in the General Plan and Economic Opportunity Areas designated in the Antelope Valley Area Plan;== and
2. Utility-scale wind energy facilities, including conversion of a small-scale wind energy system, into a utility-scale wind energy facility.

(Ord. 2016-0069 § 92, 2016.)