# EXHIBIT 10

22.16.060 - Development Standards for Zone O-S.

Premises in Zone O-S shall be subject to the following regulations:

A. Development. Premises shall remain essentially unimproved and buildings, structures, grading excavation, fill or other alterations shall be prohibited except for the specified uses listed as permitted or conditionally permitted in Section 22.16.030.C (Use Regulations). Additionally, for any premises located within a significant ecological area such uses shall be subject to a Minor Conditional Use Permit (Chapter 22.160) application.

B. Maximum Height. Buildings or structures, except historical monuments, shall not exceed a height of two stories or 35 feet, whichever is less, including the basement but excluding the cellar.

C. Additional Regulations for Zone O-S. In addition to the application requirements listed in Section 22.16.030.C (Use Regulations), the following applies to specified applications in Zone O-S.

   1. Significant Ecological Areas. Where any uses or buildings subject to a Minor Conditional Use Permit (Chapter 22.160) application, as specified in Section 22.16.030.C, are located within a significant ecological area, the site plans shall be reviewed by SEATAC and its recommendations shall be sent to the Hearing Officer. The Hearing Officer may approve the application only after the applicant substantiates the following findings:

      a. That the use or buildings requested are clearly accessory and subordinate to, will not alter the nature of, and are limited to facilities compatible with the intent and purpose of Zone O-S on the property where proposed; and

      b. That in a significant ecological area such placement will not contribute to the detriment of the resources constituting the basis for classification as a significant ecological area.

   2. Fences. In Zone O-S, fences shall require a Ministerial Site Plan Review (Chapter 22.186) application and shall be subject to the following standards:

      a. Fences shall not exceed eight feet in height except where a higher fence is required by other ordinance or law.

      b. Fences shall be open-work, non-view-obscuring except where a solid fence limited to five feet in height is specifically approved by the Director to protect identified resources.

   3. Conditions of Approval. In approving any discretionary application in Zone O-S, the Commission or Hearing Officer may impose additional conditions to ensure that the use will be in accordance with the findings of such application. Additional conditions may include, but are not limited to:

      a. Appropriate measures to further the safety of persons using the facilities or adjacent properties.

      b. Dedication of conservation easements or other easements to ensure the preservation of specified resources.

      c. Delayed commencement of a project for a specified period of time to provide for scientific studies of resources on the subject property.

(Ord. 2019-0004 § 1, 2019.)