DAWYN R. HARRISON, County Counsel
STARR COLEMAN, Assistant County Counsel
THOMAS R. PARKER, Senior Deputy County Counsel
(SBN 141835) • TParker@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1834
Facsimile: (213) 613-4751

Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jonathan Fang, State Bar No. 279106
E-Mail: jfang@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CLINTON BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>    Defendants. | Case No. 2:22-cv-09203-MEMF-KS<br><br>**DECLARATION OF JONATHAN FANG, ESQ. IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>*Filed concurrently with DEFENDANT'S MOTION FOR SUMMARY JUDGMENT*<br><br>Judge:   Hon. Karen L. Stevenson<br>Date:    November 15, 2023<br>Time:    10:00 a.m.<br>Crtrm.:  580<br><br>Assigned to:<br>Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom "8B"<br><br>Magistrate Judge Karen L. Stevenson<br>Courtroom "580" |

/ / /

I, Jonathan Fang, declare as follows:

1.  I am an attorney duly licensed to practice before this Court and am an associate with Hurrell Cantrall LLP, attorneys of record for Defendant Clark R. Taylor. AICP. The Los Angeles County Department of Regional Planning herein.  The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto.

2.  On October 10, 2023, an in-person conference pursuant to L.R. 7-3 was held at Defense counsel's office between Plaintiff Clinton Brown, his assistant Erick Ordaz, and myself regarding Defendant's Motion for Summary Judgment.

3.  Plaintiff's serial motion and filings continue to be vexatious and frivolous and create an unnecessary burden on the time and resource of Defendant.  Plaintiff has also continued to refusal to participate in the discovery process and refuses to provide any documents related to his claim.  Defendant was forced to gather evidence in support of their Motion for Summary Judgment through additional time-consuming methods and searches.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 18, 2023, at Los Angeles, California.

*Jonathan Fang*

Jonathan Fang

2