DAWYN R. HARRISON, County Counsel
STARR COLEMAN, Assistant County Counsel
THOMAS R. PARKER, Senior Deputy County Counsel
(SBN 141835) • TParker@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1834
Facsimile: (213) 613-4751

Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jonathan Fang, State Bar No. 279106
E-Mail: jfang@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>Plaintiff,<br><br>v.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>Defendants. | Case No. 2:22-cv-09203-MEMF-KS<br><br>**SEPARATE STATEMENT OF UNCONTROVERTED MATERIAL FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Karen L. Stevenson<br>Hearing: Vacated<br><br>Assigned to:<br>Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom "8B"<br><br>Magistrate Judge Karen L. Stevenson<br>Courtroom "580" |

**TO PLAINTIFF, ALL PARTIES, THE HONORABLE COURT:**

Defendant Clark Taylor, in his official capacity for the Los Angeles County Department of Regional Planning ("Defendant" or "County") hereby submits the

following Separate Statement of Uncontroverted Material Facts in support of Defendant's Motion for Summary Judgment filed on October 18, 2023. (Dkt No. 82.) Through inadvertence, Defendant did not file his separate statement in the original filing on October 18, 2023. (Dkt No. 82.)

## UNCONTROVERTED FACTS

| Uncontroverted Facts | Supporting Evidence |
|---|---|
| 1. Plaintiff Clinton Brown **does not** own the subject property of this lawsuit, "27250 Agoura Road" an unincorporated parcel of land whose Assessor Parcel Number ("APN") is 2064-005-011 described as "LOT 3 in TRACT NO. 33128" (hereinafter "Subject Property"). | Request for Judicial Notice #1 in Support of Defendant's Motion for Summary Judgment ("RJN"), Quitclaim Grant Deed, recorded 02/01/22 Los Angeles County Official Record ("Record") #20220123442, **Exhibit 1**; RJN #2, Grant Deed dated 11/12/2020, recorded 12/18/2020, Record #20201688734, **Exhibit 2**; RJN #3, GIS-NET Public Results for 27250 Agoura Road dated October 16, 2023, **Exhibit 3**; RJN #4, the Atlas LLC Articles of Incorporation, **Exhibit 4.** |
| 2. The Atlas LLC, a California LLC and Steve Weera Tonasut, Trustee of the Tonasut Family Trust currently own the Subject Property "27250 Agoura Road" whose APN is 2064-005-011 and legally described as "LOT 3 in TRACT | RJN #1, Quitclaim Grant Deed, recorded 02/01/22 Record ##20220123442, **Exhibit 1**; RJN #4, the Atlas LLC Articles of Incorporation, **Exhibit 4.** |

| | | |
|---|---|---|
| | NO. 33128." | |
| | 3. On the date 10/12/2021 Plaintiff's solar farm application was denied, the Subject Property was owned solely by the Atlas, LLC. | RJN #2, Grant Deed dated 11/12/2020, recorded 12/18/2020, Record #20201688734, **Exhibit 2**; RJN #4, the Atlas LLC Articles of Incorporation, **Exhibit 4**; Complaint, pg. 4:21-23. |
| | 4. On December 21, 1987, the County of Los Angeles approved the map of Tract No. 33128 and accepted the dedication from the prior landowners of the Subject Property for the "right to prohibit construction of residential and/or commercial structures within Lot 3 of Tract 33128." This restriction is recorded on the official Tract Map 33128 in Book 1099, Pages 94 TO 97 through the Los Angeles County Official Record #87-2026009. | RJN #5, Tract No. 33128, recorded on December 21, 1987, Record #87-2026009, **Exhibit 5**. |
| | 5. The dedication of the Subject Property, Lot 3 in Tract No. 33128, was pursuant to a subdivision and a development agreement dated November 29, 1984 between the prior landowners of the Subject | RJN #5, Tract No. 33128, recorded on December 21, 1987, Record #87-2026009, **Exhibit 5**; RJN, #6, Development Agreement, recorded on March 13, 1985, Record |

3

| | | |
|---|---|---|
| | Property and the County of Los Angeles. | #85-277980, **Exhibit 6**. |
| | 6. On August 20, 2002, the County designated the Subject Property through APN 2064-005-011 as an open space through Ordinance No. 2002-0062Z. | RJN #2, Grant Deed dated 11/12/2020, recorded 12/18/2020, Record #20201688734, **Exhibit 2**; RJN #3, GIS-NET Public Results for 27250 Agoura Road dated October 16, 2023, **Exhibit 3;** RJN #9, Ordinance No. 2002-0062Z, Minutes of the Board of Supervisors of County of Los Angeles on August 20, 2002 approving Ordinance No. 2002-0062Z, **Exhibit 9**. |
| | 7. An open space designation means that the development of premises on the Subject Property shall remain essentially unimproved and buildings, structures, grading excavation, fill or other alterations shall be prohibited except for the specified uses listed as permitted or conditionally permitted in Section 22.16.030.C. | RJN #10, Open Space Zone, Los Angeles County Code Section 22.16.060, **Exhibit 10.** |
| | 8. On November 12, 2020, at the time Plaintiff purchased the Subject Property, it was already designated | RJN #3, GIS-NET Public Results for 27250 Agoura Road dated October 16, 2023, **Exhibit 3;** |

4

| | | |
|---|---|---|
| | as a Significant Ecological Area ("SEA"). Plaintiff could have determined the property's SEA status through a website maintained by Regional Planning, known as "GIS-NET Public." | RJN #7, Los Angeles County Code Section 22.140.510.C.5.a, which prohibits installation of solar farms within SEA, accessed on October 16, 2023, **Exhibit 7**. |
| 9. | The prohibition of installation of solar energy facilities within an SEA was first enacted in Ordinance 2016-0069, which was adopted on December 13, 2016 and took effect on January 12, 2017 in Section 22.52.1605.E.1. | RJN #8, Los Angeles County Code Section 22.52.1605.E.1 on June 25, 2018, which prohibits installation of solar farms within SEA, accessed on October 16, 2023, **Exhibit 8**. |
| 10. | The Subject Property was transferred on November 12, 2020, on the date of the transfer, there was no cognizable property right to build a solar farm because of the open space zone designation of LOT 3 in TRACT NO. 33128 (Subject Property) which made development remain essentially unimproved and buildings and structures prohibited except for the specific uses that were permitted or conditionally permitted in the use | RJN #2, Grant Deed dated 11/12/2020, recorded 12/18/2020, Record #20201688734, **Exhibit 2**; RJN #5, Tract No. 33128, recorded on December 21, 1987, Record #87-2026009, **Exhibit 5;** RJN #9, Ordinance No. 2002-0062Z, Minutes of the Board of Supervisors of County of Los Angeles on August 20, 2002 approving Ordinance No. 2002-0062Z, **Exhibit 9** RJN #10, Open Space Zone, Los Angeles County Code Section |

5

| | |
|---|---|
| regulations and the County retained discretion to grant or deny the benefit of building a residential and/or commercial structures on the Subject Property (LOT 3 in TRACT NO. 33128) per the 1987 recorded dedication. | 22.16.060, **Exhibit 10.** |
| 11. The Subject Property was transferred on November 12, 2020, on the date of the transfer, there was no cognizable property right to build a solar farm because the County of Los Angeles retained discretion to grant or deny the benefit of building a residential and/or commercial structures on the Subject Property (LOT 3 in TRACT NO. 33128) per the 1987 recorded dedication. | RJN #2, Grant Deed dated 11/12/2020, recorded 12/18/2020, Record #20201688734, **Exhibit 2**; RJN #5, Tract No. 33128, recorded on December 21, 1987, Record #87-2026009, **Exhibit 5.** |

6

| | | |
|---|---|---|
| 1 | DATED: October 19, 2023 | Respectfully submitted, |
| 2 | | HURRELL CANTRALL LLP |

By: ___*/s/ Jonathan Fang*___
     THOMAS C. HURRELL
     JONATHAN FANG
     Attorneys for Defendants, CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING