# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>    Defendants. | Case No. 2:22-cv-09203-MEMF-KS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S RESPONSES WITHOUT OBJECTIONS AND PRODUCTION OF DOCUMENTS**<br><br>Judge: Hon. Karen L. Stevenson<br>Date:  November 22, 2023<br>Time:  10:00 a.m.<br>Crtrm.: 580<br><br>Assigned to:<br>Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom "8B"<br><br>Magistrate Judge Karen L. Stevenson<br>Courtroom "580" |

/ / /

/ / /

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

After full and fair consideration of the moving and supporting papers and evidence, the opposing papers and evidence, and the oral arguments of counsel, this Court finds as follows:

The Court grants Defendant's Motion to Compel Plaintiff's responses without objections and production of documents.  Plaintiff is ordered to provide responses without objection to Defendant's Request for Production of Documents, Set One and the produce the documents requested within five days of this order.

**IT IS SO ORDERED.**

DATED:  October ___, 2023

_____
Hon. Karen L. Stevenson