UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CLINTON BROWN, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> CLARK R. TAYLOR, AICP, The Los Angeles County Department of Regional Planning, <br><br> Defendant - Appellee. | No. 23-55160 <br><br> D.C. No. 2:22-cv-09203-MEMF-KS <br> U.S. District Court for Central California, Los Angeles <br><br> **MANDATE** |

The judgment of this Court, entered September 28, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT