# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>　　　　Defendant. | CASE NO. 2:22-cv-09203-MEMF-KS<br><br>**[PROPOSED] ORDER DENYING MOTION TO COMPEL**<br><br>**[ECF NO. 92]** |

## SEE PROPOSED ORDER

## ATTACHMENT 1