UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 22-9203-MEMF (KSx)                                                  Date: November 13, 2023

Title   *Clinton Brown v. Clark R. Taylor*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:             Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER VACATING HEARING ON DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S RESPONSES WITHOUT OBJECTIONS AND PRODUCTION OF DOCUMENTS**

   Counsel are notified that, on the Court's own motion, the hearing on Defendant's Motion to Compel Plaintiff's Responses Without Objections and Production of Documents (Dkt No.85), scheduled for Wednesday, November 22, 2023, at 10 a.m., is hereby VACATED. The motion is now fully briefed, and the Court deems this matter suitable for decision without oral argument. *See* C.D. Local Rule 7-15. An order will issue.

**IT IS SO ORDERED.**

                                                                                    :
                                                            **Initials of Preparer**     gr