DAWYN R. HARRISON, County Counsel
STARR COLEMAN, Assistant County Counsel
THOMAS R. PARKER, Senior Deputy County Counsel
(SBN 141835) • TParker@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1834
Facsimile: (213) 613-4751

Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jonathan Fang, State Bar No. 279106
E-Mail: jfang@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>　　　　Defendants. | Case No. 2:22-cv-09203-MEMF-KS<br><br>**REQUEST FOR BRIEFING SCHEDULE RE: PLAINTIFF CLINTON BROWN'S REQUEST FOR JUDICIAL NOTICE NO. 2**<br><br>Assigned to:<br>Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom "8B"<br><br>Magistrate Judge Karen L. Stevenson<br>Courtroom "580" |

/ / /

/ / /

/ / /

/ / /

/ / /

**TO PLAINTIFF, ALL PARTIES, THE HONORABLE COURT:**

Defendant Clark Taylor, in his official capacity for the Los Angeles County Department of Regional Planning ("Defendant" or "County") hereby requests that the Court set a briefing schedule for Plaintiff Clinton Brown's Request for Judicial Notice No. 2 (Dkt No. 89) ("RJN#2"). Plaintiff's RJN#2 fails to comply with L.R. 7-4 as it does not state the date or time of the motion hearing and the name of the judicial officer before whom the motion has been noticed. L.R. 7-4 states:

> "The Court may decline to consider a motion unless it meets the requirements of L.R. 7-3 through 7-8. On the first page of the notice of motion and every other document filed in connection with any motion, there shall be included, under the title of the document, the date and time of the motion hearing, and the name of the judicial officer before whom the motion has been noticed. The notice of motion shall contain a concise statement of the relief or Court action the movant seeks."

In alternative, if the Court is so inclined, Defendant requests that the Court strike in its entirety Plaintiff's Request for Judicial Notice No. 2 (Dkt No. 89) and require Plaintiff re-file his Request for Judicial Notice No. 2 in compliance with all applicable Federal Rules, Local Rules, and Judge's Procedures.

DATED: November 16, 2023       Respectfully submitted,

HURRELL CANTRALL LLP

By:     */s/ Jonathan Fang*
THOMAS C. HURRELL
JONATHAN FANG
Attorneys for Defendants, CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING

2