CLINTON BROWN, Pro Se
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CLINTON BROWN, | CASE NO. 2:22-cv-09203-MEMF-KS |
|---|---|
| Plaintiff, | **Notice of Non-Consent** |
| vs. | **Judge:** Honorable Maame Ewusi-Mensah Frimpong |
| CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING, | **Magistrate Judge:** Karen L. Stevenson |
| Defendant. | **Action Filed:** 12/17/2022 |
| | **Action Due:** 01/13/2023 |

## NOTICE OF NON-CONSENT [1]

**NOTICE TO THE COURT**, a Motion for Summary Judgment is a pre-trial matter that must be conducted by the presiding District Judge, absent the consent of all parties. *See* 28 U.S.C. § 636(c)(1). The Plaintiff has not and will not consent to adjudication before an Article I Magistrate Judge in a *Constitutional* controversy. [2] *See* 28 U.S.C. § 636(b)(1)(A).

**THEREFORE**, the Briefing Schedule, ECF No. 83, *must* be **VACATED**.

---

[1] *See* Prater v. Dep't of Corr., 76 F.4th 184, 190, (3d Cir. 2023) at II for a brief and detailed legislative history of the Federal Magistrates Act of 1968, Pub. L. No. 90-578, 82 Stat. 1107.

[2] Direct suits against the Government under the Fifth Amendment's Takings Clause are precluded under current law; a position unaltered by *Knick*. Claims under the Takings Clause are actionable by Congressional authority. *See* 42 U.S.C. § 1983. [*Every person*…]; Tucker Act, 1887.

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Clinton Brown                                                                                              11/18/2023