UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   CV 22- 09203-MEMF (KS) | Date: November 20, 2023 |
| Title   _Clinton Brown v. Clark R. Taylor_ | |

Present: The Honorable:   Karen L. Stevenson, Chief Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):  N/A            Attorneys Present for Defendant(s):  N/A

**Proceedings: (IN CHAMBERS) ORDER RE: PLAINTIFF'S NOTICE OF NON-CONSENT [DKT. NO. 96]**

The Court is in receipt of Plaintiff's Notice of Non-Consent ("Notice") filed on November 18, 2023. (Dkt. No. 96.) Plaintiff asks the Court to vacate the summary judgment briefing schedule ("Briefing Schedule") set on October 19, 2023 (Dkt. No. 83), asserting that "a Motion for Summary Judgment is a pre-trial matter that must be conducted by the presiding District Judge, absent the consent of all parties," and "Plaintiff has not and will not consent to adjudication before an Article I Magistrate Judge." (Dkt. No. 96.)

"Pursuant to 28 U.S.C. § 636(b)(1), the United States District Courts are authorized to refer pretrial matters to the United States Magistrate Judges, whether for disposition by the Magistrate Judges alone in certain instances or for the preparation of proposed findings of fact and recommendations for disposition by the District Judges in other instances." _Cheung v. S. Pasadena_, No. 2:22-cv-01756-SVW (GJS), 2022 U.S. Dist. LEXIS 154983, at *4 (C.D. Cal. July 21, 2022). In this District, General Order No. 05-07 mandates that certain categories of cases, including 42 U.S.C. § 1983 actions brought by self-represented litigants, be referred to the United States Magistrate Judges pursuant to 28 U.S.C. § 636(b)(1). Because this case falls within the scope of that mandatory referral, the Clerk's Office automatically referred this matter to Magistrate Judge Karen L. Stevenson for preliminary proceedings. (Dkt. Nos. 1, 3.) Thus, Plaintiff's consent was not required, and Plaintiff's request to vacate the Briefing Schedule is **DENIED**.

    **IT IS SO ORDERED.**

                                                     **Initials of Preparer**     gr