Clinton Brown, Self-Represented
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>      Plaintiff,<br><br>  vs.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>      Defendant. | CASE NO. 2:22-cv-09203-MEMF-KS<br><br>**Request for Judicial Notice**<br><br>**Question Presented by the Plaintiff**<br><br>**Rule 201(d)**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Magistrate:** Karen L. Stevenson<br><br>**Action Filed:** 12/17/2022<br><br>**Action Due:** 01/13/2023 |

## REQUEST FOR JUDICIAL NOTICE
## QUESTION PRESENTED BY THE PLAINTIFF

**NOTICE TO THE COURT**, "Does a man not have a reasonable right to collect, utilize or profit from the rising or setting of the sun upon his land?" This is a material fact that is in dispute in this controversy and thus it **_must_** proceed to trial **_or_** it's the Plaintiff's time to receive Just Compensation for such violation, yet.

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Clinton Brown                                                                                         11/24/2023