UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LACV 22-09203-MEMF-KSx | Date | December 6, 2023 |
|---|---|---|---|
| Title | Clinton Brown v. Clark R. Taylor | | |

PRESENT: **HONORABLE MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE**

| Daniel Tamayo | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| **Clinton Brown, Pro Se** | **Jonathan Fang** |

**PROCEEDING:** STATUS CONFERENCE [ZOOM]

The Status Conference is called, and counsel make their appearances. The Court hears oral argument from the parties.

The Court discussed Brown's objection to Taylor's Motion for Summary Judgment being heard by the Magistrate Judge. The Court explained that this procedure—whereby the Magistrate Judge would issue a report and recommendation on the Motion, and the District Judge would make the final decision—was proper. As explained in previous Orders (*see* ECF Nos. 97, 98), under the Central District of California General Order 05-07, actions brought under 42 U.S.C. § 1983 by *pro se* plaintiffs shall be referred to the Magistrate Judge for pre-trial matters. As the Court explained, an email sent from the Courtroom Deputy Clerk mailbox indicating otherwise was in error, as the Court explained in its Order at ECF No. 98. The Court explained to Brown that it will stand by its previous decision that there is nothing improper about the Magistrate Judge hearing this Motion for Summary Judgment and issuing a report and recommendation. *See* ECF No. 98.

The Court allowed Brown to ask questions. Brown made clear that he disagrees with the Court's reading of relevant statutes and wishes to preserve his objection.

The Court explained to Brown that he must comply with the recently issued Order to Show Cause (ECF No. 102), despite his disagreement with the Court's decision.

|  | - | 16 |
|---|---|---|
| Initials of Deputy Clerk: | | dt |