UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 22-9203 MEMF (KS)                                             Date: December 11, 2023

Title   *Clinton Brown v. Clark R. Taylor*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings: (IN CHAMBERS) ORDER STRIKING LETTER TO JUDGE [DKT. NO. 106]**

The Court is in receipt of a letter from Plaintiff, addressed to the assigned Magistrate Judge, erroneously asserting that a discovery motion filed in this matter must be resolved before the Motion for Summary Judgment. (Dkt. No. 106.) However, letters to the Court are not permissible and, consequently, Plaintiff's correspondence is ordered **STRICKEN**. C.D. Cal. L.R. 83-2.5. Any future correspondence from Petitioner that is not an "appropriate application or motion filed in compliance with [the] Local Rules" will also be rejected for filing or stricken from the docket. *Id.*

Plaintiff is further reminded that his response to the Court's December 5, 2023 Order to Show Cause re: Dismissal is **December 27, 2023**.

|  | : |
|---|---|
|  | **Initials of Preparer**   gr |