Clinton Brown, Self-Represented
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>　　　　Defendant. | CASE NO. 2:22-cv-09203-MEMF-KS<br><br>**Notice of Interlocutory Appeal**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Magistrate:** Karen L. Stevenson<br><br>**Action Filed:** 12/17/2022<br><br>**Action Due:** 01/13/2023 |

## PRELIMINARY INJUNCTION APPEAL[1]

**NOTICE TO THE COURT**, the Plaintiff hereby notifies the United States District Court for the Central District of California, pursuant to the statutory authority granted by Congress under 28 U.S.C. § 1292(a)(1), of an interlocutory appeal to the United States Court of Appeals for the Ninth Circuit. *See* ECF No. 105, Order Denying Motion for Preliminary Injunction, dated December 7, 2023.

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Clinton Brown　　　　　　　　　　　　　　　　　　　　　　　　12/11/2023

---

[1] Fed. R. App. 3(c)(7), [a]n appeal must not be dismissed for informality of form or title of the notice of appeal, or for failure to name a party whose intent to appeal is otherwise clear from the notice. *See* https://perma.cc/FU9K-J66R at 4 (effective December 1, 2023).

**2:22-cv-09203-MEMF-KS** Clinton Brown v. Clark R. Taylor
Maame Ewusi-Mensah Frimpong, presiding
Karen L. Stevenson, referral
**Date filed:** 12/17/2022
**Date of last filing:** 12/11/2023

# Attorneys

**Jonathan Fang**
Hurrell Cantrall LLP
725 South Figueroa Street Suite 3800
Los Angeles, CA 90017
213-426-2000
213-426-2020 (fax)
jfang@hurrellcantrall.com
  *Assigned: 04/27/2023*
  *ATTORNEY TO BE NOTICED*

representing   **Clark R. Taylor**
*(Defendant)*

**Thomas C Hurrell**
Hurrell Cantrell LLP
725 South Figueroa Street Suite 3800
Los Angeles, CA 90017
213-426-2000
213-426-2020 (fax)
thurrell@hurrellcantrall.com
  *Assigned: 04/21/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing   **Clark R. Taylor**
*(Defendant)*

**Thomas R Parker**
Los Angeles County Office of the County Counsel
Property Division
Kenneth Hahn Hall of Administration
500 W. Temple Street
6th Floor, Room 648
Los Angeles, CA 90012
213-407-5345
tparker@counsel.lacounty.gov
  *Assigned: 01/30/2023*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing   **Clark R. Taylor**
*(Defendant)*

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/11/2023 22:38:26 | | | |
| **PACER Login:** | clintonbrown36 | **Client Code:** | |

 Clinton Brown <clinton@atlasinc.solar>

## Activity in Case 2:22-cv-09203-MEMF-KS Clinton Brown v. Clark R. Taylor Order on Motion for Order

**cacd_ecfmail@cacd.uscourts.gov** <cacd_ecfmail@cacd.uscourts.gov>　　　　　　　Thu, Dec 7, 2023 at 4:50 PM
To: ecfnef@cacd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 12/7/2023 at 4:50 PM PST and filed on 12/5/2023
**Case Name:**　　　Clinton Brown v. Clark R. Taylor
**Case Number:**　　2:22-cv-09203-MEMF-KS
**Filer:**
**Document Number:** 105

**Docket Text:**
**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR JUDICIAL NOTICE [ECF NOS. 42, 59, 62, 65] by Judge Maame Ewusi-Mensah Frimpong. For the reasons stated herein, Brown's Request for Judicial Notice (ECF No. 59) is DENIED, and the Motions for a Preliminary Injunction (ECF Nos. 42, 62, 65) are DENIED. IT IS SO ORDERED. (See document for further details) (yl)**

**2:22-cv-09203-MEMF-KS Notice has been electronically mailed to:**

Jonathan Fang　　　arubio@hurrellcantrall.com, jfang@hurrellcantrall.com

Thomas R Parker　　tparker@counsel.lacounty.gov, mzamora@counsel.lacounty.gov, bhernandez@counsel.lacounty.gov

Clinton Brown　　　clinton.atlasinc.solar@recap.email, clinton@atlasinc.solar

Thomas C Hurrell　　thurrell@hurrellcantrall.com, dacabal@hurrellcantrall.com, mhummer@hurrellcantrall.com, tsmith@hurrellcantrall.com, lfranco@hurrellcantrall.com, mgomez@hurrellcantrall.com, ebernal@hurrellcantrall.com, jenriquez@hurrellcantrall.com

**2:22-cv-09203-MEMF-KS Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**