Name/Address of Attorney or Pro Per

Clinton Brown

16821 Edgar Street

Pacific Palisades, CA 90272

Telephone (310) 487-6453

☐ FPD    ☐ Apptd    ☐ CJA    ☒ Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clinton Brown | CASE NUMBER: |
| **PLAINTIFF(S),** | 2:22-cv-09203-MEMF-KS |
| v. | |
| Clark R. Taylor, AICP, The Los Angeles Department of Regional Planning | **Motion and Affidavit for Leave to Appeal In Forma Pauperis:**  ☐ **28 U.S.C. 753(f)** |
| **DEFENDANT(S).** | ☒ **28 U.S.C. 1915** |

The undersigned Clinton Brown , a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:

   a.  28 U.S.C. § 1292(a)(1)

   b.  

   c.  

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a.  Are you presently employed? ☒ Yes    ☐ No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. Highly intermittent. Atlas, Inc., Same as current address.
   Currently, about 100 hours per week are devoted to the cases in this Court and Atlas.

   b.  Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? ☒ Yes    ☐ No.
   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

   $67,910.27  Real Estate Sale on September 12, 2023.     (See attached)

   (Note that this has been the only income recieved all

   year and was allocated before it hit the bank account)

c.  Are you presently employed in prison?  ☐ Yes   ☒ No.

   If yes, state the number of hours you work per week and the hourly rate of pay.

   _____

d.  Do you own any cash or do you have money in a checking or savings account? ☒ Yes    ☐ No.

   If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. Currently, $0 and the average monthly balance is $506.86 (See attached). I did, as promised, pay $402 in case 2:23-cv-03366, ECF No. 2 on September 14, 2023. I promise I will pay all fees and any interest thereof when able to do so.

e.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? The real property contested in this case and related cases. See 2:23-cv-02938 and 2:23-cv-02972.

f.  In what year did you last file an income tax return? 2022

   _____

g.  Approximately how much income did your last tax return reflect? $189,895 (It has come to my attention that this IRS filing may need amended at the disposition of this case regarding the $100,000 transfer on or about February 2022).

h.  List the persons who are dependent upon you for support and state your relationship to those persons.

   Erick Ordaz, partner

i.  State monthly expenses, itemizing the major items. Lease, $5,725 (currently an unlawful detainer has been filed in the California Superior Court - Case # 23SMCV05475). I was kicked out of NWCU law school in Nov.2023 for prosecuting my cases rather than turning in definition assignments. The $325 monthly tuition expense is the only change in this IFP request.

I declare under penalty of perjury that the foregoing is true and correct.

_____
*Signature of Party*

12/12/2023
_____
*Date*

_____
*Signature of Attorney*
*(Disregard if filed in propria persona)*

— Sep 12, 2023   Incoming Wire Transfer                                    $67,910.27
                 WIRE FROM JML（WA）PTY LTD ATF LILEY FAMILY T

| Transaction Date | Sep 12, 2023 06:35 AM ET |
|---|---|
| Posted On | Sep 12, 2023 |
| Transaction Type | Transfer |

— Sep 14, 2023   Debit Card Purchase 09/12 08:28p #6655                    -$402.00
                 USDC CENTRAL DIST. CA LOS ANGELES CA 23256

| Transaction Date | Sep 12, 2023 08:28 PM ET |
|---|---|
| Posted On | Sep 14, 2023 |
| Transaction Type | Debit Card Purchase |
| Card Number Ending In | 6655 |

