## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>　　　　Defendant. | CASE NO. 2:22-cv-09203-MEMF-KS<br><br>**EXHIBIT LIST [ECF NO. 115]**<br><br>**P1-P10/RJN**<br><br>Note: This Exhibit List aligns with the Defendant's L.R. 56-1 filing [ECF No. 82] to comply with L.R. 56-2 and does not necessarily follow the Plaintiff's legal argument in their opposition to the Motion for Summary Judgment. |

1. Purchase Agreement, Loan Approval and Tax Title Certification
2. Emails Between All Parties in Controversy Regarding Property Ownership
3. SMMNA June 3, 2021, Implementation
4. Plaintiff's Emails with County Regarding Solar Project
5. County's Quit Claim Deeds of LOT 17 to Agoura and Calabasas
6. County, Agoura, Calabasas, and LAFCO's Annexation Dispute of Property
7. FERC QF, SCE, and WDAT; PURPA Preempts Local Law
8. Structure Mounted Solar Projects Generally Do Not Require Regional Approval (2019)
9. LOT 3 and LOT 17 Deed of Trust Schedule of Rents Conveyed in the Amount of $0
10. Title 22 Minor CUP for Open Space Development (2019 Ordinance)