

Clinton Brown <clinton@atlasinc.solar>

## Agoura Property

**Weera Tonasut** <tonasut@cs.com>  Tue, Jan 11, 2022 at 9:11 AM
Reply-To: Weera Tonasut <tonasut@cs.com>
To: "clinton@atlasinc.solar" <clinton@atlasinc.solar>

Clinton,

After talking to you yesterday, I have a lot of faith in your ability to finish this project. I'm willing to inject the new money ( $100,000 ) to pay off the 2nd TD for you in exchange of 15% ownership of the land. Leave the 1st TD alone as it is . You don't have to make payment on 1st TD until it's done. You can start working on the project right away and I will set aside additional fund for you to finish the project. Please let me know            Much success,

Steve Weera Tonasut

On Mon, Aug 15, 2022 at 8:10 PM Weera Tonasut <tonasut@cs.com> wrote:
> Chris,
> John informed me of your lawyer's involvement in the 2nd purchase of 15% ownership. with $100,000 . To me , they want to make thing unnecessary complicated then send you the big bill. You hire them to work on the the property not on us ?. Our relationship is simple and strait forward. I saw your big bills and they haven't even touched the subdivision plan yet but they're going around the bush. According to my observation, you hired them to be your boss not your employee.  Can you get on website  Z-NET ( know your zoning ) LA county is in need of affordable housing and waiting with open arm. LA county invites us to make appt. on line to consult with them. There is no need of the middle man. You and I can get together go to see them ourselves . I saw a slot to see them around  Aug.24.   Do you want to go to meet them ( LA county officials) with me.?  please let me know
> Best,
>
> Steve Weera Tonasut

**Weera Tonasut** <tonasut@cs.com>  
Reply-To: Weera Tonasut <tonasut@cs.com>  
To: "clinton@atlasinc.solar" <clinton@atlasinc.solar>

Mon, Aug 15, 2022 at 10:09 PM

Clinton,

At present time, Emil is still minority besides you wanted to sell your own share of ownership. Emil wanted to get involve that's ok with me. Me too want to get involve. Now situation changes, you allow me to own 30% mean you allow me to participate as well as Emil. It's a bad idea to allow third party (lawyer) come to manage us especially the one that issue the big bill. Three of us can do it among ourselves. I know how to go and meet LA County Officials without the middle man -- etc   Please inform Emil or allow me to communicate with him
-Best,

Steve

Weera Tonasut

**emil assentato** <eassentato@mac.com>　　　　　　　　　　　　　　　　　Tue, Aug 16, 2022 at 7:52 AM
To: Clinton Brown <clinton@atlasinc.solar>
Cc: Weera Tonasut <tonasut@cs.com>

Hi Clinton Hi Steve,,,,

I don't want to address the whole email Steve kindly sent at this moment. But the statement in Steve's email, "Emil is a minority", raises the need of having a PSA attached to any sale. This will provide all parties the information or structure necessary to move forward in a manner conforming to what was agreed.

For instance Atlas has taken on significant costs to move this project forward. The PSA will address this issue in order for all sides to be aware of the details they agreed. A 15% interest in the property along side Atlas LLC can be fine as long as that 15% recognizes it has obligations to Atlas LLC for costs it incurred in moving this project forward which are primarily the costs associated with the Solar Project and its loan from me to pursue those opportunities. The 15% can't assume it will receive 15% of the gross sale of property before Atlas recovers its costs, that would allow the 15% to ride free on Atlas's coat tails.

One reason I engaged Brownstein is to make sure the paperwork reflected what Clinton and I agreed. In that regard, Clinton only sold the equivalent of 15 points in Atlas LLC. He did not or was not permitted to sell any part of my interest. That means I am not a minority interest, but also Atlas LLC controls 85% of the interest in the property. The issue of my interest is confined to membership interests in the LLC. Brownstein is sorting out that piece as well as other issues we have come across.

Steve if you wish to call me: 516-384-2577. I'm in calls Alda's so please don't be upset if I can't take a call at a particular moment.

Thanks,

Emil

# Agoura Update

**Weera Tonasut** <tonasut@cs.com>  
Reply-To: Weera Tonasut <tonasut@cs.com>  
To: "clinton@atlasinc.solar" <clinton@atlasinc.solar>

Wed, Aug 17, 2022 at 2:37 PM

Clinton,

Thanks for the update but sorry I don't want to purchase the second 15% ownership any more after I found out there are so many huddles to develop this property  ( Emil's attorney review )  Please return $20,000 ASAP
Thank you,

Steve

Weera Tonasut

**Clinton Brown** <clinton@atlasinc.solar>  Wed, Aug 17, 2022 at 2:46 PM
To: Weera Tonasut <tonasut@cs.com>

What review are you referring to?

**Weera Tonasut** <tonasut@cs.com>  Wed, Aug 17, 2022 at 3:13 PM
Reply-To: Weera Tonasut <tonasut@cs.com>
To: "clinton@atlasinc.solar" <clinton@atlasinc.solar>

Emil asked his attorney to consult LA County officials regarding to do any development on our land. They came up with about 5-6 comments which are very difficult to get approval. I am also in need of income to support my retirement as I'd told you before. I can't invest my money in any thing that can not produce income.

Best,
Steve Weera Tonasut

**Clinton Brown** <clinton@atlasinc.solar>  Wed, Aug 17, 2022 at 3:25 PM
To: Weera Tonasut <tonasut@cs.com>

The lawyers always go for the worse hypotheticals that's what they get paid to do. Are you saying you want to sell your 15 percent back to me? As you know, the expenses have to be split evenly in the ownership in a TIC.

Clinton,

The best solution, once again have the property on the market for 5M and be done with it.
Best,

Steve

Weera Tonasut

**Weera Tonasut** <tonasut@cs.com>  Wed, Aug 17, 2022 at 6:02 PM
Reply-To: Weera Tonasut <tonasut@cs.com>
To: "clinton@atlasinc.solar" <clinton@atlasinc.solar>

Clinton,
I haven't decided to go any direction yet. But I want to see your good will gesture by returning $ 20,000 I advanced you last week , please!!
Best,

Steve

Weera Tonasut

**Clinton Brown** <clinton@atlasinc.solar>  Wed, Aug 17, 2022 at 8:53 PM
To: Weera Tonasut <tonasut@aol.com>

Steve,

I've already allocated the funds. I cannot wire it back tomorrow. I will credit it to your part of the expenses on your share of the property.

Clinton,

This is deposit or advance money. It should stay or remain in trust account until the escrow close. It's illegal to allocated or used it for other purpose. You know all of real estate law buy and sell. But I really need money badly, please help me as I always help you all of these years and many more years to come. Wire that $20,000 to me per provided wire instruction.
                                                                                              Thank you,

Clinton Brown <clinton@atlasinc.solar>  Wed, Aug 17, 2022 at 11:13 PM
To: We... ...@...

Case 2:22-cv-09203-MEMF-KS   Document 115-3   Filed 12/25/23   Page 13 of 17   Page ID #:673

Steve,

Regardless, you backed out of the deal. I'm keeping the deposit. I will kindly apply it to the amount you owe for your portion of property upkeep and apply that on my portion.

Also, don't accuse me of breaking the law. I know what I'm doing and I don't think you do.

Do not contact me unless it is through the lawyers. I'm not going to be spoken to like that.

Thank you,
Clinton

Steve,

Proposal:
Combine all notes and outstanding interest into a 'blanket loan' which is around $1,150,000. The Harper Lake, Millard and Malibu appraisals - you have copies of each or I can send again - total to $1,850,000. That's an LTV of 61% which is a very good improvement from the 100% LTV upon purchasing these properties.


image.png

Updates:
1. Weera has backed out of the 15% ownership purchase.
2. The above properties are on the market with price reductions and interest has upticked, but no offers yet.
3. The broker that submitted the LOI on Utah did go to property for his client and they are still interested, but have not submitted a formal offer yet.
4. The IRS has processed the refund I claimed, but it has not been released yet.

**STEVE SMEAD** <stsmead@gmail.com>  
To: Clinton Brown <clinton@atlasinc.solar>

Fri, Aug 19, 2022 at 7:46 AM

No. Why would I extend you additional credit when you have defaulted on every loan you have. You also have no way of making payments. You are welcome to shop with another lender. I just want to be paid as promised.

[Quoted text hidden]

---

**STEVE SMEAD** <stsmead@gmail.com>  
To: Clinton Brown <clinton@atlasinc.solar>

Fri, Aug 19, 2022 at 1:04 PM

Do you want to sign the assignment of trust deed on the Nevada note and not have the Utah note go into foreclosure? I need to know today by 4:00 PM or that offer will be gone.

**emil assentato** <eassentato@me.com>  Thu, Aug 25, 2022 at 9:20 AM
To: CLin...

HI Clinton,

Thank you for the message left last night.

Yes please sign the paperwork as your message indicated then send the signed paperwork to Diane to get this straightened out.

These changes will recognize that you sold the piece of property and Atlas LLC did not. One of the problems currently exposed is that under the agreement you originally signed with Steve, Atlas incurred a taxable event. These papers cure the tax issue as well as correct the LLC membership holdings and the percentage of the property owned

Thanks and all the best,

Emil



Clinton Brown <clinton@atlasinc.solar>

## Agoura Hills Land

**Weera Tonasut** <tonasut@cs.com>  
Reply-To: Weera Tonasut <tonasut@cs.com>  
To: "clinton@atlasinc.solar" <clinton@atlasinc.solar>

Fri, Nov 11, 2022 at 7:44 AM

Clinton, To avoid foreclosure expense, I would like to offer way out for us. As of for now I own 15% ownership and Atlas LLC owns 85% ownership and Atlas LLC owes me $200,000 (1st trust deed) Here is the deal--I'll forgive Atlas LLC's loan of $200,000 for the exchange of 70% ownership to me. If that's ok with you, at the end I'll have 85% ownership and Atlas LLC has 15% ownership and Atlas LLC will be free and clear . After all we still own the land with the same team going forward. Please let me know so I will have my attorney draw the paper work for signing and be done with it before Dec 1 .

Thank you,

Steve Weera Tonasut