English

How Do I ›   Services ›   Our Work ›   Resources ›   Contact ›

# SANTA MONICA MOUNTAINS NORTH AREA PLAN

Home > Long Range Planning > Santa Monica Mountains North Area Plan

The County Board of Supervisors adopted the updated Santa Monica Mountains North Area Plan (North Area Plan) and Community Standards District (CSD) on May 4, 2021. The updated Plan and CSD became effective June 3, 2021.

The North Area Plan, originally adopted by the County Board of Supervisors in October 2000, is a component of the Los Angeles County General Plan (General Plan). The North Area Plan's primary role is to provide more focused policy for the protection of biological resources and regulation of development within the unincorporated area of the Santa Monica Mountains west of the City of Los Angeles and north of the Coastal Zone. The North Area Plan refines the policies of the countywide General Plan as it applies to this planning area. The Santa Monica Mountains North Area CSD implements a number of the goals and policies of the North Area Plan.

## FINAL DOCUMENTS

- Santa Monica Mountains North Area Plan
- Board Adoption of North Area Plan and Community Standards District

- Final EIR
- Final EIR Appendices
- Draft EIR
- Draft EIR Appendices



For more information regarding this project, please contact SMMNorthArea@planning.lacounty.gov.

**Department of Regional Planning**

320 West Temple Street
Los Angeles, CA 90012

(213) 974-6411
info@planning.lacounty.gov

    

**About Us**

Leadership
Strategic Plan
RPC History