Gmail

Clinton Brown <clinton@atlasinc.solar>

## PV Farm at 27250 Agoura Rd - UNC-SOLR201128002452

**Adam Marcus** <amarcus@dpw.lacounty.gov>                    Mon, Nov 30, 2020 at 2:38 PM
To: "projects@atlasdevelopmentgroupllc.com" <projects@atlasdevelopmentgroupllc.com>
Cc: Mostafa Kashe <MKASHE@dpw.lacounty.gov>

Hi Clinton,

I am attaching a DRAFT version of a guidebook the County put together to assist applicants in applying for Solar PV Farms. This booklet contains a lot of useful contact information for various agencies involved in the process as well as a "what to expect" type of overview.

Please keep in mind that this is a draft, so you may notice some minor errors or format items that have not yet been updated. However, the contact information and content is mostly completed and accurate.

As a follow up to our phone call this morning, the project fees cannot be posted until we have the final kW system size and exact PV Module quantity.

Best,

Adam Marcus

Principal Electrical Engineering Assistant

Los Angeles County Public Works

Tel: (626) 458-6336

Email: amarcus@pw.lacounty.gov

---

 **SOLAR MANUAL - Compilation Draft (May 2018).pdf**
3453K

 Gmail

Clinton Brown <clinton@atlasinc.solar>

---

## PV Farm at 27250 Agoura Rd - UNC-SOLR201128002452

**Adam Marcus** <amarcus@dpw.lacounty.gov>                                    Tue, Dec 1, 2020 at 2:59 PM
To: Clinton Brown <projects@atlasdevelopmentgroupllc.com>
Cc: Mostafa Kashe <MKASHE@dpw.lacounty.gov>

Hi Clinton,

Below is a screenshot of what the Building and Safety fees will look like for 20MW with 40,362 PV modules.

| Fee Name | | Input Value | Computed Amount |
|---|---|---|---|
| Electrical Permit Issuance Fee | | 0.00 | $32.50 |
| Utility Scale PV Permit Fee | | 71,580.40 | $71,580.40 |
| Plan Check Ground Mount Utility Scale | | 50,106.30 | $50,106.30 |

We have not yet sent out the invoice for the plan check fees to be paid. I am going to work with the supervisor to determine who will be your electrical plan check engineer for this one first.

Best,

Adam Marcus

Principal Electrical Engineering Assistant

Los Angeles County Public Works

Tel: (626) 458-6336

Email: amarcus@pw.lacounty.gov

**From:** Clinton Brown <projects@atlasdevelopmentgroupllc.com>
**Sent:** Tuesday, December 1, 2020 1:59 PM
**To:** Adam Marcus <amarcus@dpw.lacounty.gov>
**Subject:** Re: PV Farm at 27250 Agoura Rd - UNC-SOLR201128002452

CAUTION: External Email. Proceed Responsibly.

Do you have an update on the fees? Thank you!

 Gmail

Clinton Brown <clinton@atlasinc.solar>

## PV Farm at 27250 Agoura Rd - UNC-SOLR201128002452

**Carlos Monzon** <CMonzon@dpw.lacounty.gov>
To: Clinton Brown <projects@atlasdevelopmentgroupllc.com>
Cc: Mostafa Kashe <MKASHE@dpw.lacounty.gov>

Tue, Aug 31, 2021 at 1:58 PM

Hi Clinton,

I just noticed that this application was submitted last November, and they expire one year from when they were submitted. Since no fees or actions from my end were taken on UNC-SOLR201128002452, I would suggest you apply for a new Ground Mount Utility Scale application for this project in EpicLA since you now have solar plans.

Once you submit the new application, I will go ahead and verify everything and invoice the plan check fee.

Thanks,

Carlos Monzon

Associate Electrical Engineer

Los Angeles County Public Works

(626) 458-6314

**From:** Clinton Brown <projects@atlasdevelopmentgroupllc.com>
**Sent:** Tuesday, August 31, 2021 1:12 PM
**To:** Carlos Monzon <CMonzon@dpw.lacounty.gov>
**Cc:** Mostafa Kashe <MKASHE@dpw.lacounty.gov>
**Subject:** Re: PV Farm at 27250 Agoura Rd - UNC-SOLR201128002452

CAUTION: External Email. Proceed Responsibly.

Carlos,

Hope you are doing well. What are the next steps in the process? We have submitted the full application and can you please confirm that?

Thank you,

Clinton

On Fri, Aug 27, 2021 at 2:26 PM Clinton Brown <projects@atlasdevelopmentgroupllc.com> wrote:

Please see attached signed plans. Please let me know the next steps. Thank you!

On Thu, Aug 26, 2021 at 3:27 PM Clinton Brown <projects@atlasdevelopmentgroupllc.com> wrote:

Carlos,

Calvin Gray

Green-tech Environmental

 Gmail

Clinton Brown <clinton@atlasinc.solar>

## PV Farm at 27250 Agoura Rd - UNC-SOLR201128002452

**Carlos Monzon** <CMonzon@dpw.lacounty.gov>                                    Tue, Aug 31, 2021 at 5:27 PM
To: Clinton Brown <projects@atlasdevelopmentgroupllc.com>
Cc: Mostafa Kashe <MKASHE@dpw.lacounty.gov>

Hi Clinton,

I can confirm the new application submission. I will process everything tomorrow morning.

Thanks,

Carlos Monzon

Associate Electrical Engineer

Los Angeles County Public Works

(626) 458-6314

---

**From:** Clinton Brown <projects@atlasdevelopmentgroupllc.com>
**Sent:** Tuesday, August 31, 2021 2:15 PM
**To:** Carlos Monzon <CMonzon@dpw.lacounty.gov>; Mostafa Kashe <MKASHE@dpw.lacounty.gov>
**Subject:** Re: PV Farm at 27250 Agoura Rd - UNC-SOLR201128002452

CAUTION: External Email. Proceed Responsibly.

Carlos,

Completed. That was quicker than I expected. Please confirm receipt of project submission. When should I expect the application to be reviewed and the invoice for Plan Check fee to be sent?

Thank you,

Clinton

On Tue, Aug 31, 2021 at 2:00 PM Clinton Brown <projects@atlasdevelopmentgroupllc.com> wrote:

Great, will do that now. Thank you.

On Tue, Aug 31, 2021 at 1:59 PM Carlos Monzon <CMonzon@dpw.lacounty.gov> wrote:

Hi Clinton,

I just noticed that this application was submitted last November, and they expire one year from when they were submitted. Since no fees or actions from my end were taken on UNC-SOLR201128002452, I would suggest you apply for a new Ground Mount Utility Scale application for this project in EpicLA since you now have solar plans.

Once you submit the new application, I will go ahead and verify everything and invoice the plan check fee.

Thanks,

 Gmail

**Clinton Brown <clinton@atlasinc.solar>**

---

## PV Farm at 27250 Agoura Rd - UNC-SOLR201128002452

**Carlos Monzon** <CMonzon@dpw.lacounty.gov>                 Wed, Sep 1, 2021 at 3:24 PM
To: Clinton Brown <projects@atlasdevelopmentgroupllc.com>
Cc: Mostafa Kashe <MKASHE@dpw.lacounty.gov>, Moutaz Bakhaya <MBAKHAYA@dpw.lacounty.gov>

Hi Clinton,

I have invoiced the plan check fee for this project and uploaded the Agency Referral Sheet. You will need to contact the agencies on this sheet to see what they required for their approval. Once you obtain the approvals, please upload them to UNC-SOLR210831002871 so I can verify. The electrical plans cannot be approved until I verify you obtained these approvals.

Once you pay the plan check fees, I will add the plans to my queue for plan check. I have also CC'd building plan checker Moutaz Bakhaya as he will need to see structural plans/calculations for this project. Please coordinate with Moutaz if you have any questions on what you need to submit for structural.

Thanks,

Carlos Monzon

Associate Electrical Engineer

Los Angeles County Public Works

(626) 458-6314

---

**From:** Clinton Brown <projects@atlasdevelopmentgroupllc.com>
**Sent:** Wednesday, September 1, 2021 2:16 PM
**To:** Carlos Monzon <CMonzon@dpw.lacounty.gov>
**Cc:** Mostafa Kashe <MKASHE@dpw.lacounty.gov>
**Subject:** Re: PV Farm at 27250 Agoura Rd - UNC-SOLR201128002452

CAUTION: External Email. Proceed Responsibly.

Carlos,

 **Gmail**

Clinton Brown <clinton@atlasinc.solar>

---

## PV Farm at 27250 Agoura Rd - UNC-SOLR201128002452

**Clinton Brown** <projects@atlasdevelopmentgroupllc.com>                    Wed, Sep 1, 2021 at 3:28 PM
To: Carlos Monzon <CMonzon@dpw.lacounty.gov>
Cc: Mostafa Kashe <MKASHE@dpw.lacounty.gov>, Moutaz Bakhaya <MBAKHAYA@dpw.lacounty.gov>

Carlos,

Great, really appreciate it. I will get on this ASAP.

Best,
Clinton
[Quoted text hidden]
--

**Clinton Brown**
**Managing Partner & Developer**
**Atlas Development Group, LLC**
Cell: 310-487-6453
Email: projects@atlasdevelopmentgroupllc.com
Website: www.atlasdevelopmentgroupllc.com

      

*Managing Director is a Broker*

*CalDRE:02047215*

 **Clinton Brown <clinton@atlasinc.solar>**

---

## PV Farm at 27250 Agoura Rd - UNC-SOLR201128002452

---

**Carlos Monzon** <CMonzon@dpw.lacounty.gov>                    Thu, Sep 2, 2021 at 7:05 AM
To: Clinton Brown <projects@atlasdevelopmentgroupllc.com>
Cc: Mostafa Kashe <MKASHE@dpw.lacounty.gov>

Hi Clinton,


I am going to delete the application you submitted for ELEC210901007016 since the electrical referral on the Agency Referral sheet is actually for the solar plan check I will be doing under SOLR210831002871.

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

 **Gmail**

Clinton Brown <clinton@atlasinc.solar>

## Ground Mounted Solar Field - 27250 Agoura Rd, Agoura

**Kennelly, Christopher** <Christopher.Kennelly@fire.lacounty.gov>                    Tue, Sep 14, 2021 at 2:56 PM
To: "projects@atlasdevelopmentgroupllc.com" <projects@atlasdevelopmentgroupllc.com>
Cc: "Switzler, Jackie" <Jackie.Switzler@fire.lacounty.gov>

Good afternoon Clinton,

I noticed there were plans submitted for a solar field on APN 2064-005-011, addressed at 27250 Agoura Rd. I the cases of solar fields, Regional Planning will forward plans to the appropriate unit in the Fire Department. Typically that is our Fire Land Development Unit (LDU).

Please continue coordinating with Regional Planning. They will most likely be forwarding plans to Fire LDU. No further action on FEPC2021-2698 is needed at this time.

Thank you,

***CHRIS KENNELLY, FPEA II***

***COUNTY OF LOS ANGELES FIRE DEPARTMENT***

***FIRE PREVENTION ENGINEERING, CALABASAS***

christopher.kennelly@fire.lacounty.gov

**EMAILS AND VOICEMAILS WILL BE RETURNED AS SOON AS POSSIBLE WHILE FIRE PREVENTION STAFF IS WORKING REMOTELY.**

 **Clinton Brown <clinton@atlasinc.solar>**

---

## Ground Mounted Solar Field - 27250 Agoura Rd, Agoura

---

**Clinton Brown** <projects@atlasdevelopmentgroupllc.com>                    Sat, Oct 23, 2021 at 4:59 PM
To: Carlos Monzon <CMonzon@dpw.lacounty.gov>
Cc: Mostafa Kashe <MKASHE@dpw.lacounty.gov>

Carlos,

Regional Planning rejected the application. Can you please advise on why Regional Planning wasn't in the loop on the project prior to the instructions given by DPW to contact them about the project as stated in the interagency approval sheet?

Thank you,

[Quoted text hidden]

 Gmail

Clinton Brown <clinton@atlasinc.solar>

## Ground Mounted Solar Field - 27250 Agoura Rd, Agoura

**Clinton Brown** <clinton@atlasinc.solar>
To: Carlos Monzon <CMonzon@dpw.lacounty.gov>

Tue, Oct 26, 2021 at 1:48 PM

Carolos,

So there is no coordination? Is County Planning separate? I'm just confused as to why Planning wasn't involved from the beginning or why I didn't need to go there first? Can you help explain this to me?

Thank you,
Clinton

 Gmail

Clinton Brown <clinton@atlasinc.solar>

## Ground Mounted Solar Field - 27250 Agoura Rd, Agoura

**Carlos Monzon** <CMonzon@dpw.lacounty.gov>                                    Tue, Oct 26, 2021 at 2:34 PM
To: Clinton Brown <clinton@atlasinc.solar>
Cc: Mostafa Kashe <MKASHE@dpw.lacounty.gov>

Hi Clinton,


Yes, the Regional Planning and Fire Departments are separate departments from Public Works (as shown on the referral sheet). The process for ground mount solar begins with Building and Safety through the SOLR application you submitted. The electrical plan checker screens the submitted plans and creates the agency referral based on the information on the plans.


In your case, you did not submit complete electrical plans until 9/1/21, which is when the agency referral sheet was created and uploaded.


Thanks,


Carlos Monzon

Associate Electrical Engineer

Los Angeles County Public Works

(626) 458-6314


[Quoted text hidden]

 Gmail

Clinton Brown <clinton@atlasinc.solar>

## Ground Mounted Solar Field - 27250 Agoura Rd, Agoura

**Clinton Brown** <clinton@atlasinc.solar>                                                    Tue, Oct 26, 2021 at 4:27 PM
To: Clark Taylor <CTaylor@planning.lacounty.gov>, Martin Gies <mgies@planning.lacounty.gov>, Robert Glaser
<rglaser@planning.lacounty.gov>

Clark,

Here you go. This is WHY I went to Building and Safety.

Additionally, can you please send the resources that you mentioned on the call, so I can begin the process to get this
approved.

Also, the agency referral sheet is attached and I believe you have a copy though. Who is the person that needs to sign
the agency referral sheet? Seems like there is not much communication between Regional Planning and Building and
Safety and, as a result, here we are.

Thank you,
Clinton
[Quoted text hidden]



📄 **27250 Agoura Road-Agency Referral Sheet.pdf**
   68K



Clinton Brown <clinton@atlasinc.solar>

# Ground Mounted Solar Field - 27250 Agoura Rd, Agoura

**Clark Taylor** <CTaylor@planning.lacounty.gov>                                      Thu, Oct 28, 2021 at 8:38 AM
To: Clinton Brown <clinton@atlasinc.solar>, Martin Gies <mgies@planning.lacounty.gov>, Robert Glaser <rglaser@planning.lacounty.gov>
Cc: Carlos Monzon <CMonzon@dpw.lacounty.gov>

Mr. Brown,

Thanks for your patience.  I have been working to gather all the relevant information.  I will try address everything in this response but please let me know if I missed anything.  The following is for information only and as new information comes to light; the guidance below might change.

**Access:**
I recommend you consult with a land use attorney and / or review the detailed title report for parcel 015. The tract map indicates that the parcel 015 is not a part of the tract, so the restrictions would not apply to that lot.  It is conceivable that access to parcel 011 could be achieved through parcel 015.  If you decide to resubmit an application, you will need to include this as part of the project scope.  This arrangement, should it be allowed, would require an easement through parcel 015.  Parcel 015 is very steep so we would need drawings showing the proposed driveway through parcel 015 and on to 011, including preliminary engineering.  This would not address the restriction that no residential or commercial structures can be constructed on parcel 011.  Please see below for the code section related to the definition of "structure".

**Agency Referral:**
The Department of Regional Planning is unable sign the attached agency referral from provided by the Department of Public Works because Regional Planning has not authorized the project.  This form has not been presented to me until it was attached to your last email and our signature would be accompanied by our approval.  The subject property is zoned O-S (Open Space), and a ground mounted utility scale solar facility is not permitted in this zone. Additionally, the subject property is designated as being located within a Significant Ecological Area (SEA).  A ground mounted utility scale solar energy facility is not permitted in areas designated as Significant Ecological Areas.  For these reasons, Regional Planning will not sign the agency referral form.  I have copied Mr. Monzon on this response so he can be aware of the applicable regulations and of Regional Planning's position.  Information related to how changes to these regulations can be achieved is provided below.

**Applicable Title 22 (Zoning Code) Sections:**

1.    The definition of a utility scale ground mounted solar facility can be found under "G" in the Definitions section of our code here:  https://library.municode.com/ca/los_angeles_county/codes/code_of_ordinances?nodeId=TIT22PLZO_DIV2DE_CH22.14DE_22.14.070G.  Based on the definition in the code, your project qualifies as a ground mounted utility scale solar facility.

2.    The definition of a structure can be found under "S" in Definitions section our code here:  https://library.municode.com/ca/los_angeles_county/codes/code_of_ordinances?nodeId=TIT22PLZO_DIV2DE_CH22.14DE_22.14.190S.  It is my opinion that a ground mounted utility scale solar facility meets the definition of structure, and that these structures would not be permitted due to the deed restriction outlined on the tract map.

3.    You can see here that utility scale solar facilities are not permitted in the O-S zone:  https://library.municode.com/ca/los_angeles_county/codes/code_of_ordinances?nodeId=TIT22PLZO_DIV3ZO_CH22.16AGOPSPREREWAZO.  The subject property is zoned O-S, so a utility scale solar facility is not permitted at this location.  There may have been some confusion on this issue when spoke last week, but the code is clear on this prohibition.

4.    In the Standards for Specific Uses section of the code, the prohibition of ground mounted utility scale solar facilities in SEAs can be found in 22.140.510(C)(5)(a) here:  https://library.municode.com/ca/los_angeles_county/codes/code_of_ordinances?nodeId=TIT22PLZO_DIV7STSPUS_CH22.140STSPUS_22.140.510REEN

5.    The provisions related zone changes can be found here: https://library.municode.com/ca/los_angeles_county/codes/code_of_ordinances?nodeId=TIT22PLZO_DIV8PERELEAC_CH22.198ZOCH.  Please note the

findings section.  All of these findings must be met as outlined.

6.   The provisions related to plan amendments can be found here:  https://library.
municode.com/ca/los_angeles_county/codes/code_of_ordinances?nodeId=TIT22PLZO_
DIV8PERELEAC_CH22.180PLAM.  Please note the findings section.  All of these findings must be met as
outlined.

**Required Entitlements:**
Because the use is expressly prohibited at this location, there is no permit that you can apply for to authorize your project.  Should you wish to proceed, it would be required that the SEA maps of the General Plan be amended so that boundaries of the SEA do not include the subject property AND that the zoning of the property be changed.  The mechanisms to accomplish this are a Plan Amendment and a Zone Change.  Both a Plan Amendment and a Zone Change are legislative actions carried out by the Board of Supervisors and the public hearing associated with these actions would be conducted before that body after preliminary review by the Regional Planning Commission. Relevant documents and forms can be found under the "General Plan Amendment," "Renewable Energy (Solar/Wind)" and "Zone Change" sections here: Applications & Forms | DRP (lacounty.gov).  As explained before, it may be that the Department of Regional Planning will not support the proposed Plan Amendment and Zone Change.  This would not stop you from applying, but should DRP not support the Plan Amendment / Zone Change, staff would present your project at a public hearing with a recommendation for denial based on the findings.

Fees for Plan Amendments are collected through draw-down accounts paid to DRP by the applicant.  Staff time is billed against these accounts and as more money is needed, additional deposits are required.  The initial required deposit is $3000.  The fee for a Zone Change application is $15,217.  There are also referral fees to various agencies (Fire Department, Public Works, Public Health, etc) that amount to about $1000.  There is an initial environmental review fee of $374.  Should a negative declaration, mitigated negative declaration, or an Environmental Impact Report be required, additional fees would apply.  You can view the fee schedule here:  fee_20210301.pdf (lacounty.gov)

Here is a link to the renewable energy facilities guidelines:  https://planning.lacounty.gov/assets/upl/apps/ground-mounted-solar-projects-summary.pdf and here is a link to the utility scale solar project findings form:  cup-utility-scale_findings.pdf (lacounty.gov) that may be helpful when the time comes.  Though the project you propose cannot be authorized at the current location, I suggest reviewing these guidelines so that, should the Plan Amendment and Zone Change efforts be successful, you have a full understanding of these standards and guidelines and how they would apply to the project.  The drawings you submitted to DRP previously do not meet these standards and would have to be amended.

Please let me know if I can provide additional information.

Thank you.


**Clark Taylor** *(he/him/his)*

Coastal Development Services


*Due to the recent declines in the spread of COVID-19 in Los Angeles County, Regional Planning has begun to reopen offices to the public. Currently, all field offices are open to the public. For the most current information about available services, public meeting schedules, and planning projects, please visit planning.lacounty.gov*

[Quoted text hidden]

 Gmail

Clinton Brown <clinton@atlasinc.solar>

## Ground Mounted Solar Field - 27250 Agoura Rd, Agoura

Clinton Brown <clinton@atlasinc.solar>                                    Mon, Apr 11, 2022 at 11:36 AM
To: "Kennelly, Christopher" <Christopher.Kennelly@fire.lacounty.gov>
Cc: "Lawson, Cleon" <Cleon.Lawson@fire.lacounty.gov>, Carlos Monzon <CMONZON@dpw.lacounty.gov>

Christopher,

This is a structure-mounted project and therefore Regional Planning does not review this according to the Department of Regional Planning guidelines and that Building and Safety told me file it online directly and it goes to the appropriate agency. Is there a particular contact I can reach out to at Fire LDU or is this something you guys can sign off on?

Los Angeles County Department of Regional Planning

**Ground-Mounted Solar Projects - Summary**

The information below pertains to _ground-mounted_ solar projects only.
_Structure-mounted_ solar projects generally do not require review by Regional Planning.
Consult with Building & Safety for details.

On another note, this is my primary email address and projects@atlasdevelopmentllc.com is no longer in use. I did update that on the portal as well.

Thank you,
Clinton

[Quoted text hidden]
--
**Clinton Brown**
**Atlas, Inc.**
CEO
Autonomous Solar Fields
Cell: 310-487-6453
clinton@atlasinc.solar
www.atlasinc.solar

**DISCLAIMER:**
This message originates from the offices of Atlas, Inc. This message and any file(s) or attachment(s) transmitted with it are confidential, intended only for the named recipient or is otherwise protected against unauthorized use or disclosure. Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you receive this message in error, please advise the sender by immediate reply and delete the original message.

📄 **ground-mounted-solar-projects-summary.pdf**
59K

 Gmail

**Clinton Brown <clinton@atlasinc.solar>**

## Ground Mounted Solar Field - 27250 Agoura Rd, Agoura

**Padilla, Juan** <Juan.Padilla@fire.lacounty.gov>                                           Tue, Apr 19, 2022 at 8:12 AM
To: Clinton Brown <clinton@atlasinc.solar>
Cc: Carlos Monzon <CMonzon@dpw.lacounty.gov>, "Kennelly, Christopher" <Christopher.Kennelly@fire.lacounty.gov>

Good morning Mr Brown,

I performed a detailed review of your project scope and project location based on the information submitted in FEPC2021-2698.  During my review and research, I found a Notice of Rejection Letter (see attached) issued by the Department of Regional Planning stating your project is not permitted on the subject property per Title 22 of the LA County Code.  Since the project is not permitted at this location, no review by the Fire Department is needed.  Any submittals to the Fire Department for this project will be void within EPIC-LA.

Do not hesitate to contact me if you have any questions to the Fire Department's position on this project.  A contact to Regional Planning is provided on the Notice of Rejection Letter if you have any question for them.

Thank you,

*Juan C. Padilla*

Supervising Fire Prevention Engineering Assistant

County of Los Angeles Fire Department

Fire Prevention Division

Land Development Unit

323-890-4243

**From:** Kennelly, Christopher <Christopher.Kennelly@fire.lacounty.gov>
**Sent:** Monday, April 11, 2022 11:41 AM
**To:** Clinton Brown <clinton@atlasinc.solar>
**Cc:** Lawson, Cleon <Cleon.Lawson@fire.lacounty.gov>; Carlos Monzon <CMonzon@dpw.lacounty.gov>; Le, Tony <Tony.Le@fire.lacounty.gov>; Padilla, Juan <Juan.Padilla@fire.lacounty.gov>
**Subject:** Re: Fw: Ground Mounted Solar Field - 27250 Agoura Rd, Agoura

Hi Clinton,

Please provide Mr. Tony Le the appropriate details for the ground mounted submittal. He will instruct you on how to submit the ground mounted system plans to them via Epic LA.

 Gmail

Clinton Brown <clinton@atlasinc.solar>

---

## Application: RPAP2021009108 Signature Request

**Clinton Brown** <clinton@atlasinc.solar>                                      Wed, Oct 19, 2022 at 2:38 PM

Clark,

I've contacted SMMN several times via email and phone but have never received a response. Although this is disappointing, it is adding to the Civil Case or Writ of Mandamus that will eventually be filed in the California Courts if we can't come to an agreement. First, however, I wanted to bring to your attention an issue that SMMN should have been informed about or the Department of Regional Planning should have already known about.

Please see the attached pictures from University of Santa Barbara taken in 1944 and an overhead satellite comparison to today. **This property is on a man-made hill.** During the construction of the 101, a large portion of this property was pushed upward. Therefore, the area cannot be zoned as an ecological sensitive area if it has been already been disturbed by human structures and man-made hills. According to SMMN's own definition of ecological sensitivity the property does not qualify. Even if the property did qualify, which SMMN contends, a solar installation such as the PEG (see CONFIDENTIAL PEG system design), <u>which is used in ecological sensitive areas</u>, does not require any construction and does not cause disturbance to the land. The SMMN plan cannot arbitrarily stop any and all development on private property.

Lastly, the County of Los Angeles should be encouraging renewable energy sources and not trying to prevent a project like this from happening. Under SEC and State leadership we will be able to provide 20MW of solar power at this location, including free electricity credits to a low-income school in South Los Angeles.

**All we need for this project to move forward is for the Regional Planning Department to sign the Agency Referral request from the Department of Building and Safety**. Fire is ready to inspect and so is Building and Safety regarding the electrical. **Our company has already completed all other requirements.**

It is in the best interest of the County to sign this document and let us move forward with the project, which I've clearly demonstrated, does not alter an environment that already has been altered by-man made structures and man-made hills. **The evidence is very clear that this project does not and will not cause any harm.**

Please sign and remit to next agency,


**Clinton Brown**
CEO, Atlas, Inc.
310-487-6453 | clinton@atlasinc.solar
16821 Edgar Street, Pacific Palisades, CA 90272
www.atlasinc.solar

   

 Click to schedule a meeting

---

DISCLAIMER: This message originates from the offices of Atlas, Inc. This message and any file(s) or attachment(s) transmitted with it are confidential, intended only for the named recipient or is otherwise protected against unauthorized use or disclosure. Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you receive this message in error, please advise the sender by immediate reply and delete the original message.

---

**7 attachments**

 **Gmail**                                                    Clinton Brown <clinton@atlasinc.solar>

---

## Application: RPAP2021009108 Signature Request

**Clinton Brown** <clinton@atlasinc.solar>                                    Fri, Dec 2, 2022 at 7:54 PM
To: Clark Taylor <CTaylor@planning.lacounty.gov>
Cc: Carlos Monzon <CMonzon@dpw.lacounty.gov>, Robert Glaser <rglaser@planning.lacounty.gov>

Clark,

Hope you had a great Thanksgiving holiday. Per my last email I am moving forward with the Section 1983 claim in Federal Court and I'm hoping that you have followed internal procedures (i.e when a case is imminently going to be filed in Court then your public duty is to notify either your Supervisor, who has been on my emails, and/or the legal department (i.e. County Attorney's Office). Unfortunately, I haven't received a response from you, your manager, the County Attorney's Office or the signature I requested. The reason for such a policy, Clark, is to alert the County Attorney's Office of imminent suit which prevents taxpayer money squandered on further actions that could create more liability for the parties involved, for one. However, I'm not privy to all your internal procedures and I can also believe that you may still be reviewing my request for your signature to proceed with the next step (which is Kristopher over at fire to inspect). He didn't go out there already because your mistake in the review process stopped any and all hope that Kristopher would ever sign it. He told me so himself in an email. That leaves me with no appeal process, no matter how a lawyer will spin it.

I kindly request for an update from you, your manager, an inquiry from the County Attorney's Office, or a signature on the document I requested.

Thank you,
Clinton
[Quoted text hidden]

 **Clinton Brown**
ATLASINC                          CEO, Atlas, Inc.
                                  310-487-6453 | clinton@atlasinc.solar
                                  www.atlasrei.co



 Click to schedule a meeting

---

DISCLAIMER: This message originates from the offices of Atlas, Inc. This message and any file(s) or attachment(s) transmitted with it are confidential, intended only for the named recipient and is protected against unauthorized use or disclosure. Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you receive this message in error, please advise the sender by immediate reply and delete the original message.