Exempt from Recording Fees
Pursuant to Govt. Code
Section 27383 - Benefits City

**RECORDING REQUESTED BY**

City of Calabasas

95  359616

**WHEN RECORDED MAIL TO**

CITY CLERK
CITY OF CALABASAS
26135 MUREAU ROAD
CALABASAS, CA 91302

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA
10:21 AM MAR 08 1995

FREE 5 L

*Space above this line for Recorder's use*

LOST HILLS SHERIFF STATION 1-1B
I.M. 159-057  S.D. 3
(162-069)

A.I.N. 2064 004 902 (Por)

# QUITCLAIM DEED

**FOR A VALUABLE CONSIDERATION**, *receipt of which is hereby acknowledged, the* **COUNTY OF LOS ANGELES**, *a body corporate and politic, does hereby remise, release, and forever quitclaim unto the* **CITY OF CALABASAS** *and the* **CITY OF AGOURA HILLS**, *both municipal corporations, all of its right, title and interest in and to that real property in the City of Calabasas, County of Los Angeles, State of California, described as*

That portion of Lot 17, Tract No. 32952, as shown on map filed in Book 1081, pages 30 to 34 inclusive, of Maps, in the office of the Recorder of the County of Los Angeles, within the following described boundaries:

Beginning at the intersection of the southeasterly boundary of those certain easements, in said lot, as shown on and dedicated by said map to Los Angeles County Flood Control District for flood control, storm drain and appurtenances, and storm drain ingress and egress purposes with the northeasterly boundary of said lot; thence southeasterly, southerly, westerly, northwesterly and northerly along the northeasterly, easterly, southerly, southwesterly and westerly boundaries of said lot and following the same in all its various courses and curve to said first mentioned southeasterly boundary; thence northeasterly, southeasterly, easterly and northwesterly along the southeasterly, southwesterly, southerly and northeasterly boundaries of said certain easements and following the same in all its various courses and curve to the point of beginning.

DESCRIPTION APPROVED
September 15, 1994
WILLIAM F. STEWART
Director
INTERNAL SERVICES DEPARTMENT

BY _____, Deputy

- 1 -

SUBJECT TO:

1.  Easements, rights, rights of way, reservations, restrictions, covenants and conditions of record, if any.

2.  The express condition that the real property so conveyed shall be used only for public recreational purposes and that if said CITIES should fail, refuse or neglect to use said real property for public recreational purposes, title to the said real property shall immediately revert to the COUNTY OF LOS ANGELES without further notice and without the necessity of any affirmative action on the part of said COUNTY to assert any rights in said real property.

3.  The express condition that at all times and under all circumstances said real property shall be equally open to residents of incorporated and unincorporated territory and there shall be no discrimination against or preference, gratuity, bonus or other benefit given to residents of incorporated areas not equally accorded residents of unincorporated territory.

95   359616

Dated: _January 23_, 19_95_.

County of Los Angeles

By _/s/ Gloria Molina_
Chairperson, Board of Supervisors

(SEAL)

STATE OF CALIFORNIA )
                     ) ss.
COUNTY OF LOS ANGELES )

On this _23rd_ day of _January_, 19_95_, pursuant to Section 25103 of the Government Code, the undersigned, a deputy clerk of the Board of Supervisors, acknowledges that pursuant to a resolution adopted by the Board of Supervisors of the County of Los Angeles on January 6, 1987, the facsimile signature of ___GLORIA MOLINA___, Chairperson of the Board of Supervisors of the County of Los Angeles has been affixed hereto as the official execution of this document. The undersigned further certifies that on this date, a copy of the document was delivered to the Chairperson of the Board of Supervisors of the County of Los Angeles.

In witness whereof, I have also hereunto set my hand and affixed my official seal the day and year first above written. I further acknowledge that the County of Los Angeles has executed this document.

JOANNE STURGES, Executive Officer-Clerk of the Board of Supervisors of the County of Los Angeles

By _/s/ Sylvia Villalobos_
          Deputy

APPROVED AS TO FORM

DE WITT W. CLINTON
County Counsel

By _/s/_
    Deputy

Space for Seal

- 3 -

95  359616

4

## CERTIFICATE OF ACCEPTANCE

This is to certify that the interest in real property in the Quit Claim Deed between the County of Los Angeles conveyed to the City of Calabasas and the City of Agoura Hills is hereby accepted by approval of the City Council at its meeting held on February 15, 1995 and the City of Calabasas consents to the recordation thereof by its duly authorized officer.

Dated: February 15, 1995

By: _____
Karyn Foley, Mayor

ATTEST:

_____
Robin Parker, CMC, City Clerk

95    359616

## CERTIFICATE OF ACCEPTANCE

This is to certify that the interest in real property in the Quit Claim Deed between the County of Los Angeles conveyed to the City of Calabasas and the City of Agoura Hills is hereby accepted by approval of the City Council at its meeting held on February 8, 1995 and the City of Agoura Hills consents to the recordation thereof by its duly authorized officer.

Dated: February 8, 1995         By: _____

Louise Rishoff
Mayor

Attest:

_____
Patricia Manning, CMC
City Clerk

95  359616

This page is part of your document - DO NOT DISCARD

# 20160415627

Pages: 0013

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County, California

**04/13/16 AT 08:00AM**

| | |
|---|---:|
| FEES: | 0.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 0.00 |

**LEADSHEET**

201604131130001

00011955098

007490972

SEQ:
05

DAR - Title Company (Hard Copy)

**THIS FORM IS NOT TO BE DUPLICATED**

T94

E522001

**Commonwealth Land Title Company**

RECORDING REQUESTED BY AND
WHEN RECORDED MAIL TO:

Cammy C. DuPont, Esq.
Principal Deputy County Counsel
Office of the County Counsel
County of Los Angeles
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713



04/13/2016
*20160415627*

9514253-27   (Space Above This Line For Recorders Use Only)

DTT. $0

# QUITCLAIM DEED

THE UNDERSIGNED GRANTOR DECLARES THAT NO DOCUMENTARY TRANSFER TAX IS DUE OR PAYABLE. THIS QUITCLAIM DEED IS EXEMPT PURSUANT TO SECTION 4.60.050 OF THE LOS ANGELES COUNTY CODE, ADOPTED PURSUANT TO PART 6.7 (COMMENCING WITH SECTION 11901) OF DIVISION 2 OF THE CALIFORNIA REVENUE AND TAXATION CODE. A PORTION OF REAL PROPERTY LOCATED IN THE COUNTY OF LOS ANGELES COUNTY, STATE OF CALIFORNIA.

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, the LOS ANGELES COUNTY CAPITAL ASSET LEASING CORPORATION, a California nonprofit public benefit corporation (the "Corporation"), does hereby remise, release and forever quitclaim to the COUNTY OF LOS ANGELES, a political subdivision of the State of California (the "County"), all of its right, title and interest in and to that certain real property located in the County of Los Angeles, State of California, all as more particularly described at Exhibit "A" attached hereto, pursuant to the terms of:

1.      That certain Second Amended and Restated Site Lease, dated as of April 1, 2013, by and between the Corporation and the County, recorded in the offices of the Los Angeles County Recorder as Document No. 20130587713 on April 19, 2013, as amended by the First Amendment to Second Amended and Restated Site Lease, dated as of April 8, 2015, by and between the Corporation and the County, recorded in the offices of the Los Angeles County Recorder as Document Number 20150382393 on April 8, 2015, which in turn amended and restated the Amended and Restated Site Lease, dated as of April 1, 2010, by and between the Corporation and the County, recorded in the offices of the Los Angeles County Recorder as Document Number 20100542125 on April 21, 2010, which in turn amended and restated the Site Lease, dated as of July 1, 1997, by and between the Corporation and the County, recorded in the offices of the Los Angeles County Recorder as Document Number 97-992062 on July 2, 1997, as amended by the First Amendment to Site Lease, dated as of March 31, 2003, recorded in the offices of the Los Angeles County Recorder as Document Number 03-0888552 on March 31, 2003, the Second Amendment to Site Lease, dated as of June 1, 2007, recorded in the offices of the Los Angeles County Recorder as Document Number 20071415076 on June 12, 2007, the Third Amendment to Site Lease, dated as of July 1, 2008, recorded in the offices of the Los Angeles County Recorder as Document Number 20081143395 on June 26, 2008, the Fourth

Amendment to Site Lease, dated as of November 1, 2008, recorded in the offices of the Los Angeles County Recorder as Document Number 20081978435 on November 7, 2008, and the Fifth Amendment to Site Lease, dated as July 1, 2009, recorded in the offices of the Los Angeles County Recorder as Document Number 20091208335 on August 6, 2009; and

    2.    That certain Second Amended and Restated Sublease, dated as of April 1, 2013, by and between the Corporation and the County, recorded in the offices of the Los Angeles County Recorder as Document Number 20130587714 on April 19, 2013, as amended by the First Amendment to Second Amended and Restated Sublease, dated as of April 8, 2015, by and between the Corporation and the County, recorded in the offices of the Los Angeles County Recorder as Document Number 20150382394 on April 8, 2015, which in turn amended and restated the Amended and Restated Sublease, dated as of April 1, 2010, by and between the Corporation and the County, recorded in the offices of the Los Angeles County Recorder as Document Number 20100542126 on April 21, 2010, which in turn amended and restated the Sublease, dated as of July 1, 1997, by and between the Corporation and the County, recorded in the offices of the Los Angeles County Recorder as Document Number 97-992063 on July 2, 1997, as amended by the First Amendment to Sublease, dated as of March 31, 2003, recorded in the offices of the. Los Angeles County Recorder as Document Number 03-0888553 on March 31, 2003, the Second Amendment to Sublease, dated as of June 1, 2007, recorded in the offices of the Los Angeles County Recorder as Document Number 20071415077 on June 12, 2007, the Third Amendment to Sublease, dated as of July 1, 2008, recorded in the offices of the Los Angeles County Recorder as Document Number 20081143396 on June 26, 2008, and the Fourth Amendment to Sublease, dated as of November 1, 2008, recorded in the offices of the Los Angeles County Recorder as Document Number 20081978436 on November 7, 2008, and the Fifth Amendment to Sublease, dated as of July 1, 2009, recorded in the offices of the Los Angeles County Recorder as Document Number 20091208336 on August 6, 2009; and

as reflected in:

    3.    That certain Memorandum of Assignment, dated as of April 1, 2013, by and between the Corporation and Deutsche Bank National Trust Company, as the predecessor trustee, recorded in the offices of the Los Angeles County Recorder as Document Number 20130587715 on April 19, 2013 and that certain Memorandum of Amendment to Assignment, dated as of April 8, 2015, by and between the Corporation and U.S. Bank National Association, recorded in the offices of the Los Angeles County Recorder as Document Number 20150382395 on April 8, 2015.

[The remainder of this page intentionally left blank]

2

4

Dated: April 13, 2016

          **LOS ANGELES COUNTY CAPITAL ASSET LEASING CORPORATION**

          By: _____
               Authorized Representative
               Judith Frank

5

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

On __April 7, 2016__, before me, __Sylvia M. Torres, Notary Public__
　　　Date　　　　　　　　　　　　Name and Title of Officer (e.g. "Jane Doe, Notary Public")
personally appeared __Judith Franks__
　　　　　　　　　　　　　　　　Name of Signer(s)

[Notary Seal: SYLVIA M. TORRES, Commission # 2063008, Notary Public - California, Los Angeles County, My Comm. Expires Apr 27, 2018]

who proved to me on the basis of satisfactory evidence to the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

Place Notary Seal Above

**OPTIONAL**

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form to another document.

**Description of Attached Document**
Title of Type of Document: _____
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Names Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer - Title(s): _____
☐ Partner - ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

☐ Signer is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer - Title(s): _____
☐ Partner - ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

☐ Signer is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

6

## CERTIFICATE OF ACCEPTANCE

This is to certify that the interest in real property conveyed by the within deed or grant to the County of Los Angeles, a political subdivision of the State of California, is hereby accepted under the authority of the Resolution of the Board of Supervisors of said County adopted on March 29, 2016, and the grantee consents to the recordation of said deed or grant by its duly authorized officer.

Dated: _____April 7_____, 2016

**COUNTY OF LOS ANGELES**

By: _Hilda L. Solis_
Chair of the Board of Supervisors

[SEAL]

Attest:

LORI GLASGOW
Executive Officer - Clerk of
the Board of Supervisors
of the County of Los Angeles

By: _____
Deputy

Cristina Talamantes

2614622.1 038509 AGMT

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
                                   ) ss.
COUNTY OF LOS ANGELES )

On __April 7, 2016__, before me, __Sylvia M. Torres, Notary Public__
     Date                             Name and Title of Officer (e.g. "Jane Doe, Notary Public")
personally appeared __Cristina Talamantes__
                                  Name of Signer(s)

[Notary Seal: SYLVIA M. TORRES, Commission # 2063008, Notary Public - California, Los Angeles County, My Comm. Expires Apr 27, 2018]

who proved to me on the basis of satisfactory evidence to the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

Place Notary Seal Above

---

### OPTIONAL

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form to another document.

**Description of Attached Document**

Title of Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Names Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer - Title(s): _____
- ☐ Partner - ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

☐ Signer is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer - Title(s): _____
- ☐ Partner - ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

☐ Signer is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here



Certificate of Executive Officer-Clerk
of the Board of Supervisors

On this 7th day of April 2016, pursuant to Section 25103 of the California Government Code, the undersigned Executive Officer-Clerk of the Board of Supervisors certifies that on this date, a copy of this document was delivered to the Chair of the Board of Supervisors of the County of Los Angeles.



Lori Glasgow
Executive Officer-Clerk of the
Board of Supervisors

By_____
      Deputy



# EXHIBIT A

## LEGAL DESCRIPTION OF PROPERTY

All that real property situated in the County of Los Angeles, State of California, described as follows, and any improvements thereto:

[See attached pages]

A-1

# EXHIBIT A

## DESCRIPTION OF THE PARCELS

| Parcel | Legal Description of Parcel |
|---|---|
| 1. Hall of Records | PARCEL 11, IN THE CITY OF LOS ANGELES, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON LOS ANGELES COUNTY ASSESSOR'S MAP NO. 94; RECORDED IN BOOK 1 PAGES 77 TO 80 INCLUSIVE OF ASSESSOR'S MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. |
| 4. DPSS Adams & Grand | LOTS 1,2,3,9,10 AND 11 OF GRAND AVENUE AND ADAMS STREET TRACT, IN THE CITY OF LOS ANGELES, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 66, PAGE 57 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF COUNTY RECORDER OF SAID COUNTY.<br><br>SAID LAND IS ALSO A PORTION OF LOT 1 OF TRACT NO. 24713, IN THE CITY OF LOS ANGELES, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 841, PAGE(S) 61 AND 62 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. |
| 5. DPSS-Exposition Park | LOTS 40 TO 44 INCLUSIVE, BLOCK E, WEST PARK TRACT NO. 2, IN THE CITY OF LOS ANGELES, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 9, PAGE(S) 192 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.<br><br>EXCEPT ALL OIL, GAS, AND OTHER MINERALS IN AND UNDER LOTS 41 TO 44 INCLUSIVE, LYING BENEATH A PLANE WHICH IS 500 FEET BELOW THE SURFACE OF SAID LAND, BUT WITHOUT THE RIGHT OF ENTRY FROM THE SURFACE THEREOF, OR FROM ANY POINT WITHIN 500 FEET OF SAID SURFACE, AS RESERVED IN THE DEED FROM EDWIN P. ANDERSON AND MAY I. ANDERSON, HUSBAND AND WIFE, RECORDED AUGUST 15, 1963, AS INSTRUMENT NO. 2708, IN BOOK D2446 PAGE 460, OFFICIAL RECORDS. |
| 9. Lost Hills Sheriff Station | THAT PORTION OF LOT 17 OF TRACT NO. 32952 IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON MAP FILED IN BOOK 1081, PAGE(S) 30 TO 34 INCLUSIVE OF MAPS, IN THE OFFICE OF THE REGISTRAR-RECORDER OF SAID COUNTY, WITHIN THE FOLLOWING DESCRIBED BOUNDARIES :<br><br>BEGINNING AT THE NORTHWESTERLY CORNER OF SAID LOT; THENCE SOUTHERLY ALONG THE WESTERLY LINE OF SAID LOT, TO THE NORTHWESTERLY BOUNDARY OF THAT CERTAIN EASEMENT TO THE LOS ANGELES COUNTY FLOOD CONTROL DISTRICT FOR FLOOD CONTROL PURPOSES, AS SHOWN ON SAID MAP; THENCE NORTHEASTERLY, SOUTHEASTERLY AND EASTERLY ALONG THE NORTHWESTERLY, NORTHEASTERLY AND NORTHERLY BOUNDARIES OF SAID CERTAIN EASEMENT AND FOLLOWING THE SAME IN ALL ITS VARIOUS COURSES TO THE NORTHEASTERLY BOUNDARY OF SAID LOT; THENCE NORTHWESTERLY, NORTHERLY AND WESTERLY ALONG THE NORTHEASTERLY, EASTERLY AND NORTHERLY BOUNDARIES OF SAID LOT AND FOLLOWING THE SAME IN ALL ITS VARIOUS COURSES AND CURVES TO THE POINT OF BEGINNING. |



| | |
|---|---|
| 10. Challenger Memorial Youth Center | THAT PORTION OF SECTION 14, TOWNSHIP 7 NORTH, RANGE 13 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, WITHIN THE FOLLOWING DESCRIBED BOUNDARIES:<br><br>BEGINNING AT THE INTERSECTION OF THE SOUTHERLY LINE OF THE NORTHERLY 50 FEET OF SAID SECTION, WITH THE WESTERLY LINE OF THE EASTERLY 1300 FEET OF SAID SECTION; THENCE SOUTHERLY ALONG SAID WESTERLY LINE, 380.00 FEET TO THE SOUTHERLY LINE OF THE NORTHERLY 430 FEET OF SAID SECTION; THENCE EASTERLY ALONG SAID LAST MENTIONED SOUTHERLY LINE, 897.00 FEET TO THE WESTERLY LINE OF THE EASTERLY 403 FEET OF SAID SECTION; THENCE SOUTHERLY ALONG SAID LAST MENTIONED WESTERLY LINE, 2283.00 FEET TO THE SOUTHERLY LINE OF THE NORTHERLY 2713 FEET OF SAID SECTION; THENCE WESTERLY ALONG SAID LAST MENTIONED SOUTHERLY LINE, 1770.00 FEET TO THE WESTERLY LINE OF THE EASTERLY 2173 FEET OF SAID SECTION; THENCE NORTHERLY ALONG SAID LAST MENTIONED WESTERLY LINE, 2663.00 FEET TO SAID FIRST MENTIONED SOUTHERLY LINE; THENCE EASTERLY ALONG SAID FIRST MENTIONED SOUTHERLY LINE, 873.00 FEET TO THE POINT OF BEGINNING.<br><br>EXCEPT THEREFROM ALL URANIUM, THORIUM AND OTHER MINERALS, AS EXCEPTED BY RECONSTRUCTION FINANCE CORPORATION AND UNITED STATES OF AMERICA, ACTING BY AND THROUGH WAR ASSETS ADMINISTRATION, RECORDED OCTOBER 18, 1948 AS INSTRUMENT NOS. 2604 AND 2606. |



| | |
|---|---|
| 15. Central Jail Parking Structure | PARCEL 1:<br>THAT PORTION OF THE 28.10 ACRE TRACT ALLOTTED TO LUCY GILMORE, IN THE CITY OF LOS ANGELES, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, BY THE DECREE OF THE PARTITION IN CASE NO. 667, SUPERIOR COURT OF SAID COUNTY, DESCRIBED AS FOLLOWS:<br><br>BEGINNING AT A POINT IN THE SOUTHEASTERLY LINE OF LOT 10 OF TRACT NO. 10151, AS PER MAP RECORDED IN BOOK 157 PAGES 45 TO 47 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, THAT IS DISTANT THEREON NORTH 35 DEGREES 43 MINUTES 10 SECONDS EAST 273.75 FEET FROM THE MOST NORTHERLY CORNER OF PARCEL 4, AS DESCRIBED IN THE DEED TO SOUTHERN PACIFIC COMPANY, RECORDED ON DECEMBER 16, 1937 IN BOOK 15493 PAGE 122, OFFICIAL RECORDS, AS INSTRUMENT NO. 33 OF SAID COUNTY; THENCE SOUTH 54 DEGREES 16 MINUTES 50 SECONDS EAST 68 FEET; THENCE SOUTH 35 DEGREES 43 MINUTES 10 SECONDS WEST 1.00 FOOT TO THE NORTHEASTERLY LINE OF THE LAND DESCRIBED IN PARCEL 2 OF THE DEED RECORDED SEPTEMBER 20, 1957 IN BOOK 55658 PAGE 186, OFFICIAL RECORDS.<br><br>THENCE THEREON SOUTH 54 DEGREES 16 MINUTES 50 SECONDS EAST 171.45 FEET TO A POINT IN THE WESTERLY LINE OF THE ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY'S RIGHT-OF-WAY, AS DESCRIBED IN DEED RECORDED IN BOOK 1179 PAGE 200, OFFICIAL RECORDS; THENCE ALONG SAID WESTERLY LINE OF SAID RIGHT-OF-WAY, NORTH 15 DEGREES 11 MINUTES 40 SECONDS EAST 146.23 FEET TO A POINT IN THE SOUTHWESTERLY LINE OF THE LAND CONVEYED TO THE SANTA FE LAND IMPROVEMENT COMPANY, BY DEED RECORDED IN BOOK 15415 PAGES 371 AND 372, OFFICIAL RECORDS, SAID LAST MENTIONED POINT BEING IN THE ARC OF A CURVE CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 533.14 FEET, AND A RADIAL LINE THROUGH SAID POINT BEARING NORTH 53 DEGREES 52 MINUTES 23 SECONDS EAST; THENCE NORTHWESTERLY ALONG SAID CURVE, 191.00 FEET TO A POINT IN AFORESAID SOUTHEASTERLY LINE OF LOT 10; THENCE ALONG SAID SOUTHEASTERLY LINE, SOUTH 35 DEGREES 42 MINUTES 10 SECONDS WEST 162.01 FEET TO THE POINT OF BEGINNING.<br><br>PARCEL 2:<br>THAT PORTION OF LOT 10 OF TRACT NO. 10151, IN THE CITY OF LOS ANGELES, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON MAP FILED IN BOOK 157 PAGES 45, 46, AND 47 OF MAPS, IN THE OFFICE OF THE REGISTRAR-RECORDER OF THE COUNTY OF LOS ANGELES, WITHIN THE FOLLOWING DESCRIBED BOUNDARIES:<br><br>BEGINNING AT THE INTERSECTION OF THAT CERTAIN 533.14 FOOT RADIUS CURVE IN THE NORTHEASTERLY BOUNDARY OF THAT CERTAIN PARCEL OF LAND DESCRIBED AS PARCEL NO. 1, IN DEED TO CHRISTOPHER CHOI, ET UX., RECORDED ON JANUARY 8, 1985 AS INSTRUMENT NO. 85-21612, IN THE OFFICE OF SAID REGISTRAR-RECORDER, WITH THE SOUTHEASTERLY BOUNDARY OF SAID LOT; THENCE SOUTHWESTERLY ALONG SAID SOUTHEASTERLY BOUNDARY TO THE NORTHEASTERLY BOUNDARY OF THAT CERTAIN PARCEL OF LAND DESCRIBED IN DEED TO THE CITY OF LOS ANGELES, FOR PUBLIC STREET PURPOSES, RECORDED ON FEBRUARY 9, 1938 IN BOOK 15533 PAGE 319, OFFICIAL RECORDS, IN THE OFFICE OF SAID REGISTRAR-RECORDER; THENCE NORTHWESTERLY ALONG SAID NORTHEASTERLY BOUNDARY TO THE NORTHWESTERLY BOUNDARY OF SAID LOT; THENCE NORTHEASTERLY ALONG SAID NORTHWESTERLY BOUNDARY TO THE NORTHWESTERLY CONTINUATION OF SAID CERTAIN 533.14 FOOT RADIUS CURVE: THENCE SOUTHEASTERLY ALONG SAID NORTHWESTERLY CONTINUATION 60.34 FEET TO THE POINT OF BEGINNING. |
| 17. Palmdale Sheriff Facility | BLOCKS 10 AND 11 OF THE TOWN OF SUBURBS OF PALMDALE AS PER MAP RECORDED IN BOOK 52, PAGES 55 & 56 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY |

3

| | |
|---|---|
| 18. San Dimas Sheriff Facility | THAT PORTION OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 11, TOWNSHIP 1 SOUTH, RANGE 9 WEST, IN THE RANCHO ADDITION TO SAN JOSE AND A PORTION OF THE RANCHO SAN JOSE, IN THE CITY OF SAN DIMAS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 22, PAGES 21, 22 AND 23 OF MISCELLANEOUS RECORDS, IN THE OFFCE OF THE COUNTY RECORDER OF SAID COUNTY DESCRIBED AS FOLLOWS: <br><br> BEGINNING AT A POINT IN THE SOUTHERLY LINE OF THE NORTHERLY 251.00 FEET OF SAID SECTION WITH A LINE PARALLEL WITH AND DISTANT WESTERLY 138.00 FEET, MEASURED AT RIGHT ANGLE FROM THE EAST LINE OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER; THENCE ALONG SAID PARALLEL LINE, SOUTH 0° 02' 26" WEST, 28.13 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE EASTERLY AND HAVING A RADIUS OF 200.0 FEET THENCE SOUTHERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 13° 50' 24" AN ARC DISTANCE OF 48.31 FEET; THENCE TANGENT TO SAID CURVE SOUTH 13° 47' 58" EAST, 105.90 FEETTO THE BEGINNING OF A TANGENT CURVE CONCAVE WESTERLY HAVING A RADIUS 95.00 FEET, THENCE SOUTHERLY ALONG A SAID CURVE THROUGH A CENTRAL ANGLE OF 29° 47' 19" AN ARC DISTANCE OF 49.39 FEET; THENCE TANGENT TO SAID CURVE SOUTH 15° 59' 20" WEST 50.00 FEET TO THE TRUE POINT OF BEGINNING,SAID TRUE POINT OF BEGINNING ALSO BEING THE BEGINNING OF A TANGENT CURVE CONCAVE NORTHEASTERLY HAVING A RADIUS OF 50.00 FEET; THENCE SOUTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 105° 56' 55" AN ARC DISTANCE OF 92.46 FEET; THENCE SOUTH 0° 02' 26" WEST, 338.14 FEET TO THE NORTHEASTERLY LINE OF THE ATCHISON TOPEKA AND SANTA FE RAILROAD, FORMERLY CALIFORNIA CENTRAL RAILROAD, AS SHOWN ON SAID MAP; THENCE ALONG SAID NORTHEASTERLY LINE NORTH 73° 16' 51" WEST, 580.77 FEET TO THE EAST LINE OF WALNUT AVENUE PER SAID MAP; THENCE ALONG SAID EAST LINE NORTH 0° 02' 54" EAST, 235.06 FEET TO A LINE PARALLEL WITH THE NORTHERLY LINE OF SAID SECTION AND WHICH PASSES THROUGH THE TRUE POINT OF BEGINNING; HENCE ALONG SAID PARALLEL LINE SOUTH 89° 58' 30" EAST, 508.22 FEET TO THE TRUE POINT OF BEGINNING, TOGETHER WITH THAT PORTION OF THE EAST HALF OF WALNUT AVENUE WHICH WOULD PASS WITH A CONVEYANCE OF SAID LAND. |

4