5/12/2021 Case 2:22-cv-09203-MEMF-KS Document 115-8 Filed 12/25/23 Page 1 of 9 Page ID #:798
Atlas Development Group, LLC Mail - FERC Acceptance for Filing in QF21-680-000

**Clinton Brown <projects@atlasdevelopmentgroupllc.com>**

## FERC Acceptance for Filing in QF21-680-000

**eFiling@ferc.gov** <eFiling@ferc.gov> Thu, Apr 8, 2021 at 7:30 AM
To: projects@atlasdevelopmentgroupllc.com, efilingacceptance@ferc.gov

Acceptance for Filing
---------------------

The FERC Office of the Secretary has accepted the following electronic submission for filing (Acceptance for filing does not constitute approval of any application or self-certifying notice):

-Accession No.: 202104085062
-Docket(s) No.: QF21-680-000
-Filed By: Clinton Brown
-Signed By: Clinton Brown
-Filing Type: Qualifying Facility Application or PURPA Energy Utility Filing
-Filing Desc: Form 556 of The Atlas, LLC under QF21-680.
-Submission Date/Time: 4/7/2021 7:00:29 PM
-Filed Date: 4/8/2021 8:30:00 AM

Your submission is now part of the record for the above Docket(s) and available in FERC's eLibrary system at:

https://elibrary.ferc.gov/eLibrary/docinfo?accession_num=20210408-5062

If you would like to receive e-mail notification when additional documents are added to the above docket(s), you can eSubscribe by docket at:

https://ferconline.ferc.gov/eSubscription.aspx

Thank you again for using the FERC Electronic Filing System. If you need to contact us for any reason:

E-Mail: ferconlinesupport@ferc.gov mailto:ferconlinesupport@ferc.gov (do not send filings to this address)
Voice Mail: 866-208-3676.

https://mail.google.com/mail/u/1?ik=1d6932c9fe&view=pt&search=all&permmsgid=msg-f%3A1696482972217988430&simpl=msg-f%3A16964829722… 1/1

VOLUNTARY CONSENT TO RELEASE NON-PUBLIC INFORMATION

This Consent is executed by The Atlas, LLC, a California Limited Liability Company ("Transmission Customer") as of this 26th day of May 2021, to authorize the disclosure of Transmission Customer's non-public information to Southern California Edison Company's personnel in the Energy Contracts department ("EC") who are deemed to be Marketing Function Employees ("MFEs") under the Federal Energy Regulatory Commission ("FERC") Standards of Conduct ("SOC").

Whereas, Transmission Customer is participating in Southern California Edison's PURPA RFO issued on January 4, 2021 and may negotiate a long-term purchase agreement for the sale of products to SCE (the "Agreement");

Whereas, pursuant to the FERC SOC, Southern California Edison's MFEs are prohibited from receiving non-public transmission-customer information unless notice of consent of such information is posted on sce.com, along with a statement that Southern California Edison did not provide any preferences, either operational or rate-related, in exchange for that voluntary consent (18 CFR § 358.7(a)(2)(c));

Whereas, Transmission Customer recognizes that its disclosure of non-public customer information to EC personnel would (i) facilitate Transmission Customer's participation in the PURPA RFO and the Agreement negotiation process; and (ii) permit Southern California Edison to more effectively and efficiently pursue the PURPA RFO and the Agreement.

THEREFORE, in consideration of the benefits described in the last recital above, Transmission Customer consents to and authorizes the disclosure of Transmission Customer's non-public customer-related information, to the extent that information relates to a facility proposed by Transmission Customer in the PURPA RFO and/or to the Agreement.

IN WITNESS WHEROF, Transmission Customer has caused this Consent to be duly executed and delivered by its proper and duly authorized officer as of the date set forth above.

By: *The Atlas, LLC, a California Limited Company*

Name: Clinton Brown  AuthentiSIGN Clinton Brown 5/26/2021 10:38:44 PM GMT

Title: Managing Director

Date: 05/26/2021

# WDAT
# Pre-Application Report[1]

## The Atlas, LLC
## "The Atlas Solar Farm" Project

**Location of Proposed Project:**
27300 Agoura Hills Rd
Agoura Hills, California 91301
Lat/Long: 34°08'17.2"N 118°43'12.4"W

**SOUTHERN CALIFORNIA EDISON COMPANY**

Prepared by:
Sreenivasulu Kamma

**06/25/2021**

[1] ***Preliminary Report is pursuant to CPUC's Rule 21.*** The Pre-Application Report need only include pre-existing data. A Pre-Application Report request does not obligate Distribution Provider to conduct a study or other analysis of the proposed project in the event that data is not available.

**BACKGROUND**

The Atlas, LLC submitted a Pre-Application Report Request to Southern California Edison ("SCE") under the terms of CPUC's Rule 21. The Atlas, LLC is requesting information at a site located on 34°08'17.2"N 118°43'12.4"W.



**TERMS AND CONDITIONS OF PRE-APPLICATION REPORT**

The Pre-Application Report need only include pre-existing data. A Pre-Application Report request does not obligate SCE to conduct a study or other analysis of the proposed project in the event that data is not available. If SCE cannot complete all or some of a Pre-Application Report due to lack of available data, SCE will provide applicant with a Pre-Application Report that includes the information that is available.

In requesting a Pre-Application Report, applicant understands that 1) the existence of "Available Capacity" in no way implies that an interconnection up to this level may be completed without impacts since there are many variables studied as part of the interconnection review process, 2) the distribution system is dynamic and subject to change and 3) data provided in the Pre-Application Report may become outdated and not useful at the time of submission of the complete Interconnection Request.

**FINDINGS**

Location Information
SCE Interconnection Map Substation Identifier– **509**
SCE Interconnection Map Circuit Identifier– **14960**

The link below references the DRPEP map that provides the above Distribution Substation and Circuit to the requested information: This link is subject to change in the near future.

https://ltmdrpep.sce.com/drpep/

The Pre-Application Report will include the following information if available:

a. Total capacity (in megawatts (MW)) of substation/area bus, bank or circuit based on normal or operating ratings likely to serve the proposed Point of Interconnection.

**Substation Total Capacity**
The Capacity (MW) of substation is **28 MW.**

**Circuit Total Capacity**
The Total Capacity (MW) of the circuit is **13.2 MW.**

b. Existing aggregate generation capacity, Allocated Capacity (in MW), interconnected to a substation/area bus, bank or circuit (i.e., amount of generation online) likely to serve the proposed Point of Interconnection.

**Substation Allocated Capacity**
The Allocated Capacity (MW) of substation is **20.0 MW.**

**Circuit Allocated Capacity**
The Allocated Capacity (MW) of Circuit is **12.9 MW.**

c. Aggregate queued generation capacity, Queued Capacity (in MW), for a substation/area bus, bank or circuit (i.e., amount of generation in the queue) likely to serve the proposed Point of Interconnection.

**Substation Queued Capacity**
The Queued Capacity (MW) of substation is **0.1 MW.**

**Circuit Queued Capacity**
The Queued Capacity (MW) of circuit is **0.0 MW.**

d. Available capacity (in MW) of substation/area bus or bank and circuit likely to serve the proposed Point of Interconnection (i.e., total capacity less the sum of existing aggregate generation capacity and aggregate queued generation capacity).

**Substation Available Capacity**
The Available Capacity (MW) of substation is **7.9 MW.**

**Circuit Available Capacity**
The Available Capacity (MW) of circuit is **0.0 MW.**
The Max Available Capacity (MW) of the Circuit is **0.3 MW.**

e. Substation nominal distribution voltage or transmission nominal voltage if applicable.

Substation Nominal Distribution Voltage is **66/16 kV.**

f. Nominal distribution circuit voltage at the proposed Point of Interconnection.

Circuit Nominal Distribution Voltage is **16 kV.**

g. Approximate circuit distance between the Point of Interconnection and substation (or sub-transmission line)

The approximate distance from proposed site to the substation is approximately **4.5** miles.

h. Relevant line section(s) actual or estimated peak load and minimum load data, including daytime minimum load as described in GIP Section 6.11.1.1 below and absolute minimum load, when available.

Estimated peak line Section(s) load: **265.2 A**
Estimated minimum line Section(s) load: **0.0 A**

i. Number and rating of protective devices and number and type (standard, bi-directional) of voltage regulating devices between the proposed Point of Interconnection and the substation/area. Identify whether the substation has a load tap changer.

There are **0** protection devices between the proposed site and the Substation.

There are **0** voltage regulation devices between the proposed site and the Substation

j. Number of phases available at the proposed Point of Interconnection. If a single phase, distance from the three-phase circuit.

There are **3** phases at the proposed Point of Interconnection.

k. Limiting conductor rating from proposed Point of Interconnection to distribution substation.

The limiting conductor from the proposed Point of Interconnection to the distribution substation is: **2/0 BC, 405 A**

l. Whether the Point of Interconnection is located on a spot network, grid network, or radial supply.

The Point of Interconnection is located on: **Radial Supply**

m. Based on the proposed Point of Interconnection, existing or known constraints such as, but not limited to, electrical dependencies at that location, short circuit interrupting capacity issues, power quality or stability issues on the circuit, capacity constraints, or secondary networks.

**Short Circuit Duty (SCD)**

The proposed project is 20 MW of PV and is seeking interconnection on the Distribution system served out of the Moorpark 220/66 kV substation located near Agoura Hills, California. SCE has identified five (8) overstressed breakers that are pre-existing during parallel operation of the A-Banks. This condition is currently being mitigated by SCE sponsoring a project to replace the overstressed circuit breakers with an estimated operating date of 2023. Due to the timing of the mitigation being completed, SCE has initiated a process to develop operating procedures to manage the short circuit duty problems at Moorpark substation. Given that any new generators would aggravate the SCD when the Moorpark system is in parallel due to an A-Bank outage, these generators would need to be disconnected until it can operate normally as a split system.

**Power Quality, Stability Issues, Capacity Constraints, and Secondary Networks**

Moorpark Area Constraints

Under normal operating conditions, the proposed project's individual output will not likely contribute to any thermal overload issues in the Moorpark Subtransmission System during discharging and charging. However, further analysis would need to be performed to assess the impacts of project under contingency scenarios as well as taking into account any additional projects seeking interconnection in this area due to the dynamic nature of the generation queue.

Desert Area Constraints

Ventura area projects contribute to the Desert Area Deliverability Constraint which limits the deliverability of projects in East of Pisgah, VEA, Eastern, Northern and East of Miguel areas. Several combinations of contingencies and limiting facilities constitute this constraint. All these overloads are observed due to delivery of large amount of generation from the Desert Area into the rest of the ISO controlled grid. Hence the overloads are grouped together and named Desert Area Deliverability Constraint

n. Nominal distribution circuit voltage and wiring configuration.
Circuit Nominal Distribution Voltage: **16 kV**
Wiring configuration: **4 Wire**

**IMPORTANT TERMS**

**Total Capacity**

The Total Capacity for the Substation and Circuit indicates the maximum amount of generation that can interconnect to this specific distribution substation and circuit. This assumes that sufficient system upgrades are in place, insufficient system conditions may result in high interconnection costs for the developer. The total capacity values accounts for all allocated and queued generation on the distribution substation and circuit.

**Allocated Capacity**

The amount of generation currently interconnected to that specific distribution substation and circuit.

**Queued Capacity**

The amount of generation requested to interconnect to that specific distribution substation and circuit in the future.

**Available Capacity**

The “Available Capacity” is the amount of generation that can interconnect to that specific distribution Substation and circuit that will likely have minimal impact to the system if no Subtransmission or transmission constraints exist. The “Available Capacity” value accounts for all allocated and queued generation on that distribution Substation and circuit. Locating a project in a region with enough “Available Capacity” increases the project’s potential for Fast Track eligibility (but does not guarantee Fast Track eligibility) and has the potential to minimize the developer’s interconnection costs to the SCE system.