Los Angeles County Department of Regional Planning

# Ground-Mounted Solar Projects - Summary

The information below pertains to <u>ground-mounted</u> solar projects only.
<u>Structure-mounted</u> solar projects generally do not require review by Regional Planning.
Consult with Building & Safety for details.

| | |
|---|---|
| **Permitted with a <u>Site Plan Review</u> if:** | • The project is a "small-scale" solar energy system (i.e. energy used primarily on-site), **AND**<br>• The property is not zoned O-S or W. |
| **Permitted with a <u>Minor CUP</u> if:** | • The project is a "small-scale" solar energy system (i.e. energy used primarily on-site), **AND**<br>• A modification to development standards is being requested; **OR**<br>• The property is zoned O-S or W. |
| **Permitted with a <u>CUP</u> if:** | • The project is a "utility-scale" solar energy facility (energy used primarily off-site), **AND**<br>• The property is zoned A-2, C-H, C-1, C-2, C-3, C-M, C-R, C-MJ, C-RU, MXD-RU, MXD, M-1, M-1.5, M-2, R-R, or IT. |
| **<u>Prohibitions</u>:** | • Ground-mounted utility-scale solar facilities are prohibited in Significant Ecological Areas (SEAs), Economic Opportunity Areas (EOAs), and in all zones other than those listed above.<br>• Concentrated solar thermal collectors that use lenses or mirrors to focus or reflect a large area of sunlight onto a small area. |
| **DEVELOPMENT STANDARDS for SMALL-SCALE SOLAR ENERGY SYSTEMS** | |
| **Maximum Lot Coverage** | • 25% of lot or 2.5 acres, whichever is lesser (including all accessory structures).<br>• Additional requirements apply for modifications. |
| **Maximum Height** | • 15 feet |
| **DEVELOPMENT STANDARDS for UTILITY-SCALE SOLAR ENERGY FACILITIES** | |
| **Maximum Height** | • 25 feet |
| **Landscaped Buffer** | • Minimum 10-foot landscaped area along any facility perimeter fencing, and between such fencing and any public right-of-way or adjacent property with existing residential or agricultural use.<br>• Required findings for approval include:<br>    o Required vegetation along facility perimeter fencing must be sufficient to provide a buffer from adjacent residential and agricultural uses so as to provide a natural visual transition between the project and its surroundings;<br>    o Vegetation must sufficiently provide such buffer and ground cover in a timely manner to the satisfaction of a County biologist.<br>• Additional project conditions also apply, including:<br>    o Keeping existing, non-invasive, drought-tolerant vegetation approved by County biologist;<br>    o Landscaped area must incorporate a variety of design elements, including plants and hardscape, which does not adversely affect drainage patterns. |
| **Setbacks** | • Agricultural zones: Minimum 30 feet.<br>• All non-agricultural zones: As provided in base zone. |
| **Fencing** | • Perimeter fencing is required and must comply with the following:<br>    o Maximum height 8 feet;<br>    o Not located within 15 feet of a public right-of-way (may be located within required setback area);<br>    o Incorporate small animal-permeable design. |
| **Site Disturbance (Grading, Dust Control)** | • Removal of existing vegetation root systems is prohibited except where necessary (existing vegetation may be mowed).<br>• Project must be designed so disturbance/grading is limited to only access roads, substations and related underground transmission lines, tanks, basins, inverter pads, or other areas required by the County.<br>• Water use conservation and monitoring requirements also apply. |
| **Transmission Lines** | • Underground transmission lines required (on-site and off-site) to the satisfaction of Regional Planning and Public Works, except where above-ground is required, such as over the California Aqueduct. |
| **Signs** | • One project identification sign required at each temporary or permanent ingress or egress point.<br>• Sign(s) must be pole-mounted, and include owner and emergency contact information. |

*Please turn over for more information*      *Revised_ 03/2019*

Los Angeles County Department of Regional Planning

## Ground-Mounted Solar Projects - Summary

| | |
|---|---|
| | • No other signs permitted other than safety, directional, and warning signs as required by the Code (Chapter 22.114 - Signs). |
| **Lighting** | • Within the Rural Outdoor Lighting District (ROLD), outdoor lighting must comply with following:<br>   o Limited to that required for safety and security;<br>   o Shielded and directed downward to avoid light trespass;<br>   o Include motion sensors for entry-lighting to the on-site equipment, structures, and buildings;<br>   o All other ROLD requirements also apply. |
| **Glare** | • Minimize reflective glare toward any habitable structure on adjacent properties and adjacent streets through design and location. |
| **Significant Ridgelines** | • Minimum 50 vertical feet and 50 horizontal feet from any significant ridgeline identified in the General Plan or in applicable Community Standards District (CSD), as measured from the highest point. |
| ***AREA-SPECIFIC REQUIREMENTS*** | |
| **Community Standards Districts (CSDs)** | • Small-scale: New Renewable Energy Ordinance (REO) development standards apply (i.e. supercede those of zone or supplemental district (CSD))<br>• Utility-scale: More restrictive provision applies (except height of perimeter fences, where new REO standard applies). |
| **Coastal Zone** | • Must comply with applicable Local Coastal Plan. |
| **Military Operations or Airport Influence Area** | • As part of Minor CUP and CUP, appropriate agencies are consulted and comments considered by decision-maker. |

*Please turn over for more information*     *Revised_ 03/2019*