Chapter 22.160 - CONDITIONAL USE PERMITS, MINOR

22.160.010 - Purpose.

The Minor Conditional Use Permit is established to regulate uses and development that, by their nature, are limited in scope and impacts, and may be appropriate in the applicable zone and require additional consideration to ensure proper integration with the surrounding community.

(Ord. 2019-0004 § 1, 2019.)

22.160.020 - Applicability.

A. Zones. This Chapter authorizes uses identified by this Title 22 as subject to the approval of a Minor Conditional Use Permit.

B. Additional Consideration. This Chapter also authorizes uses or development with unusual site features or operating characteristics requiring additional consideration to ensure that the use or development will be compatible in design, location, and operation with adjacent properties and the surrounding area.

(Ord. 2019-0004 § 1, 2019.)

22.160.030 - Application and Review Procedures.

A. Application Checklist. The application submittal shall contain all of the materials required by the Minor Conditional Use Permit Checklist.

B. Type II Review. The application shall be filed and processed in compliance with Chapter 22.228 (Type II Review—Discretionary) and this Chapter.

(Ord. 2019-0004 § 1, 2019.)

22.160.040 - Development Standards.

A. Adequate Water Supply—Criteria. If it appears that the use requested will require a greater water supply for adequate fire protection than does either the existing use or any use permitted without a Minor Conditional Use Permit in the same zone, and will not comply with the provisions of Division 1 (Water) of Title 20 of the County Code, such facts shall be prima facie evidence that such requested use will adversely affect and be materially detrimental to adjacent uses, buildings and structures and will not comply with the findings required by this Chapter. If the Water

Appeals Board grants a variance pursuant to any provision of Chapter 20.12 (Water Appeals Board) of said Division 1, permitting the proposed use with the existing or proposed water supply, this Section shall not apply.

(Ord. 2019-0004 § 1, 2019.)

22.160.050 - Findings and Decision.

A. Common Procedures. Findings and decision shall be made in compliance with Section 22.228.050 (Findings and Decision) and include the findings in Subsection B, below.

B. Findings.

1. The proposed use will be consistent with the adopted General Plan for the area.

2. The requested use at the location proposed will not:

a. Adversely affect the health, peace, comfort, or welfare of persons residing or working in the surrounding area;

b. Be materially detrimental to the use, enjoyment, or valuation of property of other persons located in the vicinity of the site; and

c. Jeopardize, endanger, or otherwise constitute a menace to the public health, safety, or general welfare.

3. The proposed site is adequate in size and shape to accommodate the yards, walls, fences, parking and loading facilities, landscaping, and other development features prescribed in this Title 22, or as is otherwise required in order to integrate said use with the uses in the surrounding area.

4. The proposed site is adequately served:

a. By highways or streets of sufficient width and improved as necessary to carry the kind and quantity of traffic such use would generate; and

b. By other public or private service facilities as are required.

(Ord. 2019-0004 § 1, 2019.)

22.160.060 - Conditions of Approval.

The Hearing Officer may impose conditions to ensure that the approval will be in accordance with the findings required by Section 22.160.050 (Findings and Decisions). Such conditions may include those in Section 22.158.060 (Conditions of Approval).

(Ord. 2019-0004 § 1, 2019.)

22.160.070 - All Zone Regulations Apply Unless Permit is Granted.

Unless specifically modified by a Minor Conditional Use Permit, all regulations prescribed in the zone in which such Minor Conditional Use Permit is granted shall apply.

(Ord. 2019-0004 § 1, 2019.)

22.160.080 - Building Bulk Provisions.

The building bulk provisions prescribed in the various zones shall not apply to uses permitted by Minor Conditional Use Permit. In granting a Minor Conditional Use Permit application, the Hearing Officer shall prescribe the height limit, maximum lot coverage, or floor-area ratio for the use approved. Where the Hearing Officer fails to specify said height limit, maximum lot coverage, or floor-area ratio, those provisions applicable to principal permitted uses in the specific zone shall be deemed to be so specified.

(Ord. 2019-0004 § 1, 2019.)

 **Gmail**

**Clinton Brown <clinton@atlasinc.solar>**

---

## FW: Conditional Statement Letter - APN: 2064-005-011
2 messages

---

**Bodenhamer, Joanne** <JBodenhamer@lvmwd.com>                     Tue, Mar 16, 2021 at 1:23 PM
To: "projects@atlasdevelopmentgroupllc.com" <projects@atlasdevelopmentgroupllc.com>

Thank you,

*Joanne Bodenhamer*

Planning and New Development Technican

Las Virgenes Municipal Water District

4232 Las Virgenes Rd, Calabasas, CA, 91302

**Office: 818.251.2240**

jbodenhamer@lvmwd.com | www.lvmwd.com



  

---

**From:** Bodenhamer, Joanne
**Sent:** Wednesday, March 03, 2021 3:16 PM
**To:** 'clinton@brownrealtygrp.com'
**Cc:** Kajganic, Andrea; Hand, Mike
**Subject:** Conditional Statement Letter - APN: 2064-005-011

Attached is the letter you requested.

Thank you,

*Joanne Bodenhamer*

Planning and New Development Technican



Dedicated to Providing High-Quality Water Service in a Cost-Effective and Environmentally Sensitive Manner

OFFICERS

President
**Jay Lewitt**
Director, Division 5

Vice President
**Leonard E. Polan**
Director, Division 4

Secretary
**Lee Renger**
Director, Division 3

Treasurer
**Lynda Lo-Hill**
Director, Division 2

**Charles P. Caspary**
Director, Division I

**David W. Pedersen, P. E.**
General Manager

**W. Keith Lemieux**
Counsel

HEADQUARTERS
4232 Las Virgenes Road
Calabasas, CA 91302
(818) 251-2100
Fax (818) 251-2109

WESTLAKE
FILTRATION PLANT
(818) 251-2370
Fax (818) 251-2379

TAPIA WATER
RECLAMATION FACILITY
(818) 251-2300
Fax (818) 251-2309

RANCHO LAS VIRGENES
COMPOSTING FACILITY
(818) 251-2340
Fax (818) 251-2349

www.LVMWD.com

MEMBER AGENCY OF THE
METROPOLITAN WATER
DISTRICT
OF SOUTHERN CALIFORNIA

**Glen D. Peterson**
MWD Representative

February 24, 2021

## <u>CONDITIONAL STATEMENT OF WATER</u>

TO WHOM IT MAY CONCERN:

SUBJECT:        TRACT 53138-06

This is to advise you that the water system for the subject property will be operated by Las Virgenes Municipal Water District (LVMWD).

This project will be assured of connection to the water and sewer system of the district only if the proponent satisfies all terms and conditions for service as set forth in the district's Code.

Sincerely,

*Joanne Bodenhamer*

Joanne Bodenhamer
Planning & New Development Technician