## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clinton Brown, | CASE NUMBER: |
| PLAINTIFF(S) | 2:22-cv-09203-MEMF-KS |
| v. | |
| Clark R. Taylor, | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

### PLEASE TAKE NOTICE:

The following problem(s) have been found with your filed document:

| 12/25/2023 | 115 | Statement of Genuine Disputes of Material Facts |
|---|---|---|
| Date Filed | Document No. | Title of Document |

### DOCKETING AND FORMATTING ERRORS:

- ☐ Local Rule 11-3.8 title page is missing, incomplete, or incorrect
- ☑ Document lacks required signature
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Incorrect event selected.  Correct event to be used is _____
- ☐ Proposed document was not submitted or was not submitted as a separate attachment
- ☐ Other: _____

### MOTION-RELATED ERRORS:

- ☐ Local Rule 7-3 compliance statement missing
- ☐ Local Rules 7-9, 7-10 opposition or reply papers untimely
- ☐ Hearing information is missing, incorrect, or untimely
- ☐ Local Rule 11-6 Memorandum exceeds 25 pages
- ☐ Other: _____

### OTHER ERRORS:

- ☐ Local Rule 83-2.5 no letters to the Judge
- ☐ Fed. R. Civ. P. 5 no proof of service attached
- ☐ Local Rule 7-1.1 no notice of interested parties
- ☐ Other: _____

_____

**Note:** **In response to this notice, the Court may:  1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  12/26/2023 _____

By: /s/ Hana Rashad, Hana_Rashad@cacd.uscourts.gov
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G-112A  (08/22)                    NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT