**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### INSTRUCTIONS AND FORMS FOR REQUESTING AN ORDER TO PAY BANKRUPTCY CASE FILING FEE IN INSTALLMENTS OR FOR FEE WAIVER:

(1) Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A); or (2) Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B)

If you cannot afford to pay the full fee at the time of filing your bankruptcy case, you may apply to pay the fee in installments. An "Application for Individuals to Pay the Filing Fee in Installments" (Official Form 103A), which is included in this package, must be completed to make that application. If your application to pay in installments is approved, you will be permitted to file your bankruptcy case, completing payment of the fee within six months.

Permission to do so is only given when the judge is persuaded by testimony given under oath that usually you cannot afford to pay the entire filing fee, and are not filing bankruptcy to forestall eviction from residential premises occupied on a month-to-month tenancy or on a tenancy at will, or for any improper purpose.

The procedure for requesting permission to pay the fee for filing a bankruptcy case in installments is as follows:

1. Tell the Intake clerk that you wish to request permission from the Court to pay the filing fee in installments.
2. Complete the "Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A)."
3. Return the completed application form and your filing papers, i.e., petition, to the Intake filing window.
4. Be prepared to show the clerk a California driver's license, California identification card, or other similar form of identification.
5. Ask the clerk for the name of the judge who will rule on your motion, the time and location of a hearing, if a hearing is required.

**IF YOU ARE REQUIRED TO APPEAR AT A HEARING AND FAIL TO APPEAR, THE MOTION WILL BE DENIED. YOU MAY NOT BE PERMITTED TO FILE ANY BANKRUPTCY CASE FOR 180 DAYS FROM THE DATE OF THE HEARING, AND YOU AND YOUR PROPERTY MAY NOT BE PROTECTED FROM THE ACTIONS OF YOUR CREDITORS IF YOU DO FILE A BANKRUPTCY CASE DURING THOSE 180 DAYS OR LATER.**

The hearing on your application will take place in a courtroom and will be conducted by a United States Bankruptcy Judge.

If your application is denied, you must pay the fees in full within the time ordered by the judge or your bankruptcy case will be dismissed; and if the judge orders, you may not file another bankruptcy case for 180 days from the date of the hearing. **IF (1) YOUR CASE IS DISMISSED AND (2) YOU FILE BANKRUPTCY AGAIN WITHIN THE NEXT YEAR, IT IS LIKELY THAT YOU WILL BE TREATED AS HAVING FILED MORE THAN ONE BANKRUPTCY CASE WITHIN A 12-MONTH PERIOD. IF THIS OCCURS, IT MAY SIGNIFICANTLY REDUCE THE PROTECTION YOU WILL RECEIVE FROM THE AUTOMATIC STAY IN THE LATER BANKRUPTCY CASE.**

If your application is granted, it will almost always be necessary for you to make a first installment payment immediately after the hearing. The number of installments permitted cannot exceed four, and the final installment shall be payable not later than 120 days after the filing of the petition, unless extended by the Court for cause shown to a date not later than 180 days after the date of the filing of the petition. Failure to pay any installment when due may be grounds for dismissal of the case without notice and hearing.

In a chapter 7 case, if you cannot afford to pay the fee to file your bankruptcy case either in full at the time of filing, or in installments, then you may request an order excusing you from paying the filing fee by completing an "Application to Have the Chapter 7 Filing Fee Waived" (Offical Form 103B) and filing it with the Clerk of the Court along with your petition. The form is included in this package. Permission to do so is only given when the judge is persuaded by testimony given under oath that usually you cannot afford to pay the entire filing fee, and are not filing bankruptcy to forestall eviction from residential premises occupied on a month-to-month tenancy or on a tenancy at will, or for any improper purpose. A judge will decide whether you have to pay the fee.

By law, you may be excused from paying the fee only if your income is less than 150 percent of the official poverty line applicable to your family size and you are unable to pay the fee in installments. See the attached U.S. Department of Health and Human Services (DHHS) table to determine if you are eligible.

**Required information**. Complete all items in the application, and attach requested schedules. Then sign the application on the last page. If you and your spouse are filing a joint bankruptcy petition, you both must provide information as requested and sign the application.

The procedure for requesting an order for excusing you from paying the filing fee in a chapter 7 case is as follow:

1. Tell the clerk that you wish to request permission from the Court to be excused from paying the filing fee installments.
2. Complete an "Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B)."
3. Return the application form and your filing papers, i.e., petition, to the Intake filing window where you obtained the installment payment information.
4. Be prepared to show the clerk a California driver's license, California identification card, or other similar form of identification.
5. Ask the clerk for the name of the judge who will rule on your motion, the time and location of a hearing, if a hearing is required.

You may submit both applications only if you believe you are eligible for both: (1) being excused from paying the filing fee in full, and (2) if the judge disagrees, paying the filing fee in installments.

If your income is greater than the amount set forth in the attached U.S. Department of Health and Human Services (DHSS) table and you can swear truthfully under oath that you cannot pay the full filing fee today, then only submit the Application to Pay Filing Fee in Installments.

---

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## REJECTION NOTICE

To: CLINTON BROWN
16821 EDGAR STREET
PACIFIC PALISADES, CA 90272

[Name/Address Of Debtor] _____

[Name of Attorney] _____

**YOUR PETITION AND/OR OTHER DOCUMENTS WERE NOT FILED FOR THE FOLLOWING REASON(S), AND YOUR DOCUMENTS AND/OR FILING FEE ARE RETURNED TO YOU HEREWITH:**

### A. Filing Fee Deficiency

**FEES [28 U.S.C. 1930; F.R.B.P. 1006] Filing Fee Required For:**
- ☐ $338 Chapter 7   ☑ $1738 Chapter 11   ☐ $278 Chapter 12   ☐ $313 Chapter 13
- ☐ $9 Abstract   ☐ $260 Motion to Reopen Chapter 7   ☐ $235 Motion to Reopen Chapter 13
- ☐ $32 Amending Schedule(s)/List of Creditors   ☐ $350 Complaint
- ☐ $64 Case File Retrieval Fee - Archive (first box)   ☐ $39 Retrieval Fee Multiple Boxes (each additional box)
- ☐ $922 Conversion Chapter 7 to Chapter 11   ☐ $932 Conversion Chapter 13 to Chapter 11
- ☐ $188 Motion   ☐ Withdraw Reference   ☐ Compel Abandonment   ☐ Vacate/Modify Automatic Stay   ☐ Sell §363(f)
- ☐ $26 Motion to make redactions to previously filed documents in a bankruptcy case
- ☐ Non-individual debtor filing an application to pay bankruptcy case filing fee in installments. [F.R.B.P. 1006(b)(1)]

**PAYMENT:**
- ☐ Check is not signed.   ☐ Check is over 30 days old.   ☐ Check has been altered.
- ☐ Check is for an incorrect amount.   ☐ Bank Cashier's Check has expired.
- ☐ Telephone number missing.   ☐ Attorney's California Bar Number is missing.
- ☐ Incorrect payee. Checks must be made payable to "U.S. Bankruptcy Court."
- ☐ Personal checks are not accepted from the general public. Only U.S. Postal money orders, bank cashier's checks, cash or American Express, Discover, MasterCard and VISA are accepted. **CREDIT CARD TRANSACTIONS MUST BE MADE IN PERSON BY THE CARDHOLDER. DEBTORS CANNOT PRESENT CREDIT CARDS TO PAY FEES.**
- ☐ Unacceptable address. The check must have a pre-printed street address. A Post Office Box will not be accepted as an address on the check.

### B. Petition Deficiency

- ☐ Signature required of the Debtor on the Petition Form. [F.R.B.P. 9011]
- ☐ Violation of 11 U.S.C. § 109(g)/11 U.S.C. § 707(a). You are not eligible to file another bankruptcy within 180 days of entry of Order of Dismissal of prior case.
- ☐ List of Creditors Who Have the 20 Largest Unsecured Claims Against You Chapters 9 &11. [F.R.B.P. 1007; LBR1002-7]
- ☐ Hard copy of Mailing List. [F.R.B.P. 1007; LBR 1007-1]
- ☐ Debtor's Social Security Number or Tax ID Number is required, unless explanatory affidavit provided. [F.R.B.P. 1007(f)]
- ☐ Non-individual debtor filing a Chapter 13 Petition [11 U.S.C. § 109(e)]
- ☑ Other: Fee installment application with the correct filing fee amount must be presented in person with a complete petition.

For the above items, Please file all required documents at the following location and enclose the original or a copy of this form if returning documents to the United States Bankruptcy Court.

- ☒ 255 E. Temple Street, Suite 100, Los Angeles, CA 90012   ☐ 411 West Fourth Street, Santa Ana, CA 92701-4593
- ☐ 1415 State Street, Santa Barbara, CA 93101-2511   ☐ 3420 Twelfth Street, Riverside, CA 92501-3819
- ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367

If you have any questions, please contact the Deputy Clerk referenced below.

KATHLEEN J. CAMPBELL, CLERK OF COURT

Dated: 1/4/2023   By: K.C. 213-894-6462

Deputy Clerk, Telephone:

- Effective 12/01/2020