Clinton Brown, Self-Represented
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>　　　　Defendant. | CASE NO. 2:22-cv-09203-MEMF-KS<br><br>**Notice to Set Oral Arguments for MSJ**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Magistrate:** Karen L. Stevenson<br><br>Action Filed: 12/17/2022<br><br>Action Due: 01/13/2023 |

## NOTICE TO SET ORAL ARGUMENTS

**NOTICE TO THE COURT**, now that more than 14 (fourteen) days have come and gone since the Opposition to the Motion for Summary Judgment was filed with the Court, in accord with ECF No. 102, (ECF Nos. 115 & 118), and the Defendant has not responded with a reply, the Court is asked to set a date for oral arguments for the MSJ, so that the Defendant can appropriately file a reply paper within a deadline.

> **L.R. 7-10** Reply Papers. A moving party may, not later than fourteen (14) days before the date designated for the hearing of the motion, serve and file a reply memorandum, and declarations or other rebuttal evidence. Absent prior written order of the Court, the opposing party shall not file a response to the reply.

Even if this Court has stayed the MSJ proceeding, pending the appeal of the preliminary injunction at the Ninth Circuit, (Case No. 23-4131), an oral hearing date should be set, and the Defendant should be notified to file a reply in accord with L.R. 7-10. *Supra.*

**THEREFORE**, a hearing date must be set to secure the just, speedy, and inexpensive determination of the MSJ proceeding in this case.

|  | Respectfully submitted, |
|---|---|
| Dated: January 11, 2024 | */s/ Clinton Brown*, Self-Represented |
|  | 16821 Edgar Street, |
|  | Pacific Palisades, CA 90272 |
|  | clinton@atlasinc.solar |
|  | 310-487-6453 |

CC: All Counsel of Record (via ECF) on January 11, 2024