Clinton Brown, Self-Represented
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CLINTON BROWN, | CASE NO. 2:22-cv-09203-MEMF-KS |
|---|---|
| Plaintiff, | **Leave to File Sur-Reply** |
| vs. | **Judge:** Honorable Maame Ewusi-Mensah Frimpong |
| CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING, | **Magistrate:** Karen L. Stevenson |
| | **Action Filed:** 12/17/2022 |
| Defendant. | **Action Due:** 01/13/2023 |

## SUR-REPLY

**NOTICE TO THE COURT**, pursuant to L.R. 7-10, the Plaintiff requests leave to file this brief sur-reply. The Governments response still does not address a simple question. What structure can the Plaintiff build on his property?

**THEREFORE**, the MTD must be **DISMISSED WITH PREJUDICE**.

Dated: January 17, 2024                    */s/ Clinton Brown*, Self-Represented
                                            16821 Edgar Street,
                                            Pacific Palisades, CA 90272
                                            clinton@atlasinc.solar
                                            310-487-6453

CC: All Counsel of Record (via ECF) on January 17, 2024