UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 22-9203 MEMF (KS)                                    Date: February 14, 2024

Title      *Clinton Brown v. Clark R. Taylor*

Present:  The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

|                Gay Roberson                | N/A |
| :---: | :---: |
|                Deputy Clerk                | Court Reporter / Recorder |

Attorneys Present for Plaintiff: N/A            Attorneys Present for Defendant: N/A

**Proceedings: (IN CHAMBERS) BRIEFING SCHEDULE RE: PLAINTIFF'S SECOND NOTICE OF MOTION AND MOTION TO APPOINT AN EXPERT [DKT. NO. 133]**

The Court is in receipt of Plaintiff's Second Notice of Motion and Motion under Federal Rule of Evidence 706 to have an expert appointed by the Court ("Motion").  (Dkt. No. 133.) Plaintiff previously filed a substantively identical version of the Motion and appears to have filed the instant second Motion to correct the noticed hearing date. (Dkt. Nos. 129, 133.)  In light of the foregoing, the Court orders as follows:

(1) The Clerk is directed to **STRIKE** the original motion (Dkt. No. 129) because it is duplicative of, and was superseded by, the pending Motion.  (Dkt. No. 133.)

(2) The noticed hearing of April 4, 2024 is **VACATED**.

(3) Defendant shall file and serve an Opposition to the Motion on or before **March 15, 2024**.

(4) Plaintiff shall file his Reply to the Opposition within fourteen (14) days of service of the Opposition.

**IT IS SO ORDERED.**

Initials of Preparer            gr