**Table 1: Summary of Hours Worked by Task**

| Task | Party Name | Title | Hours Worked | Hourly Rate | |
|---|---|---|---|---|---|
| ECF No. 90 | Brown | Plaintiff | 54.4 | $102.00 | |

**Table 2: Summary of Hours Worked by Party**

| Party | Title | Task | Hours Worked | Hourly Rate | |
|---|---|---|---|---|---|
| Brown | Plaintiff | Opposition to MTC Rule 37(a)(5)(B); ECF No. 112 | 54.4 | $102.00 | |
| | | | **Total Fee Award*** | | **$5,504** |

*See* Exhibit I at 2-3



## Properties

| | |
|---|---|
| Size | 38.5KB |
| Pages | 9 |
| Words | 2982 |
| Total Editing Time | 3266 Minutes |
| Title | Add a title |
| Tags | Add a tag |
| Comments | Add comments |
| Template | Normal |
| Status | Add text |
| Categories | Add a category |
| Subject | Specify the subject |
| Hyperlink Base | Add text |
| Company | Specify the company |

## Related Dates

| | |
|---|---|
| Last Modified | 11/7/2023 11:27 PM |
| Created | 11/3/2023 8:15 PM |
| Last Printed | 11/7/2023 11:26 PM |

## Related People

| | |
|---|---|
| Manager | Specify the manager |
| Author | CB  Clinton Brown |
| | Add an author |
| Last Modified By | CB  Clinton Brown |

## Related Documents

Open File Location

Show Fewer Properties

**NOTICE:**[1]  Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides: Sec. 1924. Verification of bill of costs. "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

The Federal Rules of Civil Procedure contain the following provisions: RULE 54(d)(1) Costs Other than Attorneys' Fees. Unless a Federal statute, these rules, or a Court order provides otherwise, *costs* — other than attorney's fees — should be allowed to the prevailing party. *See* Rule 37(a)(5)(B); ECF No. 112.

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."



Clinton Brown                                                                                      03/03/2024

---

[1] Based on title 28, U.S.C., 1940 ed., §831 (R.S. §984; June 10, 1921, ch. 18, §304, 42 Stat. 24).