UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 22-9203 MEMF (KS)                                      Date: March 12, 2024

Title     *Clinton Brown v. Clark R. Taylor*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

|  Gay Roberson  |  N/A  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: N/A          Attorneys Present for Defendant: N/A

**Proceedings: (IN CHAMBERS) BRIEFING SCHEDULE RE: MOTION FOR RULE 37(a)(5)(B) FEES [DKT. NO. 137]**

The Court is in receipt of Plaintiff's Motion for Rule 37(a)(5)(B) Fees ("Motion"). (Dkt. No. 137.) The Court orders as follows:

(1) The noticed hearing of April 4, 2024 before the District Judge is **VACATED**.

(2) Defendant shall file and serve an Opposition to the Motion on or before **April 11, 2024**.

(3) Plaintiff shall file his Reply to the Opposition within fourteen (14) days of service of the Opposition.

**IT IS SO ORDERED.**

**Initials of Preparer**     gr