# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLINTON BROWN, | Case No. 2:22-cv-09203-MEMF-KS |
| Plaintiff, | **[PROPOSED] ORDER DENYING PLAINTIFF'S FED. R. EVID. 706(c)(1) MOTION FOR COURT APPOINTED EXPERT** |
| v. | |
| CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING, | Judge: Hon. Karen L. Stevenson<br>Crtrm.: 580 |
| Defendants. | Assigned to:<br>Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom "8B" |
| | Magistrate Judge Karen L. Stevenson<br>Courtroom "580" |

/ / /

/ / /

/ / /

/ / /

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

After full and fair consideration of the moving and supporting papers and evidence, the opposing papers and evidence, and the oral arguments of counsel, this Court finds as follows:

The Court **DENIES** Plaintiff's Fed. R. Evid. 706(C)(1) Motion For Court Appointed Expert.

**IT IS SO ORDERED.**

DATED: March ___, 2024

_____
Hon. Karen L. Stevenson