UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-09203-MEMF (KS) | Date | March 15, 2024 |
|---|---|---|---|
| Title | Clinton Brown v. Clark R. Taylor | | |

| Present: The Honorable | Maame Ewusi-Mensah Frimpong, United States District Judge |
|---|---|

| Sheila English | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Clinton Brown -pro se-zoom | Jonathan Fang- zoom |

**Proceedings:** EX PARTE APPLICATION for Temporary Restraining Order **[138]** (ZOOM HEARING)

The case is called, zoom appearances are made by counsel and the party.

The Court invites counsel and the party to present their oral arguments. An order will issue.

: 34

Initials of Preparer   se