1

2

3

4

5

6

7

8

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLINTON BROWN,

          Plaintiff,

    v.

CLARK R. TAYLOR, AICP, THE
LOS ANGELES COUNTY
DEPARTMENT OF REGIONAL
PLANNING,

          Defendants.

Case No. 2:22-cv-09203-MEMF-KS

**[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION FOR RULE
37(a)(5)(B) FEES**

Judge:  Hon. Karen L. Stevenson
Crtrm.:  580

Assigned to:
Hon. Maame Ewusi-Mensah Frimpong
Courtroom "8B"

Magistrate Judge Karen L. Stevenson
Courtroom "580"

/ / /

/ / /

/ / /

/ / /

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

After full and fair consideration of the moving and supporting papers and evidence, the opposing papers and evidence, and the oral arguments of counsel, this Court finds as follows:

The Court **DENIES** Plaintiff's Motion for Rule 37(A)(5)(B) fees.

**IT IS SO ORDERED.**

DATED:  April ___, 2024

_____

Hon. Karen L. Stevenson

2