Clinton Brown, Self-Represented
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>　　　　　Defendant. | No. 2:22-cv-09203-MEMF-KS<br><br>**Request for Judicial Notice No. 4**<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Magistrate:** Karen L. Stevenson |

**NOTICE TO THE COURT**, pursuant to Fed. R. Evid. 201(b)(2)[1], the Plaintiff requests judicial notice of the "Notice to Vacate" posted at the Plaintiff's leased residence by the County of Los Angeles Sheriff's Department on April 12, 2024.[2] On April 17, 2024, the Plaintiff will be forced to move from a property he doesn't own & cannot develop, *to a property he does own & cannot develop.* And cannot legally live there either, *ad absurdum.* See ECF No. 145 at 6 n. 9.

The Constitution expressly declares that the right of acquiring, possessing, and protecting property is natural, inherent, and unalienable. It is a right not *ex gratia* from the legislature, but *ex debito* from the Constitution. See Vanhorne's Lessee v. Dorrance, 2 U.S. 304, 311 (1795).

| | |
|---|---|
| Date: April 12, 2024 | */s/Clinton Brown*, Self-Represented<br>16821 Edgar Street<br>Pacific Palisades, CA 90272<br>clinton@atlasinc.solar<br>310-487-6453 |

CC: All Counsel of Record (via ECF) on April 12, 2024

---

[1] "Judicial notice, even when taken, has no other effect than to relieve one of the parties to a controversy of the burden of resorting to the usual forms of evidence. It does not mean that the opponent is prevented from disputing the matter by evidence if he believes it disputable." See Ohio Bell Tel. Co. v. Public Utilities. Comm., U.S. 292, 301-302 (1937).
[2] The Writ of Possession of Real Property was ordered by the California Superior Court in case no. 23SMCV05475 on March 18, 2024.

COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT
COURT SERVICES DIVISION

# NOTICE TO VACATE

CASE NUMBER: 23SMCV05475

**TO:** Judgment debtor, members of the judgment debtor's household, and any occupants residing with the judgment debtor.

By virtue of a **Writ of Possession of Real Property**, a copy of which is attached,

**YOU ARE ORDERED TO VACATE THE PREMISES DESCRIBED IN THIS WRIT NOT LATER THAN:** 4/17/24

SHERIFF'S BRANCH (Name, Address and Telephone Number)

SHERIFF'S DEPT.
CIVIL MANAGEMENT BUREAU
1 REGENT ST #122
INGLEWOOD CA 90301

ROBERT G. LUNA, SHERIFF

By: JAIMES SIBRIAN, Deputy
Date: 4/12/24   4/10/24

76N654E SH-CI-52 (REV. 08/19)

**NOTICE TO VACATE**

CLINTON BYRON BROWN
16821 EDGAR ST.
PACIFIC PALISADES, CA 90272

[X] Additional judgment debtors on next page

5. Judgment entered on (date): 03/18/2024
   (see type of judgment in item 22.)
6. [ ] Judgment renewed on (date):
7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

[SEAL]

Date: 03/27/2024

10. [ ] This writ is issued on a sister-state judgment.
    For Items 11-17, see form MC-012 and form MC-013-INFO
11. Total judgment (as entered or renewed)       POSSESSION ONLY
12. Costs after judgment (CCP 685.090)           $
13. Subtotal (add 11 and 12)                     $         0.00
14. Credits to principal (after credit to interest) $
15. Principal remaining due (subtract 14 from 13) $         0.00
16. Accrued interest remaining due per CCP 685.050(b)
    (not on GC 6103.5 fees)                      $
17. Fee for issuance of writ (per GC 70626(a)(1)) $        40.00
18. Total amount due (add 15, 16, and 17)         $        40.00
19. Levying officer:
    a. Add daily interest from date of writ (at the
       legal rate on 15) (not on GC 6103.5 fees)  $
    b. Pay directly to court costs included in 11 and 17
       (GC 6103.5, 68511.3; CCP 699.520(j))       $
20. [ ] The amounts called for in items 11-19 are different for each debtor. These
        amounts are stated for each debtor on Attachment 20.

David W. Slayton, Executive Officer/Clerk of Court

Clerk, by K. Parenteau, Deputy

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Page 1 of 3
Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov