UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>        Defendant. | No. 2:22-cv-09203-MEMF-KS<br><br>**[PROPOSED] ORDER GRANTING RULE 37(a)(5)(B) COSTS**<br><br>**[ECF NOS. 137 & 137-1]** |

<u>**SEE PROPOSED ORDER**</u>

<u>**ATTACHMENT 1**</u>