UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Mr. CLINTON BROWN,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>CLARK R. TAYLOR, AICP, The Los Angeles County Department of Regional Planning,<br><br>       Defendant - Appellee. | No. 23-4131<br><br>D.C. No.<br>2:22-cv-09203-MEMF-KS<br><br>Central District of California,<br>Los Angeles<br><br>MANDATE |

The judgment of this Court, entered April 04, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT