Clinton Brown, Self-Represented
16821 Edgar Street
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>                Plaintiff,<br><br>v.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>                Defendant. | No. 2:22-cv-09203-MEMF-KS<br><br>**Request for Judicial Notice [No. 5]**<br><br>**Fed R. Evid. 201(c)(2)**[1]<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Magistrate:** Karen L. Stevenson |

**NOTICE TO THE COURT**, June gloom has arrived early this year & the Government *now* seeks to Take the private property in this live controversy through its monopoly on taxation. *See* ECF No. 163 at 4-7. "So, the property is just there. Also, again, another $40,000 tax bill in the mail. So, it's like $70,000-some in taxes. [ECF No. 59] And…what are you supposed to do with that?" *See* Transcript at ECF No. 80, 30:13-16.[2] *Well*, what the Plaintiff will not be doing, is paying one cent to the Government. While the Government has a monopoly on permits, taxpayers have a monopoly on paying taxes. *See* Henry D. Thoreau, Excerpt from Essay on the Duty of Civil Disobedience, July 24-25, 1856, U.S. National Park Service (link). The Plaintiff refuses the Government's offer to "open a payment plan" & "pay [his] delinquent secured property taxes over the next five years." There will not be one cent paid to the Government by the June 28, 2024,

---

[1] "Judicial notice, even when taken, has no other effect than to relieve one of the parties to a controversy of the burden of resorting to the usual forms of evidence. It does not mean that the opponent is prevented from disputing the matter by evidence if he believes it disputable." *See* Ohio Bell Tel. Co. v. Public Utilities. Comm., U.S. 292, 301-302 (1937)

[2] "1823, in the *Green v. Biddle* case… The right to land essentially implies a right to the profits from it since, without the latter, the former can be no value. Thus, a devise of the profits of land or even a grant of them will pass a right to the land itself. [The Government] ha[s] everything but title, but they do have title. There's no difference. [T]heir claim is that, oh, we can just take someone's [] constitutional right [to private property without Just Compensation]." (modified), *Id.* at 30-31

deadline. It would be insulting to Abraham Lincoln to pay the Government even a single penny. Thus, on July 1, 2024, the Plaintiff's property will "become subject to the tax collector's power to sell." An online auction has already been scheduled from April 19, 2025 – April 22, 2025. *See* ECF No. 163 at 4-7.

The Plaintiff would pay his property taxes if he could do [*fill in the blank*] with his property. It's a civic duty to pay what is owed to Caesar & not a penny more, but Caesar cannot take more than he is owed. (citation omitted). How can you get blood out of a turnip? And hell will freeze over before the Plaintiff relinquishes this once-in-a-generation on-market purchase, laden with private potential, including potential for the Government to collect *more taxes* when the property's potential is realized.[3] *Or in the alternative*, the Government must pay the Plaintiff $32.4 million plus Interest for the property Taken on October 11, 2021. Then the Government can Take the title "officially". But the Government chooses to Take title unconstitutionally.

Last, [t]he Constitution expressly declares that the right of acquiring, possessing, and protecting property is natural, inherent, and unalienable. It is a right not *ex gratia* from the legislature, but *ex debito* from the Constitution. *See* Vanhorne's Lessee v. Dorrance, 2 U.S. 304, 311 (1795); *See also*, Sheetz v. County of El Dorado, California, No. 22-1074, slip op. at 6 (U.S. Apr. 12, 2024)[4]

---

[3] Even if the Government does end up with title the Plaintiff is entitled to any funds greater than the taxes owed when sold at the auction *See* Tyler. Last, a Fifth Amendment Taking is "irrevocable" *See* Knick

[4] [The] decisions in Nollan and Dolan address this potential abuse of the permitting process. There, [the Court] set out a two part test modeled on the unconstitutional conditions doctrine. *See* Perry v. Sindermann, 408 U. S. 593, 597 (1972) (government "may not deny a benefit to a person on a basis that infringes his constitutionally protected interests"). First, permit conditions must have an "essential nexus" to the government's land-use interest. Nollan, 483 U. S., at 837. The nexus requirement ensures that the government is acting to further its stated purpose, *not leveraging its permitting monopoly to exact private property without paying for it. See id.*, at 841. (emphasis added). Second, permit conditions must have "'rough proportionality'" to the development's impact on the land-use interest. Dolan, 512 U. S., at 391. A permit condition that requires a landowner to give up more than is necessary to mitigate harms resulting from new development has the same potential for abuse as a condition that is unrelated to that purpose. *See id.*, at 393. This test applies regardless of whether the condition requires the landowner to relinquish property or requires her to pay a "monetary exactio[n]" instead of relinquishing the property. Koontz, 570 U. S., at 612–615.

Respectfully submitted,

Dated: May 5, 2024

*/s/ Clinton Brown*, Self-Represented
16821 Edgar Street,
Pacific Palisades, CA 90272
clinton@atlasinc.solar
310-487-6453

CC: All Counsel of Record (via ECF) on May 5, 2024



# COUNTY OF LOS ANGELES
# TREASURER AND TAX COLLECTOR

Kenneth Hahn Hall of Administration
225 North Hill Street, Room 115, Los Angeles, California 90012
Telephone: (888) 807-2111  Fax: (213) 620-7948
ttc.lacounty.gov and propertytax.lacounty.gov

**ELIZABETH BUENROSTRO GINSBERG**
TREASURER AND TAX COLLECTOR

**Board of Supervisors**

HILDA L. SOLIS
First District

HOLLY J. MITCHELL
Second District

LINDSEY P. HORVATH
Third District

JANICE HAHN
Fourth District

KATHRYN BARGER
Fifth District

0000760-0001524  LETR  1234--  GEN001  644866  3CO

2025A  2064 005 011
TONASUT,STEVE W TR
TONASUT FAMILY TRUST AND
ATLAS LLC
16821 EDGAR ST
PACIFIC PALISADES CA 90272-3228

APRIL 26, 2024

## COURTESY NOTICE - YOU OWE SECURED PROPERTY TAXES
### THE TAX COLLECTOR WILL SOON HAVE THE RIGHT TO SELL YOUR PROPERTY

Pursuant to Revenue and Taxation Code Section 3691, your non-residential commercial property will be three years tax defaulted and become subject to the tax collector's power to sell on Monday, July 1, 2024, at 12:01 a.m. Pacific Time. Additionally, your property will be eligible for tax sale at the County of Los Angeles 2025A Online Auction scheduled from Saturday, April 19, 2025, through Tuesday, April, 22, 2025.

### INFORMACIÓN ADICIONAL
Si desea obtener información adicional sobre este aviso o si necesita la información traducida en español, por favor llame al **(213) 974-2111** entre las 8:00 a.m. y 5:00 p.m. Tiempo Pacifico, de lunes a viernes, excluyendo los dias festivos del Condado de Los Ángeles.

If this property is part of an active bankruptcy proceeding, this notice shall constitute a "notice of deficiency" pursuant to 11 U.S.C. Section 362(b)(9)(B) and therefore does not violate the automatic stay under 11 U.S.C. Section 362(a). Continue making payments to an appointed bankruptcy trustee pursuant to a court order. Our office will continue to send notices to the property owner, and all processes will continue up to the last business day of redemption prior to a scheduled sale. We will remove any property that is part of an active bankruptcy from the auction.



### To STOP the sale of your property, you may:

### OPEN A PAYMENT PLAN
See the enclosed Defaulted Taxes Insert for more information on how you can open a payment plan and pay your delinquent secured property taxes over the next five years. Use the enclosed application and envelope to open a plan and submit your first payment by **Friday, June 28, 2024, at 5:00 p.m. Pacific Time**. If you miss this deadline, you can no longer open a payment plan. Please note that during the term of the payment plan, we will continue to impose penalties to the unpaid tax balance. For more information, please call (213) 974-2111 or Toll Free Number (888) 807-2111.

PLEASE NOTE THAT AFTER FRIDAY, JUNE 28, 2024, WE WILL ONLY ACCEPT PAYMENT BY CASHIER'S CHECK OR BANK-ISSUED MONEY ORDER.

LAT205/JOB 15.1/3COM (03/24)                    MORE INFORMATION ON REVERSE

# LOS ANGELES COUNTY TAX COLLECTOR
## 225 NORTH HILL STREET, LOS ANGELES, CA 90012
### STATEMENT OF PRIOR YEAR TAXES
AS OF 04/26/24

**PARCEL INFORMATION**  PIN: J2AON2

ASSESSOR'S ID NO. **2064 005 011** YRSEQ  AIN

TONASUT,STEVE W TR
  TONASUT FAMILY TRUST AND
ATLAS LLC
16821 EDGAR ST
PACIFIC PALISADES CA 90272-3228

**SPECIAL INFORMATION**

TAX DEFAULTED IN 2021 FOR UNPAID TAXES OF 2020. DIRECT ASSESSMENT HAS BEEN CHANGED FOR YEARS WITH † SYMBOL.

**DESCRIPTION**
TR=33128   LOT 0003

| ASSESSOR'S ID NO. | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 2064 005 011 | 20000 | 21 | 6072.35 | 6072.35 | 617.23 | 617.23 | 3096.89 | 9786.47 |
| 2064 005 011 | 21000 | 22 | 8322.12 | 8322.12 | 842.20 | 842.20 | 2746.29 | 11910.61 |
| 2064 005 011 | 22000† | 23 | 8505.21 | 8505.21 | 860.52 | 860.52 | 1275.78 | 10641.51 |

| TOTAL | 22899.68 | | 2319.95 | | 7118.96 | 32338.59 |
|---|---|---|---|---|---|---|

REDEMPTION FEE: 15.00

**AMOUNT TO PAY: 32353.59\***

*ADD $343.49 PENALTY PER MONTH, FROM 05/24, IF NOT PAID BY 05/26/24.



---

ANY RETURNED PAYMENT MAY BE SUBJECT TO A FEE UP TO $50.00.

PRT 000008   DETACH AND MAIL THIS STUB WITH YOUR PAYMENT   STATEMENT OF PRIOR YEAR TAXES

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

TONASUT,STEVE W TR
16821 EDGAR ST
PACIFIC PALISADES CA 90272-3228

MUST BE RECEIVED BY: 05/26/24
COMP DTE 2404 TAX DEF 2021
LOAN ID: _____

| YR SEQ | MPBK | PGE | PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|---|---|
| 00 000 | 2064 | 005 | 011 | 7 | 1 | 0 | 000 |

TOTAL DUE
**32353.59**

INDICATE AMOUNT PAID

3563

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO. on the lower left corner of your payment.

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54088
LOS ANGELES, CA 90054-0088

0000070003206400501150003235359610240526240 43

76C157B (8/2016)   0000760-0001525   644866



**COUNTY OF LOS ANGELES**
**TREASURER AND TAX COLLECTOR**

Kenneth Hahn Hall of Administration
225 North Hill Street, Room 115, Los Angeles, California 90012
Telephone: (888) 807-2111 Fax: (213) 620-7948
ttc.lacounty.gov and propertytax.lacounty.gov

**ELIZABETH BUENROSTRO GINSBERG**
TREASURER AND TAX COLLECTOR

Board of Supervisors
HILDA L. SOLIS
First District

HOLLY J. MITCHELL
Second District

LINDSEY P. HORVATH
Third District

JANICE HAHN
Fourth District

KATHRYN BARGER
Fifth District

0000761-0001526  LETR  1234--  GEN001  644866  3CO



2025A  2064 005 015
TONASUT,STEVE W TR
TONASUT FAMILY TRUST AND
ATLAS LLC
16821 EDGAR ST
PACIFIC PALISADES CA 90272-3228

APRIL 26, 2024

## COURTESY NOTICE - YOU OWE SECURED PROPERTY TAXES
### THE TAX COLLECTOR WILL SOON HAVE THE RIGHT TO SELL YOUR PROPERTY

Pursuant to Revenue and Taxation Code Section 3691, your non-residential commercial property will be three years tax defaulted and become subject to the tax collector's power to sell on Monday, July 1, 2024, at 12:01 a.m. Pacific Time. Additionally, your property will be eligible for tax sale at the County of Los Angeles 2025A Online Auction scheduled from Saturday, April 19, 2025, through Tuesday, April, 22, 2025.

**INFORMACIÓN ADICIONAL**
Si desea obtener información adicional sobre este aviso o si necesita la información traducida en español, por favor llame al **(213) 974-2111** entre las 8:00 a.m. y 5:00 p.m. Tiempo Pacifico, de lunes a viernes, excluyendo los dias festivos del Condado de Los Ángeles.

If this property is part of an active bankruptcy proceeding, this notice shall constitute a "notice of deficiency" pursuant to 11 U.S.C. Section 362(b)(9)(B) and therefore does not violate the automatic stay under 11 U.S.C. Section 362(a). Continue making payments to an appointed bankruptcy trustee pursuant to a court order. Our office will continue to send notices to the property owner, and all processes will continue up to the last business day of redemption prior to a scheduled sale. We will remove any property that is part of an active bankruptcy from the auction.



**To STOP the sale of your property, you may:**

**OPEN A PAYMENT PLAN**
See the enclosed Defaulted Taxes Insert for more information on how you can open a payment plan and pay your delinquent secured property taxes over the next five years. Use the enclosed application and envelope to open a plan and submit your first payment by **Friday, June 28, 2024, at 5:00 p.m. Pacific Time**. If you miss this deadline, you can no longer open a payment plan. Please note that during the term of the payment plan, we will continue to impose penalties to the unpaid tax balance. For more information, please call (213) 974-2111 or Toll Free Number (888) 807-2111.

**PLEASE NOTE THAT AFTER FRIDAY, JUNE 28, 2024, WE WILL ONLY ACCEPT PAYMENT BY CASHIER'S CHECK OR BANK-ISSUED MONEY ORDER.**

LAT205/JOB 15.1/3COM (03/24)

MORE INFORMATION ON REVERSE

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012

## STATEMENT OF PRIOR YEAR TAXES
AS OF 04/26/24

### PARCEL INFORMATION     PIN: MFVYMC

ASSESSOR'S ID NO. 2064 005 015 YRSEQ     AIN

TONASUT, STEVE W TR
TONASUT FAMILY TRUST AND
ATLAS LLC
16821 EDGAR ST
PACIFIC PALISADES CA 90272-3228

### SPECIAL INFORMATION

TAX DEFAULTED IN 2021 FOR UNPAID TAXES OF 2020. DIRECT ASSESSMENT HAS BEEN CHANGED FOR YEARS WITH † SYMBOL.

### DESCRIPTION
FOR DESC SEE ASSESSOR'S MAPS POR OF SW 1/4 AND SE 1/4 SEC 25 T1N R18W

| ASSESSOR'S ID NO. | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 2064 005 015 | 20000 | 21 | 1687.59 | 1687.59 | 178.75 | 178.75 | 860.67 | 2727.01 |
| 2064 005 015 | 21000 | 22 | 2889.67 | 2889.67 | 298.96 | 298.96 | 953.59 | 4142.22 |
| 2064 005 015 | 22000† | 23 | 2899.93 | 2899.93 | 299.98 | 299.98 | 434.98 | 3634.89 |
| TOTAL | | | 7477.19 | | 777.69 | | 2249.24 | 10504.12 |

REDEMPTION FEE: 15.00

AMOUNT TO PAY: 10519.12*

*ADD $112.15 PENALTY PER MONTH, FROM 05/24, IF NOT PAID BY 05/26/24.



---

ANY RETURNED PAYMENT MAY BE SUBJECT TO A FEE UP TO $50.00.

PRT 000009   DETACH AND MAIL THIS STUB WITH YOUR PAYMENT   STATEMENT OF PRIOR YEAR TAXES

**PLEASE SEE REVERSE FOR PERTINENT INFORMATION**

TONASUT, STEVE W TR
16821 EDGAR ST
PACIFIC PALISADES CA 90272-3228

| YR SEQ | MPBK | PGE PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|---|
| 00 000 | 2064 | 005 015 | 7 | 1 | O | 000 |

MUST BE RECEIVED BY: 05/26/24
COMP DTE 2404 TAX DEF 2021
LOAN ID: _____

TOTAL DUE
10519.12

INDICATE AMOUNT PAID

3193

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO. on the lower left corner of your payment.

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54088
LOS ANGELES, CA 90054-0088

000007000320640050151000105191291024052624043

76C157B (8/2016)   0000761-0001527   644866