<u>**VIA ECF**</u>

Honorable Maame Ewusi-Mensah Frimpong
United States District Court for the Central District of California
350 West First Street, Los Angeles, CA 90012
Courtroom 8B, 8th Floor

**Re: Clinton Brown v. Clark Taylor, AICP, The Los Angeles County Department of Regional Planning, 2:22-cv-09203-MEMF-KS, Civil Standing Order § III, U.S. Dist. Ct., C.D. Cal. (May 3, 2024)**

Honorable Maame Ewusi-Mensah Frimpong:

      **PLEASE TAKE NOTICE**, pursuant to Civil Standing Order § III, U.S. Dist. Ct., C.D. Cal. (May 3, 2024),[1] the Plaintiff hereby respectfully requests that the Court and parties refer to him as *Self-Represented* rather than *pro se* in all future filings, orders, and proceedings.

Respectfully submitted,

*/s/ Clinton Brown, Self-Represented*

CC: All Counsel of Record (via ECF) on August 2, 2024

---

[1] Invitation to Self-Identify Pronouns and Honorifics: Litigants and [C]ounsel may indicate their pronouns and honorifics by filing a letter, adding the information in the name block *or* signature line of the pleadings, or verbally informing the Court when making an appearance.