Clinton Brown, *Self-Represented*
27250 Agoura Hills Rd.,
Calabasas, CA 91301
clinton@atlasinc.solar
310-487-6453

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLINTON BROWN, | **Case No**. 2:22-cv-09203-MEMF-KS |
| Plaintiff, | **Request for Judicial Notice [No. 8]** |
| v. | **Fed R. Evid. 201(c)(2)** |
| CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING, | **Judge:** Honorable Maame Ewusi-Mensah Frimpong |
| Defendant. | **Chief Magistrate Judge:** Karen L. Stevenson |

**NOTICE TO THE COURT**, the *Dog Days of August*, do not apply to this live controversy, as it may in others.[1] The Plaintiff is noticing to the Court and the Government that he is illegally living on his property in contravention of the Government's position in Federal Court. "[T]he County does not allow Brown to live on or develop housing on the Agoura Property." *See* ECF No. 145 at 6. There can be no doubt that Brown has suffered an unconstitutional Taking...and is entitled to Just Compensation.



---

[1] *See* Atlas, Inc., New Home Address @ 27250 Agoura Rd., Calabasas, CA 91301, YOUTUBE (Aug. 28, 2024), https://www.youtube.com/watch?v=VVP9YFYJmDA.

Respectfully submitted,

Dated: August 28, 2024

*/s/ Clinton Brown, Self-Represented*
27250 Agoura Rd.,
Calabasas, CA 91301
clinton@atlasinc.solar
310-487-6453

CC: All Counsel of Record (via ECF) on August 28, 2024