UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:22-cv-09203 MEMF (KS)                             Date: September 20, 2024

Title   Clinton Brown v. Clark R. Taylor

Present: The Honorable:   **Maame Ewusi-Mensah Frimpong, U.S. District Court Judge**

|  Damon Berry  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiff:          Attorneys Present for Defendants:
N/A                                                          N/A

**Proceedings (In Chambers):  Order Denying Request to Proceed In Forma Pauperis on Appeal as Moot [ECF No. 110]**

On December 12, 2023, Plaintiff filed a request to proceed in forma pauperis on appeal. *See* ECF No. 110. On December 28, 2023, the Court postponed ruling on the request so Plaintiff could provide more information. *See* ECF No. 119. The Court ordered Brown to provide more information within 30 days. *See id.* Brown did not file anything in response to this Order, and to date, has not provided any further information.

On January 16, 2024, Plaintiff paid the filing fee for the appeal, in Ninth Circuit Case Number 23-4131.

Because Plaintiff paid the filing fee for the appeal, his request to proceed in forma pauperis on appeal (ECF No. 110) is DENIED AS MOOT**.**

                                                                                                             :
                                                                      **Initials of Preparer**      DB