**EXHIBIT 1**

*See* **ECF NO. 178**

**L.R. 11-5.2**



Clinton Brown <clinton@atlasinc.solar>

## Your Online Police Report LHS2024004494 Has Been Submitted
3 messages

---

**sortsonlinereports@lasd.org** <sortsonlinereports@lasd.org>  Fri, Sep 20, 2024 at 4:48 PM
Reply-To: sortsonlinereports@lasd.org
To: clinton@atlasinc.solar

Your online report has been successfully received and the
temporary report number is LHS2024004494.
You will be notified via email of any problems with your
report. Once your report is approved, it will be issued
a case number and you will receive a PDF copy as an attachment
in your email within approximately five business days.

Thank you for using our online reporting system and please
contact us with any suggestions you have for improving our
system.


Online Deputy
Los Angeles County Sheriff's Department

---

**Clinton Brown** <clinton@atlasinc.solar>  Wed, Sep 25, 2024 at 5:18 PM
To: sortsonlinereports@lasd.org

Any update on this? I'm afraid my mail will be stolen now. Thanks.

Clinton Brown
CEO, Atlas, Inc.
310-775-7990 | clinton@atlasinc.solar
www.atlasrei.co

[Quoted text hidden]

---

**Clinton Brown** <clinton@atlasinc.solar>  Sun, Sep 29, 2024 at 8:04 PM
To: sortsonlinereports@lasd.org

Any update on this or do I need to resubmit with more detail or what? I want this very serious crime investigated & I'll help in any way I can because this is important to me. Thanks.

**DISCLAIMER:**
This message originates from the offices of Atlas, Inc. This message and any file(s) or attachment(s) transmitted with it are confidential, intended only for the named recipient or is otherwise protected against unauthorized use or disclosure. Any disclosure, distribution, copying, or use of this information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you receive this message in error, please advise the sender by immediate reply and delete the original message.

[Quoted text hidden]



**Clinton Brown <clinton@atlasinc.solar>**

## Your Online Police Report LHS2024004666 Has Been Submitted

**sortsonlinereports@lasd.org** <sortsonlinereports@lasd.org>　　　　　　　　　　Mon, Sep 30, 2024 at 3:51 PM
Reply-To: sortsonlinereports@lasd.org
To: clinton@atlasinc.solar

Your online report has been successfully received and the
temporary report number is LHS2024004666.
You will be notified via email of any problems with your
report. Once your report is approved, it will be issued
a case number and you will receive a PDF copy as an attachment
in your email within approximately five business days.

Thank you for using our online reporting system and please
contact us with any suggestions you have for improving our
system.


Online Deputy
Los Angeles County Sheriff's Department