UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>Plaintiff,<br><br>v.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>Defendant. | **No**. 2:22-09203-MEMF-KS<br><br>**[Proposed] Order Granting TRO &**<br><br>**[Proposed] Order to Show Cause Why a**<br><br>**Preliminary Injunction Should Not Issue**<br><br>**[ECF No. 185]** |

Upon careful consideration of the Plaintiff's application for a Temporary Restraining Order ("TRO") filed pursuant to Federal Rule of Civil Procedure 65, Local Rule 65-1, and Local Rule 7-19, and upon review of the supporting evidence and arguments, the Court hereby finds as follows:

a. The Plaintiff has demonstrated a likelihood of success on the merits of his claims, or, alternatively, that serious questions going to the merits have been raised.

b. The Plaintiff will suffer irreparable harm in the absence of immediate relief;

c. The balance of equities favors granting the requested relief; and

d. The public interest is served by upholding and ensuring compliance with constitutional protections of property rights.

1

**IT IS HEREBY ORDERED** as follows:

### Issuance of Permits

The Government is hereby **ORDERED** to issue the necessary permits for the construction of 200 housing units within **seven (7) days** of this Order. Compliance must meet all relevant statutory and regulatory standards, and no further delay shall be imposed without explicit Court approval.

### Show Cause Order

The Government is hereby **ORDERED** to appear before this Court on [          ], 2025, at [          ], to show cause why it has refused to issue the permits for the 200 housing units and to provide a written justification for its refusal by no later than [          ], 2025.

### Binding Nature of this Order

This **ORDER** is binding upon the parties to this action, their officers, agents, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Order.

### Acts Restrained or Required

Pursuant to Federal Rule of Civil Procedure 65(d)(1)(C), this Order describes in reasonable detail the specific acts required of the Government and does not rely on incorporation by reference. The Government is specifically restrained from further delaying the issuance of the required permits or otherwise impeding the Plaintiff's ability to commence construction of the 200 housing units.

### Temporary Restraining Order Duration

This temporary restraining order shall remain in effect until [          ], 2025, or such later date as extended by the Court or agreed upon by the parties. The Court further **ORDERS** that a hearing on Plaintiff's application for a preliminary injunction shall take place on [          ], 2025, at [          ]. The Government is directed to serve and file its response to Plaintiff's application for a preliminary injunction no later than [          ], 2025. Plaintiff shall serve and file any reply no later than [          ], 2025.

### Conclusion

For the foregoing reasons, the Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue is **GRANTED**.

1    **IT IS SO ORDERED.**

3    Dated: January __, 2025              _____

4                                          **MAAME EWUSI-MENSAH FRIMPONG**

5                                               United States District Judge