Clinton Brown, *Self-Represented*
1431 Ocean Ave, Unit 413
Santa Monica, CA 90401
clinton@atlasinc.solar
310-775-7990

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>    Defendant. | **Case No**. 2:22-cv-09203-MEMF-KS<br><br>**Request for Judicial Notice [No. 11]**<br><br>**Fed R. Evid. 201(c)(2)**[1]<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Chief Magistrate Judge:** Karen L. Stevenson |

**NOTICE TO THE COURT**, "[a] Public Records Act Request [was] received [by the Government] on November 25, 2024, wherein [Plaintiff] requested records related to 27250 Agoura Rd, Calabasas, CA / APN 2064-005-011 and APN 2064-005-015." *See* ECF No. 186 at 2-7. The results of this request from the Government show that the Plaintiff has been denied permits he has sought to build housing on the property. *Id.* at 7. Whether the Court takes notice of the facts in the records request, or the request itself will have to be determined by the Court. Yet, this is just another fact in this controversy that shows that there has been a Taking, and it wouldn't matter if there was a National Security Emergency, the Government will not let me use my property at all.

Dated: January 15, 2025

Respectfully submitted,
*/s/ Clinton Brown, Self-Represented*
1431 Ocean Ave, Unit 413
Santa Monica, CA 90401
clinton@atlasinc.solar
310-775-7990

CC: All Counsel of Record (via ECF) on January 15, 2025

---

[1] "Judicial notice, even when taken, has no other effect than to relieve one of the parties to a controversy of the burden of resorting to the usual forms of evidence. It does not mean that the opponent is prevented from disputing the matter by evidence if he believes it disputable." See *Ohio Bell Tel. Co. v. Public Utilities. Comm*., U.S. 292, 301-302 (1937).



Clinton Brown <clinton@atlasinc.solar>

## Public Records Act Request- PRA No. 6042
1 message

**Alicia Cruz-Gonzalez** <AlCruz@dpw.lacounty.gov>                                   Tue, Dec 17, 2024 at 7:29 AM
To: Clinton Brown <clinton@atlasinc.solar>

To Clinton Brown

**RESPONSE IN CONNECTION WITH YOUR PUBLIC RECORDS ACT REQUEST**

**OUR FILE NUMBER 6042**

We have reviewed your Public Records Act Request received on November 25, 2024, wherein you requested records related to 27250 Agoura Rd, Calabasas, CA / APN 2064-005-011 and APN 2064-005-015.

We offer the following in response to your request:

- Building and safety permit record is attached.
- Public Works was not able to identify or locate additional records responsive to your request. In providing this response, the County is not waiving any rights or exemptions under the law.

This serves as Public Works' response to the subject request in its entirety.

*Please note that the California Public Records Act does not require public agencies to answer questions, but rather requires the production of non-exempt public records, as defined by law. Accordingly, Public Works reviews inquiries to determine if there are non-exempt records that are responsive. Non-exempt records identified in response to that inquiry are provided. Any exemptions will be noted in our response above.*

Please contact me should you have any questions.

Thank you,

***Alicia Cruz-Gonzalez***
Investigator I
Los Angeles County Public Works

(626) 458-7091

_____

**From:** Alicia Cruz-Gonzalez
**Sent:** Thursday, December 5, 2024 3:08 PM
**To:** Clinton Brown <clinton@atlasinc.solar>
**Subject:** 14-Day Extension 6042 - 27250 Agoura Rd, Calabasas

To Clinton Brown:

**ACKNOWLEDGEMENT INVOKING A 14-DAY EXTENSION IN CONNECTION WITH YOUR PUBLIC RECORDS ACT REQUEST**

**OUR FILE NUMBER 6042**

We have reviewed your Public Records Act Request received on November 25, 2024, wherein you requested records related to [27250 Agoura Rd, Calabasas, CA](27250 Agoura Rd, Calabasas, CA) / APN 2064-005-011 and APN 2064-005-015.

This Public Records Inspection/Copying Request involves *"Unusual Circumstances"* which means the following selected situation(s):

> ☑ *The need to search for and collect the requested records from field facilities or other establishments that are separate from the office processing the request.*
>
> ☐ *The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request.*
>
> ☐ *The need for consultation, which shall be conducted with all practicable speed, with another agency having substantial interest in the determination of the request or among two or more components of the agency having substantial subject matter interest therein.*
>
> ☐ *The need to compile data, to write programming language or a computer program, or to construct a computer report to extract data.*

Under these *"Unusual Circumstances"*, which apply only to the extent reasonably necessary to the proper processing of the particular request, the Government Code provides the responder with a 14-day extension time-period to process the request. Therefore, we will contact you with an update by **December 19, 2024.**

Thank you,

*Alicia Cruz-Gonzalez*
Investigator I
Los Angeles County Public Works

(626) 458-7091

_____

**From:** Alicia Cruz-Gonzalez
**Sent:** Tuesday, November 26, 2024 9:04 AM
**To:** Clinton Brown <clinton@atlasinc.solar>
**Subject:** Acknowledgment 6042 - 27250 Agoura Rd, Calabasas

To Clinton Brown:

This email is to acknowledge the receipt of the subject request on November 25, 2024. The Public Records Act allows for an initial statutory 10-days response period from the date of receipt of the request (and a subsequent 14-days extension if necessary). The initial statutory 10-day response period for your request begins on November 25, 2024, and you will receive an update *concerning the status of your request* by December 5, 2024.

*Please note our business hours are Monday-Thursday from 7 am – 5 pm. Our offices will be closed on November 28, 2024, for Thanksgiving Day. Thank you.*

**Alicia Cruz-Gonzalez**
Investigator I
Los Angeles County Public Works

(626) 458-7091

_____

**From:** Clinton Brown <clinton@atlasinc.solar>
**Sent:** Monday, November 25, 2024 1:21 PM
**To:** PW-PWPRRS <PWPRRS@pw.lacounty.gov>
**Subject:** CPRA Request CORRECTED

CAUTION: External Email. Proceed Responsibly.

Please see attached. Thanks!

**2 attachments**

📄 **27250  AGOURA RD  009442668 (1).pdf**
953K

📄 **27250 Agoura Rd.pdf**
52K

| COUNTY OF LOS ANGELES<br>DEPARTMENT OF PUBLIC WORKS<br>BUILDING AND SAFETY / LAND DEVELOPMENT | CALABASAS/MALIBU      # 0910<br>4111 LAS VIRGENES<br>CALABASAS CA 90706<br>PHONE: (818) 880-4150  EXT: | GRADING PERMIT<br>GR 0910 9710200004 |
|---|---|---|

| LEGAL ID:<br>ON FILE | | |
|---|---|---|
| ASSESSOR INFORMATION NUMBER: | CUBIC YARDS HANDLED : 13520 | BUILDING ADDRESS:<br>27250 AGOURA RD W<br>AGOU CA 91301<br>NEAREST CROSS STREET: MALIBU HILLS<br>THOMAS PAGE:    GRID:    LOCALITY: AGOURA |
| TENANT: | SUPERVISED GRADING : NO | |
| | FEES PAID | ******* THIS IS A LIMITED TIME PERMIT ******* |
| OWNER:                          TEL. NO:<br>SCHAMP JOHN;MCKEE L;CC&F LOST HILLS XX | FEE DESCRIPTION:   QUANTITY: UOM:   AMOUNT: | ISSUED ON:   PROCESSED BY:   EXPIRES ON:<br>10/08/99        EA            04/05/00 |
| APPLICANT:                      TEL. NO:<br>KEN MOULDER               (818) 705-8400-<br>4343 REYES DR<br>TARZANA CA 91356 | 1A PLAN CHECK - LD     23130.00 CU   1,731.30<br>1C LDMA PC GT-1000 CY              120.00<br>3K COMB GEOL/SOILS  ME              398.40<br>6E MED REV 10001-100000              284.60<br>3M ADDN GEOL/SOILS  ME   738.00 DOL  738.00<br>2A GRADING PERMIT       13520.00 CU 1,227.20<br>2E LDMA PERM GT-1000 CY              65.00<br>2G PERMIT ISSUANCE FEE               19.30<br>           TOTAL FEES              4,583.80 | EXP. EXTENDED TO:   EXTENDED BY: |
| CONTRACTOR:                     TEL. NO:<br>SOIL ENGINEERING CONSTRUCTION (650) 367-9595-<br>927 ARGUELLO STREET    560 North Hwy 101 #5  LIC. NO<br>REDWOOD CITY CA 94063  Encinitas, CA 92024   268082/A<br>                        (760)633-3470 | | FINAL DATE        FINAL BY:        CODE:<br>3-27-1<br>DESCRIPTION OF WORK<br>LANDSLIDE REMEDIATION. |
| ARCHITECT OR ENGINEER:          TEL. NO:<br>KENNETH MOULDER           (818) 705-8400-<br>4343 REYES DR                LIC. NO:<br>TARZANA CA 91356             NONE | | SPECIAL CONDITIONS: |
| | | APPROVALS              DATE    INSPECTOR SIGNATURE |
| | | INITIAL GRADE PREP. |
| SURETY BOND: $         BOND NO: | additional info in grading file. | COMPACTION REPORT REC'D |
| SURETY COMPANY: | | SUP. ENGNR'S CERT REC'D          see final |
| DATE FILED:       REC'D BY: | | ROUGH GRADING APPROVAL |
| CASH DEPOSIT:     DATE FILED: | | PLANTING AND IRRIGATION  10-13-2000 see Final cert |
| REC'D BY : | | SUP. ENG'S FINAL CERT    10-16-2000        " |
| OTHER LEGAL IDS: | | SURETY BOND RELEASED     3/27/1 |
| | | |
| STATE HIWAY:  USE ZONE:   MAP NO:<br>NO | | GEOLOGIC AND SOILS REPORTS FILED |
| | | TYPE   PREPARED BY   DATE   RECEIVED   APPROVED |
| | REPORT ID: DPR262    ROUTE TO: BS0910 | |

### LICENSED CONTRACTOR'S DECLARATION

I hereby affirm under penalty of perjury that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.

License Class __A__   Lic. No. __268082__

Contractor's Signature _[signature]_   Date __10-8-99__

### OWNER-BUILDER DECLARATION

I hereby affirm under penalty of perjury that I am exempt from the Contractors License Law for the following reason (Sec. 7031.5, Business and Professions Code: Any city or county which requires a permit to construct, alter, improve, demolish, or repair any structure, prior to its issuance, also requires the applicant for such permit to file a signed statement that he or she is licensed pursuant to the provisions of the Contractors License Law (Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code) or that he or she is exempt therefrom and the basis for the alleged exemption. Any violation of Section 7031.5 by any applicant for a permit subjects the applicant to a civil penalty of not more than five hundred dollars ($500).).

☐ I am exempt under Sec. _____, B.& P.C. for this reason:

#### [ Electrical, Plumbing & Sewer Permits Only ]

☐ I, as owner of the property, will do the work, and the structure is not intended or offered for sale (Sec. 7044, Business and Professions Code: The Contractors License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself, provided that such improvements are not intended or offered for sale. If, however, the building or improvement is sold within one year of completion, the owner-builder will have the burden of proving that he or she did not build or improve for the purpose of sale.).

#### [ All Other Permits ]

☐ I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale (Sec. 7044, Business and Professions Code: The Contractors License Law does not apply to an owner of property who builds or improves thereon, and who does such work himself or herself or through his or her own employees, provided that such improvements are not intended or offered for sale. If, however, the building or improvement is sold within one year of completion, the owner-builder will have the burden of proving that he or she did not build or improve for the purpose of sale.).

☐ I, as owner of the property, am exclusively contracting with licensed contractors to construct the project (Sec. 7044, Business and Professions Code: The Contractors License Law does not apply to an owner of property who builds or improves thereon, and who contracts for such projects with a contractor(s) licensed pursuant to the Contractors License Law.).

Owner Signature _____   Date _____

### WORKER'S COMPENSATION DECLARATION

I hereby affirm under penalty of perjury one of the following declarations:

☐ I have and will maintain a certificate of consent to self-insure for worker's compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

☐ I have and will maintain worker's compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My worker's compensation insurance carrier and policy number are:

Carrier _____

Policy Number _____

☐ I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the worker's compensation laws of California, and agree that if I should become subject to the worker's compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

Applicant Signature _[signature]_   Date __10/8/99__

WARNING: FAILURE TO SECURE WORKER'S COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### LOBBYIST ORDINANCE CERTIFICATION

[ Complete this section for permits in unincorporated Los Angeles County only ]

This is to certify that I, as permit applicant, am familiar with the requirements of Los Angeles County Code Chapter 2.160 et seq., (relating to the Los Angeles County Lobbyist Ordinance) and that all persons acting on behalf of myself complied and will continue to comply therewith through the application process.

Applicant (Print Name) __John W. Niven__   Applicant Signature _[signature]_

Company Name (if employed by an entity/agency) _____   Date _____

---

JOB ADDRESS _____

LOCALITY _____

### HAZARDOUS MATERIAL DECLARATION

Will the applicant or future building occupant handle a hazardous material or a mixture containing a hazardous material equal to or greater than the amount specified on the hazardous materials information guide?

Yes ☐   No ☐

Will the intended use of the building by the applicant or future building occupant require a permit for construction or modification from the South Coast Air Quality Management District (SCAQMD)? See permitting checklist for guidelines.

Yes ☐   No ☐

I have read the hazardous materials information guide and the SCAQMD permitting checklist. I understand my requirements under the Los Angeles County Code Title 2, Chapter 220 Sections 220.100 through 220.140 concerning hazardous material reporting and for obtaining a permit from the SCAQMD.

### ASBESTOS NOTIFICATION

☐ Notification letter sent to SCAQMD or EPA

☐ I declare that notification of asbestos removal is not applicable to addressed project.

### CONSTRUCTION LENDING AGENCY

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civ.C.).

Lender's Name _____

Lender's Address _____

---

I certify that I have read this application and state under the penalty of perjury that the above information is correct. I agree to comply with all City and County ordinances and State laws relating to building construction, and hereby authorize representatives of this County to enter upon the above-mentioned property for inspection purposes.

X _[signature]_   Date __10/8/99__
Applicant or Agent Signature

## Permits

**CM** UNC-SOLR210831002871 • Unincorporated Solar • Carlos Monzon

| Location | Project | Apply Date | Work Class | Permit Status |
|---|---|---|---|---|
| 27250 Agoura Road Agoura Hills, CA 91301 | | 08/31/2021 | Ground Mount Utility Scale | New - Online |

**CI** UNC-BLDR220315002355 • Unincorporated Building Residential • Calabasas Office In Box

| Location | Project | Apply Date | Work Class | Permit Status |
|---|---|---|---|---|
| 27250 Agoura Road Agoura Hills, CA 91301 | | 03/15/2022 | New | Denied |

**CI** UNC-BLDR220630005976 • Unincorporated Building Residential • Calabasas Office In Box

| Location | Project | Apply Date | Work Class | Permit Status |
|---|---|---|---|---|
| 27250 Agoura Road Agoura Hills, CA 91301 | | 06/30/2022 | New | Denied |

**CM** UNC-SOLR201128002452 • Unincorporated Solar • Carlos Monzon

| Location | Project | Apply Date | Work Class | Permit Status |
|---|---|---|---|---|
| 27250 Agoura Road Agoura Hills, CA 91301 | | 11/28/2020 | Ground Mount Utility Scale | Void |