UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-9203-MEMF (KS)                                        Date: February 4, 2025

Title   _Clinton Brown v. Clark R. Taylor_

Present: The Honorable:   Karen L. Stevenson, Chief U.S. Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: N/A          Attorneys Present for Defendant: N/A

**Proceedings: (IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT [DKT. NO. 189]**

The Court is in receipt of Plaintiff's Motion for Leave to Amend Complaint, filed on February 3, 2025. (Dkt. No. 189 ("Motion").) Plaintiff did not notice the Motion for a hearing.

**IT IS ORDERED** that the following briefing schedule governs the Motion: (1) Defendant shall file and serve an Opposition to the Motion **no later than March 6, 2025**; and (2) Plaintiff shall file a Reply, if any, **within seven (7) days** of the date of service of the Opposition. The Motion will be deemed under submission on the date the Reply is due.

**IT IS SO ORDERED.**

**Initials of Preparer**     :   gr