

You can view this information on our web mapping platform by selecting the GIS-NET mapping application on this page here:  Maps & GIS - Interactive GIS Web Mapping Apps | DRP (lacounty.gov).

I have also attached Map Book Number 1099, pages 94 through 97.  These pages illustrate Tract Map number 33128.  Of special note is the deed restriction associated with lot 3 (the property in question) in which the signees "dedicate to the County of Los Angeles the right to prohibit the construction of residential and / or commercial structures within lot 3" and in which the rights of vehicular access to Liberty Canyon Road are abandoned and the right to restrict vehicular access to Agoura Road is granted to the County of Los Angeles.

Please let me know which time works for you and I will send you a meeting invite.

Thank you and let me know if I can provide more information.

**Clark Taylor**

Coastal Development Services

*Due to the recent declines in the spread of COVID-19 in Los Angeles County, Regional Planning has begun to reopen offices to the public. Currently, all field offices are open to the public. For the most current information about available services, public meeting schedules, and planning projects, please visit planning.lacounty.gov*

---

**From:** Clinton Brown <projects@atlasdevelopmentgroupllc.com>
**Date:** Monday, October 18, 2021 at 1:23 PM
**To:** Clark Taylor <CTaylor@planning.lacounty.gov>
**Subject:** Re: Regional Planning Base Application No. RPAP2021009108 has been REJECTED