UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES — GENERAL

Case No.   CV 22-9203-MEMF (KS)                                     Date: March     ,2025

Title   *Clinton Brown v. Clark R. Taylor*

Present: The Honorable:   Karen L. Stevenson, Chief U.S. Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff. N/A         Attorneys Present for Defendant.  N/A

**Proceedings: (IN CHAMBERS) [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT [DKT. NO.189]**

Plaintiff's Motion for Leave to Amend Complaint was filed on February 3, 2025. (Dkt. No. 189 ("Motion")). Defendant filed and served an Opposition to the Motion (Dkt. No. 194) and Declaration of Sanaz Rashadi (Dkt. No. 194-1) on March 5, 2025. The Plaintiff filed his Reply (Dkt. No. 195) and Proposed Order (Dkt. No. 195-1) on March 12, 2025. The Court deems this matter appropriate for resolution without oral argument. *See* C.D. Cal. L.R. 7-15. The party's arguments have been carefully considered by the Court.

**IT IS ORDERED** that Brown is **GRANTED** leave to file an amended complaint. Brown may file such an amended complaint within 30 days of this Order. Alternatively, if he wishes to stand on the proposed amended complaint submitted alongside his Motion (Dkt. No. 189-1), he may file a statement indicating that he intends to stand on that proposed amended complaint within 30 days of this Order. If Brown files such a statement, the proposed amended complaint (Dkt. No. 189-1) will become the operative complaint in this action, and it will be deemed filed and served (for the purpose of determining the deadline to respond) on the date Brown files his statement.

**IT IS SO ORDERED.**

                                                                                      **Initials of Preparer**   _____