**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CLINTON BROWN,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **CLARK R. TAYLOR,** ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CV 22-9203-MEMF (KS) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [ECF NOS. 189, 200]** |

 Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, Plaintiff's Motion for Leave to Amend Complaint [Dkt. No. 189], the parties' related briefing, the April 21, 2025 Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections thereto. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated.

\\
\\
\\
\\

1 | Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that Plaintiff's Motion for Leave to Amend Complaint is **DENIED** [Dkt. No. 189]. Furthermore, in conjunction with the Court's grant of summary judgment on March 27, 2025 [Dkt. No. 198], Judgment shall be entered **DISMISSING** this action with prejudice.

DATED: August 20, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE