JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLINTON BROWN, | ) | NO. CV 22-9203 MEMF (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CLARK R. TAYLOR, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Orders Accepting the Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 20, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE