Clinton Brown, *Pro se*
1431 Ocean Ave, Unit 413
Santa Monica, CA 90401
clinton@atlasinc.solar
310-775-7990

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK R. TAYLOR, AICP, THE LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING,<br><br>    Defendant. | **No**. 2:22-09203-MEMF-KS<br><br>**Plaintiff's Notice of Defendant's Non-Opposition to Plaintiff's Rule 59(e) Motion**<br><br>*See* ECF No. 204<br><br>**Judge:** Honorable Maame Ewusi-Mensah Frimpong<br><br>**Chief Magistrate Judge:** Karen L. Stevenson |

**NOTICE TO THE COURT**, Plaintiff respectfully notifies the Court that Defendant has not filed any opposition to Plaintiff's Motion to Alter or Amend Judgment under Federal Rule of Civil Procedure 59(e). *See* ECF No. 204.

Section VIII of Judge Frimpong's Civil Standing Order ("Motions – General Requirements") provides: "Opposition: Must be filed no later than fourteen (14) days after the filing of the initial Motion." *See* Civil Standing Order § VIII(B). Plaintiff filed the motion on September 7, 2025, setting Defendant's opposition due on September 22, 2025. No opposition has been filed.

The fourteen-day deadline seemingly exists to ensure the Court has complete briefing before preparing any tentative ruling in advance of the hearing. Defendant's failure to comply frustrates that purpose, as the Court cannot properly begin preparing a tentative ruling without the benefit of full briefing. Plaintiff further notes that under the Civil Standing Order, any reply is due within seven (7) days of the opposition. Plaintiff remains committed to complying with that deadline should an opposition be filed.

Dated: September 26, 2025

*/s/ Clinton Brown, Pro Se*
1431 Ocean Ave, Unit 413
Santa Monica, CA 90401
clinton@atlasinc.solar
310-775-7990

CC: All Counsel of Record (via ECF) on September 26, 2025