Clinton Brown, *Pro se*
1431 Ocean Ave, Unit 413
Santa Monica, CA 90401
brown_clinton@msn.com
310-775-7990

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CLINTON BROWN,

    Plaintiff,

    v.

CLARK R. TAYLOR, AICP, THE LOS
ANGELES COUNTY DEPARTMENT
OF REGIONAL PLANNING,

    Defendant.

**Case No**. 2:22-cv-09203-MEMF-KS

**Notice of Appeal**

**Judge:** Honorable Maame Ewusi-Mensah Frimpong

**Chief Magistrate Judge:** Karen L. Stevenson

**NOTICE TO THE COURT**, Plaintiff hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

(1) the Order denying Plaintiff's Motion to Alter or Amend Judgment pursuant to Rule 59(e), entered on March 25, 2026. *See* ECF No. 209; and

(2) the Final Judgment entered in this action, and all prior interlocutory Orders that merge into the Final Judgment.

This Notice of Appeal is timely filed. *See* FRAP 4(a)(4)(A)(iv); 28 U.S.C. § 2107(a).

Respectfully submitted,

Dated: April 5, 2026

*/s/ Clinton Brown, Pro Se*
1431 Ocean Ave, Unit 413
Santa Monica, CA 90401
brown_clinton@msn.com
310-775-7990

CC: All Counsel of Record (via ECF) on April 5, 2026

1