UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CLINTON BROWN,<br><br>     Plaintiff - Appellant,<br><br>v.<br><br>CLARK R. TAYLOR,<br><br>     Defendant - Appellee. | No. 26-2128<br><br>D.C. No.<br>2:22-cv-09203-MEMF-KS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The motion (Docket Entry No. 8) for voluntary dismissal is granted. *See*

Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT